# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00171HG-KSC |
| CASE NAME: | William S. Aholelei v. Barbara Kysar, et al. |
| ATTYS FOR PLA: | William Aholelei, Pro Se, by phone |
| ATTYS FOR DEFT: | Miriam Loui |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 2/16/2006 | TIME: | 9:00-9:05am |

COURT ACTION: EP: Further Status Conference Re: Stay. Ms. Loui reported that Dr. Paderes has returned. New trial date set. First Amended Rule 16 Scheduling Conference Order to be issued.

1. Jury trial on December 5, 2006 at 9:00 a.m. before HG
2. Final Pretrial Conference on November 2, 2006 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge Helen Gillmor on November 24, 2006 at 8:30a.m.
4. Final Pretrial Statement by October 26, 2006
5. File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6. File All Other Motions by August 7, 2006
8. Plaintiff's Non-Expert Witness Disclosures by March 28, 2006
9. Defendant's Non-Expert Witness Disclosure by April 4, 2006
11. Expert Witness Disclosure:
    a. Plaintiff(s):     July 18, 2006
    b. Defendant(s):     August 15, 2006
12. Discovery Deadline by October 10, 2006
13. Settlement Conference set for (on call)
    Plaintiff's Demand:
    Defendant's Offer:
    Settlement Conference Statements:
15. Further Provisions: None.

Submitted by: Shari Afuso, Courtroom Manager