MARK J. BENNETT        2672-0
Attorney General of Hawaii

MIRIAM P. LOUI         3582-0
CARON M. INAGAKI       3835-0
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii    98613
Telephone Number: 586-1494

Attorneys for Defendant
SISAR PADERES, M.D. (improperly
identified as Doctor S. Paderes)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 5 2006

at 8 o'clock and 40 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>    Plaintiff,<br><br>  vs.<br><br>BARBARA KYSAR; DOCTOR S.<br>PADERES, DOCTOR BAUMAN;<br>DOES I-V,<br><br>    Defendants. | CIVIL NO. 03-00171 HG-KSC<br><br>CERTIFICATE OF SERVICE<br><br>(Notice of Taking Depositions<br> Upon Written Questions and<br> Questions) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2006,

a copy of the foregoing document was duly served upon the following

parties by delivering same, or by depositing said copy in the

United States mail, postage prepaid, addressed as follows:

WILLIAM S. AHOLELEI
c/o Oahu Community
 Correctional Center
2199 Kamehameha Highway
Honolulu, Hawaii  96819

Plaintiff Pro Se

DATED: Honolulu, Hawaii, ___JUNE 5, 2006___.

BY: _____[signature]_____
    MIRIAM P. LOUI
    Deputy Attorney General

    Attorney for Defendant
    SISAR PADERES, M.D. (improperly
    identified as Doctor S. Paderes)