**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

ARTHUR F. ROECA        1717-0
aroeca@rlhlaw.com
APRIL LURIA            4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai#  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

Attorneys for Defendant
Kay Bauman, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI, ) | CASE NO. 03-00171 HG-KSC |
| ) | |
| Plaintiff, ) | AMENDED CERTIFICATE OF |
| ) | SERVICE |
| vs. ) | |
| ) | [RE: DEFENDANT KAY BAUMAN, |
| BARBARA KYSAR, DOCTOR S. ) | M.D.'S ANSWER TO AMENDED |
| PADERES, DOCTOR BAUMAN, ) | COMPLAINT (FILED JULY 20, |
| DOES I-V, ) | 2006)] |
| ) | |
| Defendants. ) | Trial Date:  December 5, 2006 |
| ) | |

306-072/p.amended cos re answer complaint.al.sh.wpd

AMENDED CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Kay

Bauman, M.D.'s Answer to Amended Complaint (filed July 20, 2006) was duly

served by depositing the same in the United States Mail, postage prepaid, to the following at their last known address:

>WILLIAM S. AHOLELEI   [ M ]
>A0146949 Bldg. H
>c/o Waiawa Correctional Facility
>Box 1839
>Pearl City, Hawaii 96782
>
>Plaintiff
>
>CARON M. INAGAKI, ESQ.   [ HD ]
>CINDY S. INOUYE, ESQ.
>MIRIAM P. LOUI, ESQ.
>Department of the Attorney General
>425 Queen Street
>Honolulu, Hawaii 96813
>
>Attorneys for Defendant
>Sisar Paderes, M.D.
>
>DATED: Honolulu, Hawaii, July 20, 2006.

>/s/ April Luria
>ARTHUR F. ROECA
>APRIL LURIA
>Attorneys for Defendant
>Kay Bauman, M.D.