ROECA, LOUIE & HIRAOKA
A Limited Liability Law Partnership, LLP

ARTHUR F. ROECA    1717-0
aroeca@rlhlaw.com
APRIL LURIA       4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i    96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorneys for Defendant
Kay Bauman, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM S. AHOLELEI, ) | CASE NO. 03-00171 HG-KSC |
| ) | |
| Plaintiff, ) | DEFENDANT KAY BAUMAN, |
| ) | M.D.'S MOTION FOR SUMMARY |
| vs. ) | JUDGMENT; MEMORANDUM IN |
| ) | SUPPORT OF MOTION FOR |
| BARBARA KYSAR, DOCTOR S. ) | SUMMARY JUDGMENT; |
| PADERES, DOCTOR BAUMAN, ) | CERTIFICATE OF SERVICE |
| DOES I-V, ) | |
| ) | |
| Defendants. ) | |
| ) | Trial Date: December 5, 2006 |

306-072/p.msj.wpd

DEFENDANT KAY BAUMAN, M.D.'S
MOTION FOR SUMMARY JUDGMENT

Defendant Dr. Bauman, by and through her counsel, Roeca, Louie &

Hiraoka, moves for entry of summary judgment in her favor on the grounds that

there is no genuine issue as to any material fact and Dr. Bauman is entitled to judgment as a matter of law and that she is not personally liable to Plaintiff.

Alternatively, if summary judgment is not entered in Dr. Bauman's favor as to all claims asserted against her, Dr. Bauman requests that the Court, by examining the pleadings and evidence before it and by questioning counsel at the hearing on this motion, ascertain what material facts are actually and in good faith controverted, and enter an order specifying the facts which appear without substantial controversy and directing such further proceedings in this action as are just.

This motion is brought pursuant to Fed. R. Civ. P. 56 (b) and is based upon the concise statement and exhibits filed herewith, the record and files herein, and such other and further matters as may be presented to the Court.

DATED: Honolulu, Hawai'i, _____JUL 3 1 2006_____.


_____
ARTHUR F. ROECA
APRIL LURIA
Attorneys for Defendant
Kay Bauman, M.D.