90375

**STATE OF HAWAII - DEPARTMENT OF PUBLIC SAFETY**
**INMATE COMPLAINT/GRIEVANCE**

DATE 3/19/03
RECEIVED

*FILE*

1945 hrs.

(THIS CONTROL NO. MUST
ACCOMPANY ALL APPEALS)

NAME: _William Sangster Aholelei_    SSN: _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_

HOUSING ASSIGNMENT: _mod 2 - A block Quad 2_    CONTROL NO.: _90373/90374_

TO: (STEP) 1. _____  Section Supervisor/Inmate Grievance Specialist    SID: _A0146949_
2. _____  Appeal Branch/Core Program Administrator/Inmate Grievance Specialist
3. _X_  Appeal Institutions/Core Program Division Administrator/Inmate Grievance Specialist

I attempted to solve this problem through informal discussion/resolution by contacting:

NAME: _Nurse on Duty_    DATE: _3-19-03_

RESPONSE: _____

RE: Complaint/Grievance Against: _____

STATEMENT OF COMPLAINT/GRIEVANCE: (attach additional sheets as necessary) This Grievance No. 90375 is my Step 3 Appeal Grievance Regarding denial of adequate medical care. Step 1 Grievance no. 90373 has been filed on 2-14-03 and step 2 grievance no. 90374 has been filed 2-28-03 both STEP 1 and step 2 grievances returned with answers indicating that care is appropriate which statement is not true and unconstitutional and leaves me no choice other than to file my final grievance and seek help through I.C.C.P then court procedure. Since being incarcerated from Nov-2000 till now I have been complaining about my chronic sinus problems which cause me tremendous pain and hard time sleeping. Despite of my ongoing request to see a specialist all I recieved was seen by the nurse and recieved CTM tablets. My last 2 medical request Seek some help requesting my sinus problem filed 3-5-03 and 3-11-03 which came back indicating that I have been seen by the nurse regarding this matter which indicate to me that they Knowingly disregard my suffering by not allowing me to see a qualify or specialty doctor concerning chronic sinus problems which is unconstitutional and denial of adequate medical care, pursuant to section of the depart of public safety policies and procedures manual (1992). In Nov. 2-03 (4.e) I had my first Lazer uretercopy operation done which was not adequate to remove all my kidney stones. And again on Feb 6-2003 that same surgery was performed on me, and because of the pain and suffering I had to go thru after the proceedure it wasn't adequate to help my kidney stone problem. Because Dr Kuchenberger does not have proper authorization someone at the medical unit to performed the properer treatment of Shock wave, to remove all my kidney stones. After my last surgery was completed on Feb-28-03 DR Kuchenberger perscribe me 2 medication one was for the pain and the other is a medication to prevent me from having kidney stones which the facility is still denying from having this grievance is made pursuant to that fact of denial of adequate medical care, pursuant to sec 493.12.1 (1.0) of the department of public safety policies and procedures manual (1992) before I take the matter I.C.C.P and pursuant the case cited as Booth v. Chunner, 531 v.s 956 (2001) and Ancata v. Prison health services inc 769 F. 2d 700,704-05 (11th cir. 185) (Refusal to provide specialty consultations without a court orders)

COMPLAINT/GRIEVANCE WOULD BE SOLVED TO MY SATISFACTION IF: That I recieved adequate medical care and DR Kuchenberger to performed the proper proceedure (Shock wave) and get rid of all my kidney stones. Allow me to see a specialist about my sinus problem and allow the doctor to treat me as required. Give me the medication that my doctor recommend me have to prevent me from having kidney stones. And take care of all my medical needs or release me; so that I may seek help on my own or I'll go to M.C.C.P then court.

INMATE SIGNATURE _[signature]_    _3-19-03_    DATE

RESOLUTION: (attach additional sheets as necessary)

See attached.

As the Division Administrator and in accordance with Policy and Procedure 493.12.03.4.16 and 16(a), this decision is final and the ultimate recourse available within the administrative remedy process.

_[signature]_
SIGNATURE OF RESPONDENT    Correctional Health Care Administrator

_[signature]_
INMATE ACKNOWLEDGED    TITLE    DATE

_4-9-03_
DATE

EXHIBIT _A_

00477

WHITE/file    CANARY/inmate answer    PINK/respondent    GOLD/inmate receipt    DOC 8215 (rev. 3/97)

April 02, 2003

I reviewed your chart today and discussed your care with Drs. Paderes and Saldana at our weekly SURP meeting. You have 2 complaints, one regarding your chronic sinusitis, and the other regarding care for your kidney stones.

