IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| WILLIAM S. AHOLELEI, | ) | CASE NO. 03-00171 HG-KSC |
| | ) | |
| Plaintiff, | ) | AFFIDAVIT OF APRIL LURIA; |
| | ) | EXHIBIT "B" |
| vs. | ) | |
| | ) | |
| BARBARA KYSAR, DOCTOR S. | ) | |
| PADERES, DOCTOR BAUMAN, | ) | Trial Date:  December 5, 2006 |
| DOES I-V, | ) | |
| | ) | |
| Defendants. | ) | |

306-072/Affidavit.AL.wpd

### AFFIDAVIT OF APRIL LURIA

| | | |
|---|---|---|
| STATE OF HAWAI'I | ) | |
| | : | SS |
| CITY & COUNTY OF HONOLULU | ) | |

APRIL LURIA, being first duly sworn on oath, deposes and says:

1. I am a partner with the law firm of Roeca Louie & Hiraoka and one of the attorneys representing Defendant Kay Bauman, M.D. in the above-referenced case. I make this affidavit based upon personal knowledge except where facts are alleged upon information and belief.

2. Attached hereto as Exhibit "B" is a true and correct copy of pertinent medical records produced by David Kuchenbecker, M.D. pursuant to

Rule 31 of the Federal Rules of Civil Procedure in Civil No. 03-00171 HG-KSC.

FURTHER AFFIANT SAYETH NAUGHT.

_____
APRIL LURIA

Subscribed and sworn to before me
this  31st  day of  July , 2006.

_____
Notary Public, State of Hawai'i

 Juay Kay Troyer 
(Print name)
My commission expires:  2/21/07