IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM S. AHOLELEI, | ) | CASE NO. 03-00171 HG-KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| BARBARA KYSAR, DOCTOR S. PADERES, DOCTOR BAUMAN, DOES I-V, | ) ) ) | |
| | ) | Trial Date: December 5, 2006 |
| Defendants. | ) | |

306-072/p. Concise Statement.al

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served by depositing the same in the United States Mail, postage prepaid, to the following at their last known address:

WILLIAM S. AHOLELEI           [ M ]
c/o Oahu Community Correctional Center
Laumaka Work Furlough Center
2199 Kamehameha Highway
Honolulu, Hawaii  96819-2307

Plaintiff

CARON M. INAGAKI, ESQ.     [ M ]
CINDY S. INOUYE, ESQ.
MIRIAM P. LOUI, ESQ.
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii 96813

Attorneys for Defendant
Sisar Paderes, M.D.

JUL 3 1 2006

DATED: Honolulu, Hawaii, _____.

_____
ARTHUR F. ROECA
APRIL LURIA
Attorneys for Defendant
Kay Bauman, M.D.

-2-