ORIGINAL
ORIGINAL

MARK J. BENNETT   2672
Attorney General of Hawai'i

CARON M. INAGAKI   3835
MIRIAM P. LOUI    3582
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Miriam.P.Loui@hawaii.gov

Attorneys for Defendant
SISAR PADERES, M.D. (improperly
identified as Doctor S. Paderes)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 2 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BARBARA KYSAR; DOCTOR S. PADERES, DOCTOR BAUMAN; DOES I-V,<br><br>　　　　　Defendants. | CIVIL NO. 03 00171 HG-KSC<br><br>**NOTICE OF HEARING ON MOTION; DEFENDANT SISAR PADERES, M.D.'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; EXHIBITS "A" – "D"; CERTIFICATE OF SERVICE**<br><br>Hearing<br>Date:　September 11, 2006<br>Time:　10:30 a.m.<br>Judge:　Hon. Helen Gilmor<br><br><br>Trial Date: December 5, 2006 |

## NOTICE OF HEARING

TO: WILLIAM S. AHOLELEI
c/o Waiawa Correctional Facility
94-560 Kamehameha Highway
Waipahu, Hawai'i 96797

Plaintiff Pro Se

NOTICE IS HEREBY GIVEN that Defendant Sisar Paderes, M.D.'s Motion for Summary Judgment will be heard before the Honorable Helen Gilmor, of the above-entitled court, in her courtroom, 300 Ala Moana Boulevard, Honolulu, Hawai'i, on September 11, 2006, at 10:30 a.m., or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawai'i, August 2, 2006.

STATE OF HAWAI'I

MARK J. BENNETT
Attorney General
State of Hawai'i

MIRIAM P. LOUI
Deputy Attorney General

_____
CARON M. INAGAKI
Deputy Attorney General

Attorneys for Defendant
SISAR PADERES, M.D

| | |
|---|---|
| WILLIAM S. AHOLELEI,      ) | CIVIL NO. 03 00171 HG-KSC |
|                          ) | |
|         Plaintiff,       ) | **DEFENDANT SISAR PADERES,** |
|                          ) | **M.D.'S MOTION FOR SUMMARY** |
| vs.                      ) | **JUDGMENT** |
|                          ) | |
| BARBARA KYSAR; DOCTOR S. ) | |
| PADERES, DOCTOR BAUMAN;  ) | |
| DOES I-V,                ) | |
|                          ) | |
|         Defendants.      ) | |
| _____ ) | |

## DEFENDANT SISAR PADERES, M.D.'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Sisar Paderes, M.D. ("Dr. Paderes"), by and through his attorneys, Mark J. Bennett, Attorney General of Hawai'i, and Caron M. Inagaki and Miriam P. Loui, Deputy Attorneys General, hereby moves this Court for an order granting summary judgment in his favor as to all claims asserted against him in Plaintiff William S. Aholelei's ("Plaintiff") Amended Complaint filed on September 22, 2003, on the ground that Dr. Paderes was not deliberately indifferent to Plaintiff's medical needs.

This motion is made pursuant to Rules 7 and 56(b) of the Federal Rules of Civil Procedure, and is based on the memorandum in support of motion and exhibits attached hereto, the records and files herein, and the arguments made at the hearing on this motion.

DATED: Honolulu, Hawai'i, August 2, 2006.

STATE OF HAWAI'I

MARK J. BENNETT
Attorney General
State of Hawai'i

_/s/ Miriam P. Loui_
MIRIAM P. LOUI
Deputy Attorney General

_/s/ Caron M. Inagaki_
CARON M. INAGAKI
Deputy Attorney General

Attorneys for Defendant
SISAR PADERES, M.D.