| | |
|---|---|
| WILLIAM S. AHOLELEI, | ) CIVIL NO. 03-00171 HG-KSC |
| Plaintiff, | ) **AFFIDAVIT OF SISAR PADERES,** |
| | ) **M.D.** |
| vs. | ) |
| BARBARA KYSAR; DOCTOR S. PADERES, DOCTOR BAUMAN; DOES I-V, | ) |
| Defendants. | ) |

## AFFIDAVIT OF SISAR PADERES, M.D.

STATE OF HAWAI'I        )
                        )
CITY & COUNTY OF HONOLULU )

SISAR PADERES, M.D., being first duly sworn on oath, deposes and says:

1. I am a medical doctor employed by the State of Hawai'i, Department of Public Safety, and have been so employed since 1996.

2. I graduated from the University of Hawai'i, John A. Burns School of Medicine in 1981, and have been licensed to practice medicine in the State of Hawai'i since 1983.

3. I am currently the primary physician for the following state prison facilities: (1) Halawa Correctional Facility (High/Special Needs); (2) Hawai'i Community Correctional Center; (3) Maui Community Correctional Center;

EXHIBIT "A"

(4) Oahu Community Correctional Center; and (5) Waiawa Correctional Facility. As such, I am responsible for providing general medical care to the inmate population at these state prison facilities.

4. I have personal knowledge of the matters set forth below and am competent to so testify.

5. During 2002-2003, I was the primary inmate physician at the Halawa Correctional Facility (Medium) where Plaintiff William S. Aholelei ("Plaintiff") was housed.

6. In the scope of my employment, I have access to inmate medical records maintained by the Department of Public Safety. I have reviewed the medical records of Plaintiff with respect to the medical care provided to him at the Halawa Correctional Facility; those records also include certain records of David Kuchenbecker, M.D., an urologist who treated Plaintiff.

7. On October 3, 2002, Plaintiff reported to the medical unit on a "sick call." He complained of being sore on his left side. Plaintiff was examined. During the examination, Plaintiff complained of a small lump on his left side that was tender when palpated. He also complained of pain to his lower left quadrant when palpated. Plaintiff further complained of urinary difficulty. Plaintiff was given Tylenol with instructions for use. A urinalysis dip test also was performed. Plaintiff was scheduled to return to the medical clinic for further evaluation.

8. On October 4, 2002, Plaintiff returned to the medical unit. He complained of abdominal, flank pain. Plaintiff was diagnosed with hematuria. It was also noted that Plaintiff had kidney stones in the past. Plaintiff was scheduled to have a kidney/abdominal ultrasound to look for kidney stones, with the possibility of seeing an urologist, if needed.

9. On October 10, 2002, an intra-departmental committee of physicians--the Specialized Utilization Review Panel (SURP)--approved Plaintiff for an IVP (intravenous pyelogram, or kidney x-rays using intravenous contrast dye).

10. **On October 10, 2002, I signed a consultation record acknowledging the request for Plaintiff's IVP.**

11. On October 15, 2002, Plaintiff was admitted to the infirmary for IVP bowel prep. He was given magnesium citrate with instructions to drink water and verbalized an understanding thereof. Plaintiff expressed that he wanted to return to his module. He was allowed to do so after being instructed further about the IVP prep procedure, and that the procedure would take place on October 17, 2002.

12. On October 16, 2002, at 5:00 a.m., Plaintiff was seen in his cell by a medical staff member. At 8:00 a.m., Plaintiff made a visit to the medical unit and asked for his medications. He was sent back to his module after being instructed that he was not to eat solid food but only broth.

13.     On October 17, 2003, Plaintiff underwent a CT scan of the abdomen with renal stone protocol. The CT scan revealed a large left urethral obstruction with bilateral renal calculi.

14.     **On October 18, 2002, I prepared a consultation record noting the results of Plaintiff's October 17, 2002 CT scan, and requesting that Plaintiff be further evaluated by Dr. Kuchenbecker, an urologist. Plaintiff's appointment with Dr. Kuchenbecker was scheduled for October 28, 2002.**

15.     On October 28, 2002, Plaintiff was examined by Dr. Kuchenbecker. Dr. Kuchenbecker recommended Plaintiff undergo an ureteroscopy and lithotripsy. He also recommended future treatment for the removal of renal calculi.

16.     On October 31, 2002, the SURP committee approved Dr. Kuchenbecker's recommendations for surgery.

17.     On November 1, 2002, Plaintiff requested medical recreation. Plaintiff was informed that he had been approved for lithotripsy and urology, but the treatment had not been scheduled yet. Plaintiff's request for medical recreation was denied.

18.     On November 7, 2002, Plaintiff underwent a cystoureteroscopy, laser lithotripsy, retrograde pyelogram, and placement of double J stent to the left ureter (1st surgery by Dr. Kuchenbecker). No surgery was performed on Plaintiff's right

ureter at that time. Plaintiff tolerated the procedure well. Plaintiff was scheduled for a follow-up appointment with Dr. Kuchenbecker on November 13, 2002.

