| | | |
|---|---|---|
| WILLIAM S. AHOLELEI, | ) | CIVIL NO. 03 00171 HG-KSC |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT OF HERBERT K.W.** |
| | ) | **CHINN, M.D.; EXHIBITS "B-1" –** |
| vs. | ) | **"B-2"** |
| | ) | |
| BARBARA KYSAR; DOCTOR S. PADERES, DOCTOR BAUMAN; DOES I-V, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF HERBERT K.W. CHINN, M.D.

STATE OF HAWAI'I            )
                            )
CITY & COUNTY OF HONOLULU )

HERBERT K.W. CHINN, M.D., being first duly sworn on oath, deposes and says:

1. I am a medical doctor and have been licensed to practice medicine in the State of Hawai'i since February 28, 1984.

2. I am Board Certified by The American Board of Urology, Inc.

3. I operate a solo medical practice in adult and pediatric urology.

4. I have personal knowledge of the matters set forth herein and am competent to so testify.

EXHIBIT "B"

5. I reviewed the medical records of Plaintiff William S. Aholelei ("Plaintiff"), including those of the Halawa Correctional Facility medical unit, Castle Medical Center, and David Kuchenbecker, M.D.

6. I prepared a report based upon my review of Plaintiff's medical records. Attached hereto as Exhibit "B-1" is a true and correct copy of that report, which is incorporated herein by reference.

7. Attached hereto as Exhibit "B-2" is a true and accurate copy of my Curriculum Vitae, which is incorporated herein by reference.

FURTHER AFFIANT SAYETH NAUGHT.

_____
HERBERT K.W. CHINN, M.D.

Subscribed and sworn to before me
this ___1st___ day of August, 2006.

_____
Notary Public, State of Hawai'i

_Karen M. Yee_
(Print Name)
My commission expires: 1-9-2010