# Herbert K. W. Chinn, M.D., Inc.
## ADULT *and* PEDIATRIC UROLOGY

| | | |
|---|---|---|
| Queen's Physician Office Building II | Telephone: 531-0848 | E-mail: hkchinn@poi.net |
| 1329 Lusitana Street, Suite #108 | FAX: 531-1032 | Physicians Exchange: 524-2575 |
| Honolulu, Hawaii 96813 | | |

## *Curriculum Vitae – Thursday, June 29, 2006*

### *Personal Data:*

Name: Herbert Kwan Wai Chinn, M.D.
Specialty: Urology, Adult and Pediatric - Solo Practice
Address: Honolulu Office
          1329 Lusitana Street, Suite #108
          Honolulu, Hawaii 96813

Birthdate: June 10, 1953
Place of Birth: Honolulu, Hawaii
Nationality: U.S.A.

Marital Status: Married
Spouse: Vivian Wong Chinn
Children: Evan Christopher Chinn
          Aaron Matthew Chinn

### *Education:*

| | INSTITUTION | DEGREE | GRADUATION DATE |
|---|---|---|---|
| High School: | Punahou School Honolulu, Hawaii | | June 1971 |
| College: | University of Redlands Redlands, California | B.S. | June 1, 1975 |
| Medical: | University of Hawaii John A. Burns School of Medicine Honolulu, Hawaii | M.D. | May 20, 1979 |

| Residency: | University of Texas Southwestern Medical School Dallas, Texas | |
|---|---|---|
| | General Surgery Residency | July 1, 1979 to June 30, 1981 |
| | Urology Residency | July 1, 1981 to June 30, 1985 |

### *Professional Licenses:*

| Medical Licensure: | State of Texas #F5496 | Issued March 2, 1980 (not renewed) |
|---|---|---|
| | State of Hawaii #04915 | Issued February 28, 1984 |

EXHIBIT "B"

# Herbert K. W. Chinn, M.D., Inc.
### ADULT and PEDIATRIC UROLOGY

Queen's Physician Office Building II        Telephone: 531-0848        E-mail: hkchinn@pol.net
1329 Lusitana Street, Suite #108            FAX: 531-1032             Physicians Exchange: 524-2575
Honolulu, Hawaii 96813

Board Certification
       The American Board of Urology, Inc.        Certified on February 1, 1987
                                       Re-certified 1997 and 2005 (through 2017)

## _Professional Associations/Appointments:_

| | |
|---|---|
| American Medical Association | July 15, 1985 to present |
| Hawaii Medical Association | July 15, 1985 to present |
|     Councilor, Honolulu County | 1988-1994 |
|     Chairman of the Young Physicians Section | 1990-1993 |
|     Parliamentarian | 1987, 1990-1994 |
|     Vice-Speaker of the House of Delegates | 1988, 1989, 1995 |
|     Speaker of the House of Delegates | 1996 to 2002, 2004 |
| Honolulu County Medical Society | July 15, 1985 |
|     Urology Delegate to the Board of Governors | 1990-1993 |
|     Representative to the Medicare Review Committee | 1986-1992 (until |
|         superceded by the HCFA mandated Medicare Carrier Advisory Committee) | |

| | |
|---|---|
| American Urological Association | 1992 |
| Western Section American Urological Association | 1990 |
| Hawaii Urological Society | July 15, 1985 |
|     Past President, Vice-President, and Secretary | |
|     Specialty representative to HMSA    2000 | |
| American Association of Clinical Urologists | 1994 to present |

Hawaii Region Medicare Carrier Advisory Committee
    Specialty Delegate                          1993 to present
    Co-Chair                                   1996 to 2002

Urology Specialty Panel Member for Hawaii RICO        1996 to present

Teaching Staff   University of Hawaii School of Medicine
               Assistant Clinical Professor of Surgery      1989 to present
           Tripler Army Medical Center Department of Urology
               Clinical Staff Consultant        1989 to present
               Oncology Research Center Clinical Staff    1990 to Present

# Herbert K. W. Chinn, M.D., Inc.
## ADULT *and* PEDIATRIC UROLOGY

Queen's Physician Office Building II        Telephone: 531-0849        E-mail: hkchinn@pol.net
1329 Lusitana Street, Suite #108            FAX: 531-1032              Physicians Exchange: 524-2575
Honolulu, Hawaii 96813

