| | |
|---|---|
| WILLIAM S. AHOLELEI, | ) CIVIL NO. 03 00171 HG-KSC |
| | ) |
| Plaintiff, | ) **AFFIDAVIT OF LUCY** |
| | ) **SEQUEIRA; EXHIBIT "C-1"** |
| vs. | ) |
| | ) |
| BARBARA KYSAR; DOCTOR S. PADERES, DOCTOR BAUMAN; DOES I-V, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF LUCY SEQUEIRA

STATE OF HAWAI'I           )
                                          )
CITY & COUNTY OF HONOLULU )

LUCY SEQUEIRA, being first duly sworn on oath, deposes and says:

1. I am employed by the Department of Public Safety, State of Hawai'i as a Medical Records Librarian at the Oahu Community Correctional Center ("OCCC"), and have been employed in that capacity since December 1999.

2. As such, I am the supervisor of active and archive sections of the health information unit.

3. I have personal knowledge of the matters set forth herein and am competent to so testify.

EXHIBIT "C"

4. In the course and scope of my employment, I have access to the medical records of inmates at the OCCC, including those of Plaintiff William S. Aholelei ("Plaintiff").

5. Attached hereto as Exhibit "C-1" is a true and correct portion of the medical records of Plaintiff, which records are incorporated herein by reference.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LUCY SEQUEIRA

Subscribed and sworn to before me
this ___/s t___ day of August, 2006.

_____
Notary Public, State of Hawai'i

_Karen M. Yee_
(Print Name)
My commission expires: _1-9-2010_