Sinusitis: On 3/20/03, Dr. Paderes prescribed a new steroid nasal spray for you that will likely improve your sinuses. It may have taken a while to get it from our pharmacy, since Diamond was in the process of changing from one steroid nasal spray to another. We will re-evaluate you after a month of using this new spray and see if you are doing any better.

Kidney stones: This has been a painful and serious problem for you. We are following Dr. Kuchenbecker's recommendations. You have received both medications that he recommended to decrease your chance of making more stones. He plans to see you back in 3 months (from 2/26/03) with a repeat CT prior to that visit to check on the status of the stones. If he sees no resolution of the problem, he will then schedule you for lithotripsy.

Kay A. Bauman MD

Kay A. Bauman, MD, MPH
Medical Director

00477A

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

MULTIDISCIPLINARY PROGRESS NOTES

NAME: _Ahalelia Star_

SSN: _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_

DOB: _1/17/63_

| DATE | TIME | |
|------|------|---|
| 1/18/03 | 1157 | [illegible] Dr. Young |
| | | [illegible] 24 HT: 5'8 BP 140/90 |
| | | R: 20 P: 80     97² |
| | | Kidney stone, Review, Regular 10mg [illegible] |
| 1/18/03 | 1110 | S: Pt: 40's cont. get (B) flank pain – sharp. Cont. to get blood in urine c̄ stone being seen in toilet. 40's recent congest. hx of sinus. |
| | | O: G: WD/WN, NAD. |
| | | HEENT: (B) nasal congest. + sinus tender c̄ perc. + Post Nasal |
| | | Lng: CTA |
| | | Heart: RRR [illegible] |
| | | Abd: + BS |
| | | Flank: mildly tender c̄ perc. (B). |
| | | Prob #1 Kidney Stone. |
| | | A: Cont. |
| noted | | P: 1) Motrin 800 [illegible] tid prn × 90d  given 30 [illegible] |
| 1/18/03 | | 2) Need F/U c̄ Urology consult 11/7/02 [illegible] still c̄ renal stone |
| by [illegible] | | 3) Urine dip now done |
| 1207 | | 4) Pt sent back c̄ strainer + cup to collect stone. |
| | | 5) Pt's needs to cont. to drink plenty fluid instructed |
| DOC 0413 (6/92) | | 6) RTC [illegible] scheduled |

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

MULTIDISCIPLINARY PROGRESS NOTES

NAME: Mokelei, Stm

SSN: 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

DOB: 11/12/63

| DATE | TIME | |
|------|------|---|
| 12/17/02 | 2030 Nrse. | S: I get kidney stones again. C/o bilat flank pain. Reports intermittent blood in urine. |
| | | O: H/O of kidney stones. Laser lithotripsy done in Nov 02. Pending surgical intervention per consultant Dr Kachenbecker. Ambulatory bilat flank pain. UA dip done — WBC — blood + protein. Urine yellow clear. |
| | | pt c/o cm comfort. |
| | | P: adv'l pt c/o prn. Sched clinic appt. Pending surgical intervention not addressed by PCP per chart review. |
| | | **MD CLINIC/DR.** |
| 12/19/02 | 1450 | W: 222# HT: _____ BP 124/88 |
| | | R: 18   P: _____   T-97.4 |
| | | S) Pt c/o flank pain, R side now also; same pain as before surgery. |
| | | O) Pt in NAD; flank pain to percussion, bilateral; also mentions recurring bruil left buttock; UA c trace blood. |
| | | A) i) Kidney stones, multiple  ii) Abscess, (R) top buttock |
| | | P) i) Motrin 800 up to qid prn flank pain X two hrs. |
| | | ii) Keflex 500 mg po tid take X 10 days; gave 1000 initially |
| | | 3) Issue Motrin 600 up to qid prn flank pain X ____ or until 800 mg received. |