19. On November 13, 2002, Plaintiff was examined by Dr. Kuchenbecker and his stent was removed. Three remaining renal calculi were noted during that visit. Plans were made to remove the stones in the future.

20. **On November 14, 2002, I reviewed the consultation notes of Plaintiff's November 13, 2002 examination by Dr. Kuchenbecker, and agreed with Dr. Kuchenbecker's recommendation for further treatment of Plaintiff's kidney condition.**

21. On December 17, 2002, Plaintiff complained of bilateral flank pain and intermittent blood in his urine. He was given Advil 200 mg, with instructions. Plaintiff was scheduled to return to the medical unit for further evaluation on December 19, 2002.

22. **On December 19, 2002, I examined Plaintiff. He complained of right flank pain. Kidney stones were noted. Plaintiff was given Motrin 600 mg, with instructions.**

23. On January 18, 2003, Plaintiff was seen by Dr. Young at the HCF medical unit. Plaintiff complained of bilateral flank pain, blood in his urine, and passing kidney stones. Dr. Young recommended further follow up with a urology consultation. He prescribed Motrin, 800 mg for 90 days. Plaintiff was given a

strainer to collect kidney stone samples for analysis, and advised to drink plenty of fluids. Plaintiff was scheduled to return to clinic in one month.

24. On January 24, 2003, Dr. Young requested a spiral CT scan with contrast to look for additional kidney stones. Plaintiff was scheduled for an appointment with Dr. Kuchenbecker on January 29, 2003. The SURP committee approved Dr. Young's referral for a urological consultation with Dr. Kuchenbecker.

25. On January 29, 2003, a spiral CT scan with stone protocol was performed. The CT scan showed the presence of multiple stones in the right ureter, and multiple bilateral stones in the collection system.

26. On January 30, 2003, Plaintiff was examined by Dr. Bauman, who requested that Plaintiff be referred for further urological evaluation.

27. On February 6, 2003, Plaintiff underwent a cystoureteroscopy with laser lithotripsy, retrograde pyelograms with fluoroscopic imaging and placement of double J stent (2nd surgery by Dr. Kuchenbecker).

**28. On February 6, 2003, I reviewed Plaintiff's chart and scheduled him for chronic care clinic for routine follow-up of his kidney condition.**

29. Plaintiff was scheduled for a follow-up visit with Dr. Kuchenbecker on February 18, 2003, for stent removal. The appointment with Dr. Kuchenbecker was later rescheduled to February 26, 2003.

30.  On February 26, 2003, Plaintiff was seen by Dr. Kuchenbecker for a cystoscopy and stent removal.  He was prescribed medication to dissolve the remaining stones chemically, with plans to follow-up with a CT scan in three months.

**31.  On March 20, 2003, I examined Plaintiff.  He complained of right flank pain and dysuria.  I diagnosed kidney stones.  I prescribed Vicodin for pain management.  I also referred Plaintiff for further evaluation by Dr. Kuchenbecker due to his continued complaints of kidney pain.**

**32.  On April 30, 2003, the follow-up CT scan was performed.  It demonstrated three renal calculi in the right lower pole.  There was no evidence of obstruction.  There were also two small ureteral calculi and several left renal calculi.  I spoke with Dr. Hamasaki, a radiologist, regarding the results of the CT scan performed that day, and referred him to Dr. Kuchenbecker for further discussion.**

33.  On May 26, 2003, Plaintiff complained of blood in his urine and bilateral flank pain.  He was given Advil.

34.  On May 27, 2003, Plaintiff was scheduled for clinic to see a doctor.

35.  On May 28, 2003, Plaintiff was examined by Dr. Bauman, who requested further urological evaluation with Dr. Kuchenbecker.  An appointment with Dr. Kuchenbecker was scheduled for July 25, 2003.

36.  On June 13, 2003, I examined Plaintiff for complaint of right kidney pain. His urinalysis results were consistent with kidney stones. I prescribed Vicodin and referred Plaintiff for a follow-up examination with Dr. Kuchenbecker in July 2003.

37.  On July 29, 2003, Plaintiff was examined by Dr. Kuchenbecker. Dr. Kuchenbecker's consultation recommending left extracorporeal shock wave lithotripsy was received by the medical unit for MD review the same day.

38.  On July 30, 2003, Plaintiff underwent EWSL (extracorporeal shock wave lithotripsy) of the left kidney (3rd and last surgery by Dr. Kuchenbecker).

FURTHER AFFIANT SAYETH NAUGHT.

_____
SISAR PADERES, M.D.

Subscribed and sworn to before me
this __24__ day of August, 2006.

_____
Notary Public, State of Hawai'i

_Karen M. Yee_
(Print Name)
My commission expires: _1-9-2010_