---

## *Professional Employment History:*

| | |
|---|---|
| Dallas County Hospitals District<br>(Residency Program)<br>5323 Harry Hines Boulevard<br>Dallas, Texas  75235 | July 1, 1979 - June 30, 1985 |
| Oakcliff Emergency Room Association<br>3508 Aster Court<br>Ft. Worth, Texas  76111 | August 1980 - April 1982 |
| Presbyterian Hospital of Dallas<br>8200 Walnut Hill Lane<br>Dallas, Texas  75231 | October 1981 - February 1985 |
| Physicians Emergency Care<br>209 West Oakenwald Street<br>Dallas, Texas  75208 | July 1981 - September 1981 |
| Primacare Physicians, P.A.<br>Midway Centre<br>14434 Midway Road<br>Farmers Branch, Texas  75234 | July 1982 - November 1983 |
| The Medical and Surgical Clinic of Irving, P.A.<br>2023 West Park Drive<br>Irving, Texas  75601 | July 1983 - February 1985 |
| Chinn Urology Clinic, Inc.<br>2228 Liliha Street, Suite #205<br>Honolulu, Hawaii  96817 | July 15, 1985 - June 30, 1990 |
| Herbert K. W. Chinn, M.D., Inc.<br>1329 Lusitana Street, Suite #108<br>Honolulu, Hawaii  96813 | July 1, 1990 - present |

# Herbert K. W. Chinn, M.D., Inc.
## ADULT *and* PEDIATRIC UROLOGY

Queen's Physician Office Building II        Telephone: 531-0948        E-mail: hkchinn@pol.net
1329 Lusitana Street, Suite #108            FAX: 531-1032             Physicians Exchange: 524-2575
Honolulu, Hawaii 96813

---

## *Hospital Affiliations:*

St. Francis Medical Center                              Active Status 3/11/87
2230 Liliha Street
Honolulu, Hawaii 96817
     Chief of the Urology Service                 1/9/90 - Present

The Queen's Medical Center                              Active Status 2/25/91
1301 Punchbowl Street
Honolulu, Hawaii 96813

Kuakini Medical Center                                  Courtesy Status 8/26/91
347 North Kuakini Street
Honolulu, Hawaii 96817

Kapiolani Women's and Children's Medical Center         Consulting Staff 11/4/91
1319 Punahou Street
Honolulu, Hawaii 96826

The Rehabilitation Hospital of the Pacific              Consulting Staff 1985
226 North Kuakini Street
Honolulu, Hawaii 96817

Castle Medical Center                                   Active Staff 10/24/91
640 Ulukahiki Street
Kailua, Hawaii 96734

Kapiolani Medical Center at Pali Momi                   Courtesy Staff 9/27/90
98-1079 Moanalua Road
Aiea, Hawaii 96701

St. Francis Medical Center-West                         Consulting Staff 4/6/90
91-2141 Fort Weaver Road
Ewa Beach, Hawaii 96706

Straub Clinic & Hospital                                Consulting Staff 2005
888 South King Street
Honolulu, Hawaii 96813

'06/29/2006  12:00   808531  32                    HERBERT K W  INN MD                    PAGE  06

# Herbert K. W. Chinn, M.D., Inc.
## ADULT *and* PEDIATRIC UROLOGY

Queen's Physician Office Building II
1329 Lusitana Street, Suite #108
Honolulu, Hawaii 96813

Telephone: 531-0848
FAX: 531-1032

E-mail: hkchinn@pol.net
Physicians Exchange: 524-2575

---

## *Scientific Papers and Essays:*

1.  "The Children's Medical Center Experience of Wilms' Tumor and Neuroblastoma 1970 - 1980", Herbert K. W. Chinn, M.D., Presented at the 21st Annual Meeting of the North Texas Chapter of the American College of Surgeons, Dallas, Texas, May 14-15, 1982. First Place Essay Contest Winner.

2.  Preliminary Experience with the Continent Ileal Bladder (Camey Procedure)", Arthur I. Sagalowsky, Terry D. Allen, Herbert K. W. Chinn, Claus G. Roehrborn, John D. McConnell, and Paul C. Peters, Presented at the 80th Annual Meeting of the American Urological Association, Inc., Atlanta, Georgia, May 12-16, 1985.

3.  "The Role of Transabdominal Ultrasound in the Preoperative Evaluation of Patients with Benign Prostatic Hypertrophy (BPH)", Claus G. Roehrborn, Herbert K. W. Chinn, Pat F. Fulgham, Kennyu L. Simpkins, and Paul C. Peters, Presented at the 80th Annual Meeting of the American Urological Association, Inc., Atlanta, Georgia, May 12-16, 1985.

4.  "Evaluation of Urologic Injuries Following Blunt Trauma", Herbert K. W. Chinn, Stephen W. Hardeman, and Douglas A. Husmann, Presented at the 81st Annual Meeting of the American Urological Association, Inc., New York, New York, May 18-22, 1986

5.  "The Role of Transabdominal Ultrasound in the Preoperative Evaluation of Patients with Benign Prostatic Hypertrophy", Claus G. Roehrborn, Herbert K. W. Chinn, Pat F. Fulgham, Kenny L. Simpkins, and Paul C. Peters, The Journal of Urology 135:6, pp. 1190-1193, June, 1986.

6.  "Stumfes Abdominaltrauma und Hamaturie:  Welche Patienten benotigen Radiologische Abklarung?", S. W. Hardeman, D. A. Husmann, H. K. W. Chinn, C. G. Rohrborn, P. C. Peters, Aktuelle Urologie 663.