DOC 0413 (6/92)     noted JJolly RN 12/19/02 1615    CONFIDENTIAL

00500

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

MULTIDISCIPLINARY PROGRESS NOTES

NAME: Brokelei, Stan

SSN: 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

DOB: 11-17-63

| DATE | TIME | |
|------|------|--|
| 10/18/02 | 1510 | Omc radiology 10/17/2 - Consult to nsg review |
| 10/18/02 | 1510 | MSO - consult 10/17/2 |
| 10/18/02 (CW) | | See consult for order - Consult Amrel Shel Stratted |
| | | Noi Dr ordr |
| | | 24° / Michael Ward, RN 10/18/02 2348 |
| | | sick call |
| 10/22/02 | 1900 | S "I still have kidney pain." |
| | | O U A dip stick done. C/o Lt flank pain |
| | | See consult 10/17/02 had IVP done. |
| | | Explained to pt that he will be |
| | | pt scheduled to see a urologist |
| | | he wants to see a health provider |
| | | because he is sick, pt has been |
| | | seen 9/13/02 - 9/19/02 and 10/14/02 |
| | | Will follow up ē movement re: |
| | | schedule. |
| | | A Alt in comfort pt flank pain |
| | | P Tylenol gr x given ē instruction |
| | | W ōoc RN |
| 10.31.02 | 1200 | SURP: approval for lithotrypsy & Urology. To |
| | | Theresa for f/u. B Ky Sai Dr |

DOC 0413 (6/92)

CONFIDENTIAL

00502

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

MULTIDISCIPLINARY PROGRESS NOTES

NAME: Aholelei, Star

SSN: 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

DOB: 11.17.63

| DATE | TIME | |
|------|------|---|
| 10/3/02 | 1015 | SICK CALL |
| | | S: "Sore on my L side; inside." |
| | | O: C/o ↓ appetite; denies any diarrhea or vomiting also C/o feeling nauseated; body aches & fever. Temp: 97°. C/o lump on L side; small lump palpated, tender touch ∅ redness or bruising noted to area. Bowel sounds normoactive x 4 quadrants, abd soft & nondistended; C/o pain to LLQ when palpated; C/o of urinary difficulty, when urinating "it drips out slowly" |
| | | A: alt in comfort |
| | | P: Tylenol given c̄ instructions. UA dip done. Will schedule in clinic for further eval. ——— [signature] |
| | | MD CLINIC/RD |
| 10-4-02 | | |
| | 1003 | B/P 210  RR 110/78  age 38 yrs  P 80  T 98.8 |
| | | S: as above ——— Hollyn |
| | | PMB. Abd/flank pain, DM, asthma S— no probs. c̄ asthma; on 2 DM meds — glucophage, glucotrol last Hgb A1C was 9.0 but meds ↑ afterwards |
| | | O— Lungs clean  Had kidney stones in past Heart nl |

DOC 0413 (6/92)

CONFIDENTIAL

00506

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME: _____

| DATE | TIME | |
|------|------|--|
| | | Abd - tender ® kidney + |
| | | collecting system |
| | | U/A → hematuria for months |
| | | A- Hematuria — R. kidney stones |
| | | D.M. |
| | | Allergies / asthma |
| | | P- ✓HgbA₁C — may need ↑ meds |
| 🔺 | Noted Entry 10-4-03 1130 | ✓Schedule kidney/US to look |
| | | for stones 'abd, then Urol. if needed |
| | | ✓Refill CT chlorthalidone 4mg q hs |
| | | #30    RF X 3 |
| | | ✓Re ✓ 2 wks |
| 🔺 | SA— | ✓RF Beclovent (Bauma MD |
| | | inhaler 2 breaths b.i.d   #)   RF X 3 mo. |
| | | (with recent shakedown, was thrown away |
| | | + pt. needs !) |
| | | (Bauma MD |
| | | 24° ✓ Michael Ward, RN 10/5/02 |
| 10·10·02 | 1000 | SURP committee — approved for IVP. BKysarP |
| 10-13-02 | 0910 | Influenza vaccine 0.5ml IM ® Deltoid BKJuena |

00507

Facility _HCF_                                                           RTC _____

| **Chronic Care Clinic**<br>**Follow-up Visit** | Name _Aholeilei    Star_     Sex _M_ |
| --- | --- |
| | SSN _575 98 5526_   SID _A01469.49_   DOB _11/17/63_ |
| | Allergies _NKDA_ |

Diagnosis x (dgs)
_NIDDM  gout  asthma_
_Kidney stones_

Tests needed prior to visit

Current Medications _Beclovent —_     _glipizide 10 qd_
_Singulair 10 mg q h.s._     ~~Glucotrol 10 mg BID~~
_Ventolin Inhaler_     _Nasarel ii puffs each nostril_
_glucophage 850 mg TID_     _allopurinol_
Diet     _NaHCO3_

Special Needs

**SUBJECTIVE DATA**     _Samoan + Tonga_
    _cystoscopy + ? lithotripsy_
Complaints/Comments _11/02 + 2/03 had ~~lithotripsy~~ ; last scan 4/30/03_
_Has been passing stones regularly; out of Singulair so_
_using albuterol more_

Review of Symptoms
_____
_____

Compliance with medications:   Y    N
Effectiveness of medications
_____
_____

**OBJECTIVE DATA**

| Vital Signs: | Ht. _5'9"_ | Wt. _218_ | B/P _126/88_ | P _66_ | R _18_ | T _97.6_ |
| --- | --- | --- | --- | --- | --- | --- |

Skin _☺  tattoos_
HEENT _Nose — inflamed, boggy R>L_
Heart _nl_
Lungs _clear today_
Extremities _☺ edema ; DP 2+/2+_
Other

Evaluation of labs, tests, treatments, consults
_Hgb A1C  6.5   2/03_

**ASSESSMENT**             00538

## PLAN

**Medications**

① allopurinol 300 q d   #30   RF x 3 mo.
② Na HCO₃ 650 mg c̄ ii tid   #180   RF x 3 mo.
③ ibuprofen 800 mg c̄ tid prn kidney pain   #90   RF x 3 mo
④ Singulair 10 mg c̄ q h.s. #30 RF x 3 mo.
⑤ Beclovent MDI ŦĦ puffs bid #1 RF x 3 mo

**Labs**

⑥ albuterol MDI ŦĦ puff q 4-6 h prn wheezing #1 RF x 3 mo
⑦ Glucophage 850 c̄ tid  #90 RF x 3 mo.

**Treatments**

⑧ Glipizide 10 mg c̄ qd #30 RF x 3 mo
⑨ nasarel inhaler #1   2 puffs bid   RF x 3 mo.

**Consults**  Dr Kirchenbecker for F/u April CT + consideration
of ESL

**Diet**

**Special Needs**

**Other**

## EDUCATION AND COUNSELING

24⁰ ✓   5/27/03   2228
Offman...

Return to Clinic  90 days ✓     Other _____     Signature/Title _K Bauma MD_

Update: Problem sheet _____    HSCR _____    Date  5/27/03

00539

## CONSULTATION RECORD

(P6201469497)

A0146949
S.I.D.

**Facility** HCF

**Name** Aholelei, **Last** **First** Star **Initial**

**DOB** 11-17-63    **SSN** 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

REQUEST TO: Dr Kuchenbecker

DATE OF APPOINTMENT: 2.28.03
26

TIME: Tu 1430 0830

REASON FOR CONSULTATION:

RTC in office 1-2wks from 2/6/03 for Stent Removal

Date 2/6/03

Requesting Physician Dr Young M.D.

CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)

se previous notes

Cysto Stent Removal

Still 1 to3 B, Uhd R() R()()

Removed — Allopurinol 300mg q D Dissolve stone ?
— NaHCO3 650mg ii po HS ?
— Re check CT in 3 mths
+ Vicodin PRN X Sens Allergy
Consid ESL

Alma noted: chg from vicodin

noted 2.26.03

q12 x 1 wk.

Consultant's Signature M.D.

*Complete Form Doc 0497 if a significant change in health status has occurred.

Original:    HCU
Yellow:     Consultant's Copy

DOC 0406 (11/97)

2/26/03

2/27/03

noted JWLyn
found → 3-10-03    0912
late

24°√ 5/14/03.

**CONFIDENTIAL**

00618

## CONSULTATION RECORD

_HCF_
**Facility**

_P620146949_
**S.I.D.**

_AHOLELEI_    _STAR_                           _11.17.63_    _575.98.5526_
**Name**   **Last**   **First**   **Initial**       **DOB**      **SSN**

**REQUEST TO:** _QMC / IMAGING / CT_

**DATE OF APPOINTMENT:** _1-29-03_

**TIME:** _1000_

**REASON FOR CONSULTATION:**
_SPIRAL CT s̄ CONTRAST_
_(COPY TO DR KUCHENBECKER)_

Date _1-24-03_

Requesting Physician _ROBERT YOUNG_ **M.D.**

**CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**

_____ **M.D.**
Consultant's Signature

*Complete Form Doc 0497 if a significant change in health status has occurred.

Original:    HCU
Yellow:    Consultant's Copy

DOC 0406 (11/97)

**CONFIDENTIAL**

00624

The Queen's Medical Center
Honolulu, Hawaii 96813

# D I A G N O S T I C   I M A G I N G   C O N S U L T A T I O N

Patient Name: AHOLELEI, VILIAMI S                          MFID: 12-76-00
Sex: M    DOB: 17-Nov-1963                         Patient Loc: CAT


          ROBERT YOUNG, M.D.
          ATTN:  MEDICAL UNIT
          99-902 MOANALUA ROAD
          AIEA                    HI    96701


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Exam: 1951169    Date: 29-Jan-2003 Requested by: YOUNG, ROBERT, M.D.
CT ABDOMEN W/O IV CON 23504031
Diagnosis:
   CHRONIC HEMATURIA W/POSSIBLE RENAL STONE
History:
   PROC: SPIRAL CT SCAN STONE PROTOCOL
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Report dictated on 1/29/03.

CT OF ABDOMEN AND PELVIS, 1/29/03:

TECHNIQUE:  No intravenous contrast was administered.  Renal stone
protocol was performed.

FINDINGS:  The visualized portions of the liver, spleen, large and
small intestine, and pancreas are unremarkable on this noncontrast
CT study.  The visualized lung bases are unremarkable.  The bony
thorax and lumbar spine demonstrates no lytic or blastic lesions.

There is severe left-sided hydronephrosis present.  Multiple stones
are present in the right ureter.  The largest one is present in the
midportion of the left ureter measuring 13.0 x 9.0 mm.  A second stone
is noted at the level of the sacroiliac joints on the left side
measuring approximately 9.0 mm in dimension.  Two smaller stones
measuring 6.0 mm and 3.0 mm are noted in the distal portion of the
left ureter with the smallest stone present at the ureterovesical
junction.  The left ureter demonstrates inflammatory changes to the
level of the sacroiliac joint.  Below this level, no definite evidence
of ureteral dilatation or obstruction.

Multiple left and right sided renal stones are present within the
collecting system.  In the inferior pole of the left kidney, there are
multiple stones measuring up to 7.0 mm and 9.0 mm.  In the upper pole
of the left kidney, there is a stone which measures 6.0 mm in
dimension with a second focus of calcification measuring 1.0 mm to 2.0
mm.  On the right side, there are multiple stones in the lower pole of
the kidney measuring 3.0 mm and 6.0 mm in dimension respectively.

No evidence of retroperitoneal adenopathy.


00625

2/12/03 (Cpt already had surgery 2/6/03)

The Queen's Medical Center
Honolulu, Hawaii 96813

# D I A G N O S T I C   I M A G I N G   C O N S U L T A T I O N

**Patient Name: AHOLELEI, VILIAMI S**
Sex: M    DOB: 17-Nov-1963

MFID: 12-76-00
Patient Loc: CAT

ROBERT YOUNG, M.D.
ATTN:   MEDICAL UNIT
99-902 MOANALUA ROAD
AIEA                    HI   96701

---

Exam: 1951169    Date: 29-Jan-2003 Requested by: YOUNG, ROBERT, M.D.
CT ABDOMEN W/O IV CON 23504031

---

IMPRESSION:

1.  MULTIPLE STONES WITHIN THE RIGHT URETER.  THERE IS SIGNIFICANT
    HYDRONEPHROSIS CAUSED BY THE UPPER AND MID STONES EXTENDING TO THE
    LEVEL OF THE SACROILIAC JOINT.
2.  MULTILPLE BILATERAL RENAL COLLECTING SYSTEM STONES AS DESCRIBED
    ABOVE.

Thank you very much for this referral.

Dictated by: _____

        Jerel Saito, M.D.

Transcribed on: 29-Jan-2003 6:48 PM by Ancelina Lacar

## M E D I C A L   R E C O R D   C O P Y

00626

## CONSULTATION RECORD

(P620146949)

A0146 949
S.I.D.

HCF
Facility

Aholelei, Star
Name    Last    First    Initial

11·17·63        601·18·1356
DOB              SSN

REQUEST TO: Dr. Kuchenbecker    DATE OF APPOINTMENT:    TIME:
                                11-13-02                1145

REASON FOR CONSULTATION:
1 wk follow-up ; s/p laser ureteroscopy ℗ side kidney tube
on 11/7/02

Date 11/7/02        Requesting Physician W.O. Dr. Saldana frm&

CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)

S/P ℗ Ureteroscopy LASER
    ∅ problems

Stent removed ⊃ Zylocar jelly

Expect some discomfort for 24-48°
    ↑Frequency/Dysuria

? ESL remaining renal Calli.

h Cipro 500mg po BID x 2 - back up for
                              ? called for
                              advice

chg to follow abs
        11/14/02

                    Consultant's Signature              M.D.

*Complete Form Doc 0497 if a significant change in health status has occurred.

                    noted JHollyn 11/14/02 1300

ginal:    HCU
 w:       Consultant's Copy

406 (11/97)                              CONFIDENTIAL

                                        00629

# CONSULTATION RECORD

_HCF_
Facility

_PC20146949_
S.I.D.

_AHOLELEI,   STAR_
Name    Last    First    Initial

_11-17-63_
DOB

_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_
SSN

**REQUEST TO:** _CASTLE MED. CTR / SDS / DR KUCHENBECKER_

**DATE OF APPOINTMENT:** _11.7.02_

**TIME:** _0630_

**REASON FOR CONSULTATION:**

_LASER URETEROSCOPY (L) SLIDE KIDNEY TUBE_

Date _10.31.02_

Requesting Physician _V8 9/SAR PADERES M.D._

**CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**

_Ponds Left Ureterscopy & LASER lithotripsy od_
_large upper ureteral calculus_

_Has drain tube (stent) — which needs to be removed_
_in a week = OSdns procedure ā local_
_Expect some hematuria, dysuria & (L) Flank discomfort_
_with voiding_

_Recomend — Pyridim 200mg BID until stent out_
_caution pt will make shi shi orange-red_
_— Celebrex or equivalent Daily_
_— Bactrim DS x 48° BID_

Consultant's Signature _____ M.D.

*Complete Form Doc 0497 if a significant change in health status has occurred.
_see progress notes_

Original:    HCU
Yellow:      Consultant's Copy

DOC 0406 (11/97)

AHOLELEI, STAR V
KUCHENBECKER   DAY   11/07/2002
60472560    18-91-20  2590   D
11/17/1963 M/038Y NOR

**CONFIDENTIAL**

00630

**CONSULTATION RECORD**

CP 20146949
A0146949
S.I.D.

HMSF
Facility

| Name | Last | First | Initial | DOB | SSN |
|------|------|-------|---------|-----|-----|
| | AHOLELEI | STAR | | 11/17/63 | 601·18·1356 |

REQUEST TO: Urology / DR KUCHENBECKER
DATE OF APPOINTMENT: 10·28·02
TIME: 1600

REASON FOR CONSULTATION:
38 y/o ♂ c̄ large L mid ureteral stone & moderate hydronephrosis per IVP done @ Queen's Medical Center (copy attached). Please evaluate & make recommendation.

Date 10/18/02
# See attached copy ————————
Requesting Physician ———————— M.D.

CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)

38yo ♂ 3-4 mth hx of intermittent L flank pain to L mid Abd
⊕ diaphoretic, Nauseated c̄ emesis, urine dark
⊖ Prior hx of stones
⊕ FHx stone disease              IVP - long L ureteral cal. c̄ hydro
PMHx ⊕ DM, Asthma, Sinusitis        Mild L ⊕ Stones
    ⊖ ops
    NKDA

UA #1 Blood 2-10 RBCs

Assess large L St Ureteral Calculus → doubt pt can pass
Recommend Ureteroscopy & lithotripsy
        Should also undergo tx of renal calculi in future

Okay to ——

Consultant's Signature ———————— M.D.

*Complete Form Doc 0497 if a significant change in health status has occurred.

Original:    HCU
Yellow:    Consultant's Copy

DOC 0406 (11/97)

CONFIDENTIAL
00638

ICD: 808 55//810                    P. 002

CONSULTATION RECORD

H KSF
_____
Facility

A01 6949
_____
S.I.D.

Name    Last    First    Initial
AHOLSILEI    STAR

DOB 11/17/65    601·18·1356 SSN

REQUEST TO: IMAGING/RADIOLOGY    DATE OF APPOINTMENT: 10·17·02    TIME: 0745

REASON FOR CONSULTATION:
38 y/o male c̄ hematuria ? (L) CVA on 10/4/02
Please do IVP to R/O kidney stone. Thank you

Date 10/10/02

Requesting Physician _____ M.D.
SISAR M. PADERES, M.D.

CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)

LARGE (L) MIDURETERAL STONE
16 x 7 mm
(L) MODERATE HYDROURETERONEPHROSIS
(L) MP 8 x 4 mm
(L) MP 2 mm
(L) LP 5 mm 11 x 9 mm, 10 x 12 mm
(R) LP 4 mm
LP 1 mm
MP 4 mm

Schedule ___ for follow up c̄ Urologist include
10/18/02

*Complete Form Doc 0497 if a significant change in health status has occurred.

Consultant's Signature _____ M.D.

Original:    HCU
Yellow:    Consultant's Copy

DOC 0406 (11/97)

Michael Ward, RN
10/18/02 2348

CONFIDENTIAL

00639

The Queen's Medical Center
Honolulu, Hawaii 96813

# D I A G N O S T I C   I M A G I N G   C O N S U L T A T I O N

Patient Name: AHOLELEI, STAR
Sex: M   DOB: 17-Nov-1963

MFID: 61-99-09
Patient Loc: XRY

SISAR PADERES, M.D.
99-902 MOANALUA HWY
MEDICAL UNIT
AIEA

HI   96701

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Exam: 1886425   Date: 17-Oct-2002  Requested by: PADERES, SISAR, M.D.
CT ABDOMEN W/O IV CON 23504031
Diagnosis:
  heamturia, r/o kidney stone
History:
  halawa inmate

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Report dictated on 10/17/02.

CT SCAN OF THE ABDOMEN RENAL STONE PROTOCOL.

CLINICAL HISTORY: This is a 38-year-old male with hematuria.  Please
evaluate for renal calculi.

TECHNIQUE: CT scan of the abdomen was performed per renal stone
protocol.

FINDINGS: There is moderate left-sided hydroureteronephrosis.  This is
due to a large obstructing calculus in the mid ureter which measures
7-mm x at least 1.7-cm in length.  There are numerous other calculi
present in the dilated left renal collecting system.  One in the mid
pole measures 8 x 4-mm, two tiny 2-mm calculi noted in the posterior
mid pole on image #40.  Three other calculi are seen in the lower pole
measuring 9 x 11, 10 x 16, and 5-mm in size.

There is a 4-mm mid pole calculus, a 1-mm lower pole calculus, and a
4-mm lower pole calculus on all the right.

No perinephric or periureteral stranding is seen.  The liver,
pancreas, spleen, gallbladder, adrenals, and lung bases are
unremarkable.

IMPRESSION:

1.  LEFT MID URETERAL LARGE OBSTRUCTING CALCULUS MEASURING 7 X 17-MM
    IN SIZE WITH MODERATE ASSOCIATED LEFT HYDROURETERONEPHROSIS.
2.  BILATERAL RENAL CALCULI AS DESCRIBED ABOVE, LEFT GREATER THAN
    RIGHT.
3.  OTHERWISE UNREMARKABLE CT.

00641

The Queen's Medical Center
Honolulu, Hawaii 96813

# D I A G N O S T I C   I M A G I N G   C O N S U L T A T I O N

**Patient Name: AHOLELEI, STAR**
Sex: M    DOB: 17-Nov-1963

MFID: 61-99-09
Patient Loc: XRY

SISAR PADERES, M.D.
99-902 MOANALUA HWY
MEDICAL UNIT
AIEA                        HI   96701

---

Exam: 1886425   Date: 17-Oct-2002Requested by: PADERES, SISAR, M.D.
CT ABDOMEN W/O IV CON 23504031

---

Dictated by: _____
                  Jeffrey Yu, M.D.

Transcribed on: 17-Oct-2002 5:08 PMby Phyllis Moriguchi

M E D I C A L   R E C O R D   C O P Y

00642

# CONSULTATION RECORD

*(P620146949)*

*A0146949*

__HLF__
Facility

S.I.D.

__Ahoteki, Star__
Name    Last    First    Initial

__11/17/63__
DOB

__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__
SSN

REQUEST TO: __Dr. Kuchenbecker/urology__    DATE OF APPOINTMENT: __7-25-03__    TIME: __1130__

REASON FOR CONSULTATION:
39 y/o OO known to you with multiple bilat kidney stones + is S/p 2 stent procedures; last CT 4/30/03 available to you; again c̄ hematuria 5/26-27/03.

Date __5/28/03__    Requesting Physician __Baumer__ M.D.

CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)

Prep ESL

_____ M.D.
Consultant's Signature

*Complete Form Doc 0497 if a significant change in health status has occurred.

Original:    HCU
Yellow:    Consultant's Copy

DOC 0406 (11/97)

**CONFIDENTIAL**

00937

## MEDICAL REQUEST

Date: Dec 15 - 02

Facility: HCF

Name: STAR Aholelei AO46949
(Print)

2 - 9 - 2
(Housing)

Problem: I need to see a doctor about my Kidney- I am
having the same pain as I had before my Kidney
Removal. The pain came back again and its worst. Thanks

Signature: Star Aholelei
(Inmate)

Dec/5 - 07
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Date Received: 12-16-02 Ase

(✓) Appointment Made Succell
( ) Seen By Nurse

Health Care Staff Signature: pw

Date: 12/17

Original:
Canary:
Pink:

HCU Medical Record
Inmate (Response)
Inmate (Receipt)

DOC 0450   (4/99)

00738

# CASTLE MEDICAL CENTER

cc:  DAVID A KUCHENBECKER, M.D.

**DATE OF OPERATION:**        02/06/2003

**PREOPERATIVE DIAGNOSIS:**  MULTIPLE LEFT URETERAL CALCULI.

**POSTOPERATIVE DIAGNOSIS:** SAME WITH MARKED HYDRONEPHROSIS.

**SURGEON:**                 Dr. David Kuchenbecker

**ANESTHESIOLOGIST:**        Dr. Robert Chinn

**ANESTHESIA:**              General.

**OPERATIVE PROCEDURE:**     CYSTOURETEROSCOPY WITH LASER LITHOTRIPSY,
                             RETROGRADE PYELOGRAMS WITH FLUOROSCOPIC
                             IMAGING AND PLACEMENT OF DOUBLE J STENT.

**INDICATIONS:**
The patient is a 39-year-old gentleman with a long history of
recurring renal and ureteral calculi, who presents with left flank
pain and marked hydronephrosis and CT scan demonstrating multiple
stones in the left ureter.

**DESCRIPTION OF OPERATION:**
The patient was taken to the Operating Suite where is placed on the
table in the supine position after induction of general anesthesia,
the patient was repositioned in the cystolithotomy position where
he prepped and draped sterilely.  A 22-French Storz cystoscope was
inserted under direct vision and the bladder emptied without
difficulty.   The left ureteric orifice was identified and
cannulated with a 35 mm guide wire which is able to be manipulated
along side the stones and up into the proximal dilated ureter and
renal pelvis.  A 6-French rigid Wolfe ureteroscope was then passed
along the guide wire up to the level of the first stone.  Multiple
stones were present, increasing in size as progressed up the
ureter.  A total of four or five stones were present, each of which
were laser fragment with the homeon laser into tiny fragments.
After the final stone was fragmented, a pyelogram was performed
through the ureteroscope showing no extravasation.  Several filling
defects were present in the kidneys, suspicious for residual uric
acid type stones with removal of the scope.  No significant size
fragments were evident.   The guide wire was backfed on the
cystoscope an a 26 cm 6-French double J stent was passed over the
guide wire, positioned fluoroscopically and the guide wire removed.

---

**Castle Medical Center**
640 Ulukahiki Street
Kailua, Hawaii 96734
(808) 263-5500

**OPERATIVE REPORT***

| | |
|---|---|
| PATIENT: | AHOLELEI, STAR V |
| MR #: | 18-91-20 |
| ATT PHYS: | DAVID A KUCHENBECKER, M.D. |
| DATE: | 02/06/2003 |
| ROOM: | |

ORIGINAL

00965

Page 1 of 2  IntelliType Transcription

DAVID A KUCHENBECKER, M.D.

| | |
|---|---|
| PATIENT: | AHOLELEI, STAR V |
| MR #: | 18-91-20 |
| ATT PHYS: | DAVID A KUCHENBECKER, M.D. |
| DATE: | 02/06/2003 |
| ROOM: | |

00966

ORIGINAL                    Page 2 of 2  IntelliType Transcription