STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

NAME: Aholelei, Star 8

MULTIDISCIPLINARY PROGRESS NOTES

SSN: ████████

DOB: ████████

| DATE | TIME | |
|------|------|---|
| 10/3/02 | 1015 | *SICK CALL* |

S: "sore on my (L) side, inside."

O: C/o ↓ appetite; denies any diarrhea or vomiting
also C/o feeling nauseated; body aches & fever.
Temp: 97.8. C/o lump in (L) side; small lump
palpated, tender touch ⊖ redness or bruising noted
to area. Bowel sounds normoactive x 4 quadrants,
abd soft & nondistended; C/o pain to LLQ when
palpated; C/o of urinary difficulty, when urinating
"it drips out slowly"

A: alt in comfort

P: Tylenol given c̄ instructions. UA dip done. Will
schedule in clinic for further eval. ——————
                                        Myra G

| 10-4-02 | | MD CLINIC/PE |
| | 1003 | Wt 218   Ht 110/78 |
| | | R 18   P 80   T 98.8   age 38 yrs |

S: As above ————————
P+B. Abd/flank pain, DM, asthma          Hollyn
S- no probs. c̄ asthma; on 2 DM meds —
        glucophage, glucotrol
last Hgb A₁C was 9.0 but meds ↑ afterward
O- lungs clean          Had kidney stones in
   Heart nl             past

CONFIDENTIAL

EXHIBIT "C"

00506

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME:

| DATE | TIME | |
|---|---|---|
| | | Abd- tender ⓁL kidney & collecting system |
| | | U/A → hematuria for months |
| | | A- Hematuria — tx. kidney stones |
| | | D.M. |
| | | Allergies / asthma |
| | | P↑ Hgb A₁C — may need ↑ meds |
| | | ↓Schedule kidney/US to look for stones abd; then Urol. if needed |
| SA | Notice weight 10/4/02 1/30 | ↓Refill CFF chlorthalidone 4mg q/hs #30   RF X 3 |
| ◇ | SA | ↓Re ✓ 2 wks |
| | | ↓RF Beclovent K Bauma uⁿ Inhaler |
| | | 2 breaths b,id    #1   RF X 3 mo. |
| | | (with recent shakedown was thrown away & pt. needs!) |
| | | ✓Bauma uⁿ |
| | | 24° ✓ ff dru l/Mark RN 10/5/02 |
| 10·10·02 | 1000 | SURP committee — approved for I.V.P. BK/saP |
| 10-13-02 | 0910 | Influenza vaccine 0.5ml IM ⓁL Deltoid B/Huena |

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAME _Wolelei Star_

SSN ▊▊▊▊▊

DOB ▊▊▊▊▊

| DATE | TIME | PLAN |
|------|------|------|
| 10/15/02 | 1730 | Admitted to infirmary for bowel prep. as needed for EVP in am. Magnesium Citrate given c̄ instructions to drink needed H2O. Pt advised of tablet that he would receive @ 7:30 pm and that he would need to remain NPO after midnight. Pt verbalized understanding of this. M Gallant RN |
| 10/15/02 | 1830 | Inmate requesting Biscodoyl. Pt advised that procedure may not be done in am and that we would hold Biscodoyl and suppository. Pt responded "Oh that's ok I don't care when they do it. When can I go back to my module?" Pt advised to wait and we'd let him know in am. Will order clear liquid diet for tomorrow (10/16/02) M Gallant RN |
| 10/15/02 | 2100 | S- "So can I go back" "Oh that's OK" O- BP 120/80 P-78 R-16 Verbalized understanding that procedure would be on Thurs 10/17/02. A- Stable P- Monitor & medicate as ordered M Gallant RN |
| 10/16/02 | 0500 | 16 Oct 02 Wednesday Sleep- Recieved asleep in cell. Monitored. Slept intermittingly throughout the night. RLT saying in next cell. NAD noted/Stated. Michael Ward, RN |
| 10/16/02 | 0800 | S/O "asking for his medications" Alert & responsive. A/P Stable- sent pt to his Module to p/u his medications. pt acknowledges procedure. he is to recieve and that he is not to eat solid food but only Broths. Janet Lee, RN |

DOC 0483 (06/92) (GREEN)

| 10/16/02 | 2100 | S - "Hey I'm OK" |
| | | O - alert Verbally responsive male |
| | | smiling, playing cards. |
| | | A - Stable @ this writing |
| | | P - Bowel prep done. |
| | | Encourage pt to drink H₂O only |
| | | M. Gallenui |

17 October 2002 Thursday

| 10/17/02 | 0600 | sleep. Received awake in cell. Anxious. Hungry. Explained |
| | | procedure scheduled for tomorrow. Inmate verbalized |
| | | understanding. Appeared more relaxed. Attempting |
| | | to sleep c̄ some difficulty p/t being hungry. Intermittent |
| | | sleeps ~ Michael Ward, RN |
| 10/17/02 | 0800 | Pt gone this am for IVP returned from procedure |
| | | and back to module. J. Marshall LPN. |

00505

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

NAME: Orulelei, Star

**MULTIDISCIPLINARY PROGRESS NOTES**

SSN:

DOB:

| DATE | TIME | |
|------|------|---|
| 10/18/02 | 1510 | OMC radiology 10/17/2 - consent to MD review |
| 10/08/02 | 1510 | MSD - consult 10/17/2 |
| just now 10/18/02 8pm | | See consult for orders - consult firm and states. |
| | | wi Dr Frodo/e |
| | | 24° / Michael Ward, RN 10/18/02 2348 |
| | | sick call |
| 10/22/02 | 1900 | S "I still have kidney pain." |
| | | O UA dip stick done. C/O lt flank pain |
| | | See consult 10/17/02 had IVP done. |
| | | Explained to pt that he will be |
| | | scheduled to see a urologist |
| | | he wants to see a health provider |
| | | because he is sick, pt has been |
| | | seen 9/13/02 - 9/19/02 and 10/14/0 |
| | | Will follow up c movement w |
| | | schedule. |
| | | A Alt in comfort lt flank pain |
| | | P Tylenol prn given c instruct |
| | | W scenap |
| 10.31.02 | 1200 | SURP: Approval for lithotripsy & Urology. To |
| | | Theresa for f/u. B KySan Dr |

DOC 0413 (6/92)

CONFIDENTIAL

00502

MULTIDISCIPLINARY PROGRESS NOTES

NAME: _____

| DATE | TIME | |
|------|------|---|
| 11/1/02 | 1645 | Yuen |
| | | 218    82/74    118 / 74 |
| | | 20    70 |
| | | Inmate requesting medical rec. Has been approved by SURF for Lithotripsy & Urology but not scheduled yet. |
| | | Want to weed from in the meantime while waiting for surgery. |
| | | P — Med Rec denied. |
| | | [signature] Yuen RN |
| | | Addendum — |
| | | S- Boil in (R) inner arm. |
| | | O- Red, swollen area & head (R) inner arm. |
| | | A. Furuncle. |
| | | Tx start P- Hot compress (in kenel) resolved. |
| | | SA    Keflex 500mg P.O. X 7 days |
| | | given SA keflex @ 11/3/0 M |
| | | 24° ✓    Michael Ward, RN 11/1/12 2300    [signature] Yuen RN |

| DATE | TIME | PLAN |
|------|------|------|
| 11/14/2 | 1700 | 11/13/02 consult from Dr. Kuschenbeker reviewed by MD. |
| | | MDO: |
| | | Levaquin 500mg po OD x 2 days. |
| | | noted 11/14/02 1700    W.O. (on consult) Dr. packers / morin |
| | | ∂ SV Michael Ward, RN |
| | | 11/14/02  2215 |
| 11/19/02 | 1926 | SICK CALL |
| | | Pt request shoe news. |
| | | O: Hx arthm, NIDDM. |
| | | A' Trisk infection / pain |
| | | Pt. shoes @ all times x 3 mos. Refill ctm → pharm. |
| 4/9/02 | 2330 | MDO: Chlorpheniramine 4mg — 1 or 2 tablets PRN T.D. x 1 month.   V.O. Dr. Piccaro / Michael Ward, RN |
| | | Noted Michael Ward, RN 11/19/02 |
| 12/18/02 | 1955 pm | SICK CALL |
| | | S: I have pain in my Kidneys |
| | | O: B/p 130/90 p 80 R20 wt 221 lbs T 99² |

00501

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

MULTIDISCIPLINARY PROGRESS NOTES

NAME: _Mokelei, Sta___
SSN: _____
DOB: _____

| DATE | TIME | |
|------|------|---|
| 12/17/02 | 2020 Nsc. | S: "I get kidney stones again". C/o bilat flank pain. Reports intermittent blood in urine. |
| | | O: Hx of kidney stones, Laser Lithotripsy done in JAN 02. Pending surgical intervention per consultant Dr Kachenbecker. Ambulating bilat flank pain. UA dip done — ↓WBC — blood + protein. Urine yellow/clear. |
| | | P: alto in comfort. |
| | | C: adv'l f/u QD prn. Sched clinic appt. pending surgical intervention not addressed by PCP per chart review. |

**MD CLINIC/DR.**

| DATE | TIME | | | | |
|------|------|---|---|---|---|
| 12/19/02 | 1450 | wt: 222# | HT: ___ | BP 124/88 | |
| | | R: 18 | P: ___ | T-97 | |

⑤) Pt c/o flank pain, ® side rns also; same pain as before surgery.

O) Pt in NAD; flank pain to percussion, bilateral; Also mentioned recurring boil left buttock; UA c trace blood

A) i) Kidney stones, multiple  ②) Abscess, ④ left buttock

P) i) Motrin 800 up to gird pain/flank pain X _____ .
   i) Keflex 500 mg tid the X 10 days; give 1000 initially
   3) Assume Motrin 600 up to gird pain/flank pain X ____ or until 800 mg received.

noted JJollyN 12/19/02 1615

CONFIDENTIAL

00500

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

NAME: _Akalelie Star_

MULTIDISCIPLINARY PROGRESS NOTES

SSN: ▓▓▓▓▓▓▓▓▓

DOB: ▓▓▓▓▓▓▓

| DATE | TIME | |
|------|------|---|
| 1/18/03 | 1157 | Dr. Young |
| | | 2/7    HT: 5'8    BP: 140/90 |
| | | R: 20    P: 80    97 2 |
| | | Kidney stone, Renew, Regular ___ ___ |
| 1/18/03 | 1110 | S: Pt. 40's cont. c̄ ℞ Ⓑ Flank pain – sharp. Cont. to get blood in urine c̄ stone being seen in toilet. C/o's recent congest. ŝx Hx of sinus. |
| | | O: G: WDWN, NAD. |
| | | HEENT: ⒷNasal conjest. ∅ sinus tender c̄ perc. ⊕ Post Nasal |
| | | Lng: CTA |
| | | Hrt: RRR S̄m. |
| | | Abd: ⊕ BS |
| | | Flank: mildly tender c̄ perc. Ⓑ |
| | | Prob #1 Kidney stone. |
| | | A: cont. |
| noted 1/18/03 by ___ 12 pt | | P: 1) Motrin 800 g po tid pm × 90d    / given 30 c̄ other |
| | | 2) Need F/U c̄ Urology consult. ___ – CR indic. Still ū renal stone |
| | | 3) Urine dip now done |
| | | 4) Pt. sent back c̄ strain + cup to collect stone. |
| | | 5) Pt's needs to cont. to drink plenty fluid instructed |
| | | 6) RTC ___ |

DOC 0413 (6/92)

CONFIDENTIAL

MULTIDISCIPLINARY PROGRESS NOTES

NAME:

| DATE | TIME | |
|------|------|---|
| 1/18/03 | 1110 | 7.) Send stool for analysis when pt. brings to MU |
| | | 8.) Consider UA c̄ Reflex on return 1/21/03 Labs Sleep |
| | | Probl#2 Congest. |
| | | A: Chronic sinusitis, will. |
| noted | | P: 1) CTM 6y til x 2 wk. prn congestn SA |
| by | | 2) F/U prn. |
| Edward | | Prob # 3 Asthma |
| | | A: Stable |
| 1/24/03 | 130? | P: 1) Renew Singulair 10? qHS x 90 d SA |
| | | 2) Please get baseline peakflow qM,W,F x 2 wk |
| | | Tx record effort 2 tech. 3 trials each. |
| | | N:  J⁻ 01/18/03 2250    R. Y |
| 1/30/03 | | PROB: multiple kidney stones bilat. |
| | | O - Abd. CT c̄ Ⓡ hydronephrosis + |
| | | stones bilat. |
| | | A. many large stones c̄ hydronephrosis |
| | | P: Urol. referral ( consult) |
| noted | | Bauman |
| | | 01/31/03 DHS |
| 2/6/03 | 1210 | Consult review |
| | NSG | 1) MDO 1) Motrin 800mg PO TID prn x 2 wks |
| | | took 2) Bactrim DS 1 PO BID x 3 days |
| | | Bactrim Mtram called 3) VT20Um S/500 mg PO 1-2 q12 prn multi x/wk #2 |
| | | TO Dr Young 4) serum uric acid |
| | | 1/7/03 0500 5) RTN 1-2 wks in office |

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME Aholelei, Star
SSN ███████
DOB ███████

| DATE | TIME | |
|------|------|---|
| 2/10/03 | 1632 | Order: 1) Schedule pt for Chronic Care Clinic a) NIDDM, b) gout ī Kidney Stone, c) asthma listed % PLAN |
| 2/13/03 | | 2) Do Hgb A1c prior to CCC visit. (done 2/19/03) |
| 320 | noted | 3) Renew 4 a) Glucophage 850 ng tid × 3 wk. b) Glucotrol 10 ng bid × 3 wk. |
| done | | ✓ OK 2/10/03 1830 ⬯ |
| 2/18/03 | 1010 | **MD CLINIC/DR.** |

WT. 215#   HT. 5'8"   BP 144/96
R. 18   P. 92
T. 98.4

S: CCC NIDDM, gout, asthma (Hx A?)

Had Chronic care in January 18, 03.
Want more Atrovent — states only
ordered for ____.
Also, ordered back brace / pillow
cushion for chair. States it was
back ordered.

LE Tom 4 ng × tid × 3 mo $90/mo.

⎯⎯⎯ NP

2/18/03   Please have Theresa ✓ ng A 2 wk F/U Laser
Yretescopy noted on 2/16/03
was it scheduled?   ⎯⎯⎯ NP

DOC 0413 (06/92)

CONFIDENTIAL

00496

| DATE | TIME | PLAN |
|------|------|------|
| 2/20/03 | 1135 | |
| | | **MD CLINIC/DR.** |
| | | WT: 221    HT: 5'8½"    BP 128/76 |
| | | R: 20    P: 78 |
| | | CCC - NIDDM, Gout, Asthma |
| 2/20/03 | 1140 | Peak Flow 550, 490, 550 - Michael Ward, RN |
| | | Pt is scheduled for outside follow up next week. _(signature)_ |
| 2/27/03 | Noted | W.O. Dr Paderes Vicodin ī-īī (5/500) PO BID |
| | 0949 | PRN pain x1 wk. 14 reid from back up pharmacy |
| 2/27/03 | | 14 ordered from Diamond Pharmacy - _(signature)_ |
| 3.7.03 | 1245 | Cancelled sick call    J.Kollya |
| 3.7.03 | 1325 | S: ① Pain back |
| | | ② Sinus - stuffiness - can't breath |
| | | ③ mid. abd. pain |
| VIC ī-BID x1 wk | | O: Last BM - last nite |
| | | Requesting urology F/u |
| | | P:) CTM 4mg ī BID #15 given |
| noted J.Kollya 3/7/03 1340 | | Will v̄ ē Theresa on urology F/u - (has appt) |
| | | Vicodin ī BID x ī wk per Dr Paderes / J.Kollya |
| | | Okay n̄ Vicodin now then ī BID    J.Kollya |
| | | BP 120/74    P-92    R-18    J.Kollya |
| | | 2u ✓ 3/7/03 _(signature)_ |
| 3/19/03 | 1605 | Prior to ordering more Vicodin, will need to see pt @ clinic by any care gu provider. |
| | | Noted Michael Ward RN 3/9/03 |
| | | 1702 |

00497

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

NAME: _Aholelei, Star_

MULTIDISCIPLINARY PROGRESS NOTES

SSN: ▓▓▓▓▓▓

DOB: ▓▓▓▓▓▓

| DATE | TIME | MD CLINIC/DR. _Dr Cadena_ |
|------|------|---------------------------|
| 3/20/03 | 11:30 | WT: _217_ HT: _____ BP _128/74_ |
| | | R: _16_ P: _88_ T 97.8 |
| | | eval vicodin |
| 3/20/03 | 1153 | S) still ō ① flank pain & dysuria; believe may be obstructing |
| | | again; also ¢/o tinnis problem. |
| | | O) Ht ū NAD; no rhinitis; bilateral CVA tenderness |
| | | Abd dysuria; occa. throat tingle & |
| | | A) 1) Kidney stones.        2) Sinusitis h/x; Asthma |
| | | P) 1) Vicodin 5/500 mg iii tabs up to qid pain relief |
| | | kidney pain & stuff. |
| | | 2) Inform Dr. Kuehenheiher of pt's continuance of |
| | | kidney pain despite tx ū no stone excretion. |
| | | 3) Continue ō other meds x 3 mos worth |
| | | 4) Nasarel 1 puff per nostril bid ⌐ |
| | | 5) X 1st HIV antibody screen MAR ⌐ |
| | | Allendar: Doing well ō regard to asthma; uses |
| | | bronchodilator only occa. now. |
| noted 3/20/03 | | |
| 3/25/03 | | _Above order D/C'd to Beconase nasal inhaler_ |

00494

1 puff each nostril BID.  _Kueno MD_   CONFIDENTIAL

4/1/03 _No Beconase. Nasarel is now on formulary_

MULTIDISCIPLINARY PROGRESS NOTES

NAME: _____

| DATE | TIME | |
|------|------|---|
| 4-17-03 | 1300 | MD wants to give Nasarel order a month trial before considering any consent. _____ RQ Luna |
| 4/23/03 | CR | RTC ~ 2-4 wks verbal |
| noted 4/23/03 10:05 J Ting Pov | | CR |
| | | W/ √ ~ (R 04/23/03 2200 |
| 4/24/03 | 1145 | Nurse sick call: |
| | | S: Boils to (L) leg "hurt", "spreading", and requesting medication to help. |
| | | O: Large boil on (L) thigh c̄ erythema, warm to touch, ∅ drainage noted. Healing boil below (L) knee, ∅ drainage @ present, and ∅ S/Sx of infection. Small nodule to side of (L) calf, slight swelling c̄ minimal redness. |
| | | A: Alt. in comfort; Alt. in skin integrity. |
| | | P: Healing boil covered c̄ bandaid. Hot compresses to large boil and small nodule — Icthamol ointment c̄ bandaid to large boil. Treatment plan for boil protocol initiated. _____ Ivey W Wright RN |
| 4-24-03 | 1300 | MD Order |
| noted | | Keflex 500 mg QID × 7 days given from stock |
| | | Verbal order Dr. Paderes /RQ Luna |
| 4/30/03 | 1689 | Spoke to Dr. Hamasaki (587-1556) radiologist regarding CT done today. Referred Dr. Hamasaki to Dr. Kark_____ |
| 34'd 5/1/03 0125 SSchwabero | | done per Dr Paderes _____ |

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**
**MULTIDISCIPLINARY PROGRESS NOTES**

NAME Andelei, Star

SSN ▮▮▮▮▮▮▮▮

DOB ▮▮▮▮▮▮

| DATE | TIME | | PLAN |
|------|------|---|------|
| 5/17/03 | 1700 | Sick | |
| | | S: Sinus problems and bleeding | |
| | | O: Inmate stating chronic problems with sinuses has been on CTM in past, states it drys it up, and no result. Bleeding every other nose/day. Feels sinus is dripping into throat. N/V daily. | |
| | | A: Altered comfort | |
| | | P: Will refer to MD — Michael Ward, RN | |
| 5/24/03 | 2200 | Read over her, being be subritted to M.D. for appraisal. Kept broviered 1/18/03  X Carrier | |
| 5/26/03 | 1000 | Walk-in | |
| | 2A | S/O: "passing blood." pt c̄ multiple kidney stones to both kidneys per 4/30/3 CT scan. pt calm & guarding & urinary. ambulates c̄ difficulty. 114/76 p114 R18 T 97.4 c/o pain "8/10" to both kidney areas x 5 days. UA dipstick reveals large amt blood + protein so not well. | |
| | | A/P: Alt in comfort hemoturia (1) pt has strainer already to strain urine (2) ↑ fluid intake (3) Advil BP per NP (4) will sched for clinic in AM c̄ provider for kidney pain + cc asthma | |
| 5/??/03 | | MD CLINIC/DR. Ballweis | |
| | | WT: _____ HT: _____ BP: ___/___ | |
| | | R: _____ P: _____ | |
| | | See CCC sheet — MW | |
| 5/28/03 | | SURP    OK for Kuchenbecker / Ural | |
| | | TABS   Consent to Comments | |

| DATE | TIME | PLAN |
|------|------|------|
| 6/13/03 | 1120 | 2) Pt c/o kidney pain similar to past attacks |
| | | O) Pt in NAD, seen to be in mild distress & some facial grimance. UA consistent c̄ kidney stone. |
| | | A) Renal stone, probably Ⓡ |
| | | P) Vicodin 5/500 ī to īī for up to grid prn kidney stone pain X 5 days. |
| | | 2) F/u c̄ Dr. Kuchenbecker in 7/03. |
| | | noted 6-13-03 1245 K/B RN |
| | | 24° 6/13/03 9238 ___ |
| 7/12/03 | 1010 | SICK CALL |
| | | S: "I need new glasses. They took it away during the shakedown." |
| | | O: Pt requesting new glasses. Pt unable to do snellen test, pt stated "even the big E is blurry" |
| 2 4/11/03 0 | | Pt also c/o nasarel nasal spray not working, prefers to take the cīm. |
| 2 11/03/03 0 MM | | A: alt in comfort |
| | | P: optometry consult done. Will discuss c̄ MD. y/m/g |
| | | MOO: |
| | | cīm 4mg po TID prn issue #10 |
| | | T.O. Dr. paderes/y/m/g |
| | | noted 7/12/03 MM 1010 |
| O7.14.03 | | ▬▬▬▬▬▬ |
| 1140 | | |

RTC 5 ___

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME _Moleilei Star_

SSN ██████████

DOB ██████████

| DATE | TIME | PLAN |
|------|------|------|
| 7/29/03 | 7215 | Dr. Kushenbecher's consult rec'd for MD review. _(illegible)_ |
| 7/30/03 | 1730 | _(illegible handwriting)_ med prn x 3 days. T.O. Dr. _(illegible)_ / X _(illegible)_ 7-30-03 1730 |
| 08.13.03 | 1110-1125 | |
| | | A: P: (a (b |
| | RI | |
| 8/27/03 | | 3) Pt still continues to have _(illegible)_ despite _(illegible)_ (L); duo _(illegible)_ _(illegible)_ O) Pt appears to be in some discomfort. Reviewed Dr. Kushenbecher's 7/30/03 notes. A) Renal stones, incidental P) i) Continue tx & monitor 2) Nursing staff to verify c Dr. Kushenbecher's office regarding pt & rest follow up |
| | | Addendum: 3) Pt c/o serum problem aggravated by drinking water per Dr. Kushenbecher's recom for stones. O) Nasal quality to nose voice; Oral pharynx is |

CONSULTATION RECORD

H KSF
_____
Facility

S.I.D.

Name   Last   First   Initial
AHOLELEI   STAN

REQUEST TO: Imaging/Radiology          DATE OF APPOINTMENT:    DOB    SSN
                                        10.17.02              TIME: 0745

REASON FOR CONSULTATION:
38 y/o male c̄ hematuria ē (L) CVA on 10/1/02
Please do IVP to R/O kidney stone. Thank you

Date 10/10/02

Requesting Physician _____ M.D.
SISAR M. PADERES, M.D.

CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)

LARGE (L) MIDURETERAL STONE
        16 x 7mm
(L) MODERATE HYDROURETERONEPHROSES
   (L) UP  8 x 4mm
   (L) MP  2mm
   (L) LP  5mm, 11 x 9mm, 10 x 12mm
(R) LP  4mm
   LP  1mm
   MP  4mm

Schedule _____ follow up c̄ Urologist; include
10/18/02

Consultant's Signature _____ M.D.

*Complete Form Doc 0497 if a significant change in health status has occurred.

Original:   HCU
Yellow:     Consultant's Copy

DOC 0406 (11/97)

Michael Ward, RN   CONFIDENTIAL
10/18/02  2348

00639

# CONSULTATION RECORD



S.I.D.

Facility: **HMSF**

Name: Last **AHOLELEI**, First **STAR**, Initial _____   DOB _____   SSN _____

REQUEST TO: **UROLOGY / DR KUCHENBECKER**   DATE OF APPOINTMENT: **10·28·02**   TIME: **1600**

REASON FOR CONSULTATION:

38 y/o ♂ c̄ large L mid ureteral stone & moderate hydronephrosis per IVP done @ Queen's Medical Center (copy attached). Please evaluate & make recommendation.

Date **10/18/02**

☆ See attached copy _____ — or,—

Requesting Physician _____ M.D.

### CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)

38 yo ♂ c̄ 4 mth hx of intermittent L Flank pain to L Mid Abx
⊕ diaphoretic, Nauseated c̄ emesis, urine dark
⊖ Prior hx of stones
⊕ FHx stone disease         IVP - long L distal calculi obstr
PMHx ⊕ DM, Asthma, Smoker         Mild L B Stones
⊖ ops
NKDA

UA #1 Blood 2-10 RBCs

Assess large L Mid Ureteral Calculus → doubt pt can pass

Recommend Ureteroscopy & Lithotripsy
      Should also undergo KUB to ☆ renal calculi in future

Okay to

Consultant's Signature _____ M.D.

*Complete Form Doc 0497 if a significant change in health status has occurred.

Original:  HCU
Yellow:    Consultant's Copy

DOC 0406 (11/97)

**DA Kuchabeker**

**CONFIDENTIAL**

00638

## CONSULTATION RECORD

_HCF_
**Facility**

**Name** _AHOLELEI, STAR_
　　　Last　　　First　　　Initial

S.I.D.

DOB　　　　SSN

REQUEST TO: _CASTLE MED. CTR / SDS / DR. KUCHENBECKER    11.7.02_

DATE OF APPOINTMENT:　TIME: _0630_

REASON FOR CONSULTATION:
_LASER URETEROSCOPY (L) SIDE KIDNEY TUBE_

Date _10.31.02_

Requesting Physician _V9 9/SAR PADERO, M.D._

CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)

_Routine Left Ureteroscopy & LASER lithotripsy of
large upper ureteral calculus_

_Has drain tube (stent) — which needs to be removed
in a week = 0 Sdr procedure à local
Expect some hematuria, dysuria & (L) flank discomfort
with voiding_

_Recommend — Pyridium 200mg BID   until stent out
　　　　　　　　　caution pt will make shishi orange-red
　　　　　— Celebrex or equivalent Daily
　　　　　— Bactrim DS × 48° BID_

*Complete Form Doc 0497 if a significant change in health status has occurred

Consultant's Signature _____ M.D.

_see progress notes_

Original:　HCU
Yellow:　Consultant's Copy

DOC 0406 (11/97)

AHOLELEI, STAR V
KUCHENBECKER, DAY   11/07/2002
60472560      18-91-20   2590   D
　　　　　　　　　　　　　M/03AY

**CONFIDENTIAL**

## CONSULTATION RECORD

HCF
_____
Facility

Aholelei, Star
_____
Name     Last     First          Initial

S.I.D.

DOB          SSN

REQUEST TO: Dr. Kuchenbecker          DATE OF APPOINTMENT:     TIME:
                                      11-13-02                 1145

REASON FOR CONSULTATION:

1 wk follow-up ; s/p laser ureteroscopy (L) side kidney tube
on 11/7/02

Date 11/7/02

Requesting Physician WO Dr. Saldana

CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)

S/P (L) Ureteroscopy LASER
       ∅ problems

Stent removed c̄ Xylocaine jelly

Expect some dysuria for 24-48°
        ↑ Frequency / Dysuria

∃ ESL remaining renal Calc.

Macrogen 500mg po Daily x 2 → based up
                                 contact for
                                 Advancg

chg to follow abs
        11/14/02

                              Consultant Signature          M.D.

*Complete Form Doc 0497 if a significant change in health status has occurred.

Original:     HCU                         noted √Hollyn 11/14/02 1300
now:          Consultant's Copy

406 (11/97)

                                          **CONFIDENTIAL**

00629

# CONSULTATION RECORD

_HCF_
**Facility**

_____
**S.I.D.**

**Name** _AHOLELEI_     _STAR_
      Last      First      Initial

_____
**DOB**

_____
**SSN**

**REQUEST TO:** _QMC / Imaging / CT_

**DATE OF APPOINTMENT:** _1-29-03_

**TIME:** _1000_

**REASON FOR CONSULTATION:**

_SPIRAL CT ⊂ CONTRAST_

_(COPY TO DR KUCHENBECKER)_

Date _1-24-03_

Requesting Physician _Robert Young_ M.D.

**CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**

_to call refund_
_for final refund_
_CT Scan of KSP_
_on 1/29/03_
_1030_
_M. Gavilla_
_CT(R)_

_____ M.D.
**Consultant's Signature**

*Complete Form Doc 0497 if a significant change in health status has occurred.

Original:    HCU
Yellow:      Consultant's Copy

DOC 0406 (11/97)

**CONFIDENTIAL**

00624

# CONSULTATION RECORD

_HCF_
**Facility**

_____ _____ _____ **S.I.D.**

_AHOLELEI_    _STAR_
**Name**    **Last**    **First**    **Initial**    **DOB**    **SSN**

**REQUEST TO:** _Castle Hosp/SDS/Dr. Kuchenbecker_    **DATE OF APPOINTMENT:** _2.6.03_    **TIME:** _0630_

**REASON FOR CONSULTATION:**
_LASER URETEROSCOPY_

_____

**Date** _1-30-03_

**Requesting Physician** _Kaye Bauman_ **M.D.**

## CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)

Op Findings → No right Ureter Calculi @ Hydronephros
① Sm defect ℞ consistent with Stone
mult. stone ℞ side Removed c̄ mod Hydronephros
② Stent in place

→ Expect Hematuria, burning with urination, frequent urin
2° to Stent
Need Stent Removal in 1-2 weeks in my office
Suspect these are uric Acid calculi — would ✓ Serum
Uric Acid level con.

Motrin 800mg po TID - 2wks
Bactrim DS po BID × 3 Days
Vicodin PRN pain 1-2 ⊕ TID ×1 wk

**Consultant's Signature** _____ **M.D.**

*Complete Form Doc 0497 if a significant change in health status has occurred.

Original:    HCU
Yellow:    Consultant's Copy

DOC 0406 (11/97)

Called in to Dr Young 1715 2/6/03

**CONFIDENTIAL**

## CONSULTATION RECORD

_HCF_
Facility

_Aholelei, Star_

Name    Last    First    Initial

S.I.D.

DOB    SSN

REQUEST TO: _Dr Kuchenbecker_    DATE OF APPOINTMENT:    TIME:
_2.28.03_
_26_    _TUTZO 0830_

REASON FOR CONSULTATION:

_KSC in office 1-2 wks from 2/6/03 for Stent Removal_

Date _2/6/03_    Requesting Physician _Dr Young_ M.D.

CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)

_sa previous note_

_Cysto Stent Removal_

_Still 1 hrs B. lat R.O RQh_

_Removed — Allopurinol 300 mg ⊕ D Dissolve_
_— NaHCO₃ 650 mg ii po ⊕D stone?_

_— Re check CT in 3 mths_
_— Vicodin PRN x Seven days_
_Consult ESL_

_Alma noted: Chg for vicodin_    _given to Theresa_
_noted 2.26.03 H_    _d/c x 1 wk._    M.D.

Consultant's Signature

*Complete Form Doc 0497 if a significant change in health status has occurred.

Original:    HCU
Yellow:    Consultant's Copy

DOC 0406 (11/97)

_noted JHolly_
found → 3-10-03 0912
late

24° 5/14/03.

**CONFIDENTIAL**

00618

rec'd 1/29/03
u

# CONSULTATION RECORD

_HLF_
**Facility**

<u>S.I.D.</u>

**Name** _Aholelei, Star_
       **Last**      **First**    **Initial**

**DOB**

**SSN**

**REQUEST TO:** _Dr. Kuchenbecker Urology_   **DATE OF APPOINTMENT:** 7·25·03   **TIME:** 11:30

**REASON FOR CONSULTATION:**
39 yo ♂ known to you with multiple bilat kidney stones + is S/P 2 stent procedures; last CT 4/30/03 available to you; again c̄ hematuria 5/26-27/03.

Date _5/28/03_

Requesting Physician _K Baum_ M.D.

**CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**

Preop ESL

_[signature]_

_____ M.D.
Consultant's Signature

*Complete Form Doc 0497 if a significant change in health status has occurred.

Original:    HCU
Yellow:    Consultant's Copy

DOC 0406 (11/97)

**CONFIDENTIAL**

00937

## CONSULTATION RECORD

_HCF_
**Facility**

**S.I.D.**

_AHOLELEI,    STAR_

**Name**      Last      First      Initial              **DOB**              **SSN**

REQUEST TO: _CMC/SDS/DR DAVID KUCHENBECKER_   DATE OF APPOINTMENT: _7.30.03_   TIME: _0700_

REASON FOR CONSULTATION:

_LITHOTRIPSY_

Date _8.27.03_                              Requesting Physician _Kay Bauman_ **Yo** M.D.

CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)

_Pt underwent uneventful Left Extracorporal_
_shockwave lithotripsy_

_Expect Hematuria x several days_
_Some bruising (L) Flank from shock wave ~ size silverdollar_

_Continue Present Meds_
_Percocet PRN_

_Noted:_
_8/27/03   2R°V 8/29/03 0310_   Consultant's Signature   M.D.

*Complete Form Doc 0497 if a significant change in health status has occurred.

Original:    HCU
Yellow:      Consultant's Copy

DOC 0406 (11/97)

**CONFIDENTIAL**

00933

Queen's Medical Center
Honolulu, Hawaii 96813

# D I A G N O S T I C   I M A G I N G   C O N S U L T A T I O N

Patient Name: AHOLELEI, STAR
Sex: M    DOB: ███████

MFID: 61-99-09
Patient Loc: XRY

SISAR PADERES, M.D.
99-902 MOANALUA HWY
MEDICAL UNIT
AIEA                            HI   96701

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Exam: 1886425    Date: 17-Oct-2002 Requested by: PADERES, SISAR, M.D.
CT ABDOMEN W/O IV CON 23504031
Diagnosis:
 heamturia, r/o kidney stone
History:
 halawa inmate

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Report dictated on 10/17/02.

CT SCAN OF THE ABDOMEN RENAL STONE PROTOCOL.

CLINICAL HISTORY: This is a 38-year-old male with hematuria.  Please
evaluate for renal calculi.

TECHNIQUE: CT scan of the abdomen was performed per renal stone
protocol.

FINDINGS: There is moderate left-sided hydroureteronephrosis.  This is
due to a large obstructing calculus in the mid ureter which measures
7-mm x at least 1.7-cm in length.  There are numerous other calculi
present in the dilated left renal collecting system.  One in the mid
pole measures 8 x 4-mm, two tiny 2-mm calculi noted in the posterior
mid pole on image #40.  Three other calculi are seen in the lower pole
measuring 9 x 11, 10 x 16, and 5-mm in size.

There is a 4-mm mid pole calculus, a 1-mm lower pole calculus, and a
4-mm lower pole calculus on all the right.

No perinephric or periureteral stranding is seen.  The liver,
pancreas, spleen, gallbladder, adrenals, and lung bases are
unremarkable.

IMPRESSION:

1.   LEFT MID URETERAL LARGE OBSTRUCTING CALCULUS MEASURING 7 X 17-MM
     IN SIZE WITH MODERATE ASSOCIATED LEFT HYDROURETERONEPHROSIS.
2.   BILATERAL RENAL CALCULI AS DESCRIBED ABOVE, LEFT GREATER THAN
     RIGHT.
3.   OTHERWISE UNREMARKABLE CT.

00641

The Queen's Medical Center
Honolulu, Hawaii 96813

# D I A G N O S T I C   I M A G I N G   C O N S U L T A T I O N

**Patient Name:** AHOLELEI, STAR
Sex: M    DOB: ███████

MFID: 61-99-09
Patient Loc: XRY

SISAR PADERES, M.D.
99-902 MOANALUA HWY
MEDICAL UNIT
AIEA                    HI   96701

---

Exam: 1886425    Date: 17-Oct-2002 Requested by: PADERES, SISAR, M.D.
CT ABDOMEN W/O IV CON 23504031

---

Dictated by: _____
             Jeffrey Yu, M.D.

Transcribed on: 17-Oct-2002 8/08 PM by Phyllis Moriguchi

M E D I C A L    R E C O R D    C O P Y

The Queen's Medical Center
Honolulu, Hawaii 96813

# D I A G N O S T I C   I M A G I N G   C O N S U L T A T I O N

**Patient Name:** AHOLELEI, VILIAMI S
Sex: M    DOB:                                         MFID: 12-76-00
                                              Patient Loc: CAT


        ROBERT YOUNG, M.D.
        ATTN:  MEDICAL UNIT
        99-902 MOANALUA ROAD
        AIEA                    HI  96701


----------------------------------------------------------------
Exam: 1951169    Date: 29-Jan-2003 Requested by: YOUNG, ROBERT, M.D.
CT ABDOMEN W/O IV CON 23504031
Diagnosis:
  CHRONIC HEMATURIA W/POSSIBLE RENAL STONE
History:
  PROC: SPIRAL CT SCAN STONE PROTOCOL
----------------------------------------------------------------

Report dictated on 1/29/03.

CT OF ABDOMEN AND PELVIS, 1/29/03:

TECHNIQUE:  No intravenous contrast was administered.  Renal stone
protocol was performed.

FINDINGS:  The visualized portions of the liver, spleen, large and
small intestine, and pancreas are unremarkable on this noncontrast
CT study.  The visualized lung bases are unremarkable.  The bony
thorax and lumbar spine demonstrates no lytic or blastic lesions.

There is severe left-sided hydronephrosis present.  Multiple stones
are present in the right ureter.  The largest one is present in the
midportion of the left ureter measuring 13.0 x 9.0 mm.  A second stone
is noted at the level of the sacroiliac joints on the left side
measuring approximately 9.0 mm in dimension.  Two smaller stones
measuring 6.0 mm and 3.0 mm are noted in the distal portion of the
left ureter with the smallest stone present at the ureterovesical
junction.  The left ureter demonstrates inflammatory changes to the
level of the sacroiliac joint.  Below this level, no definite evidence
of ureteral dilatation or obstruction.

Multiple left and right-sided renal stones are present within the
collecting system.  In the inferior pole of the left kidney, there are
multiple stones measuring up to 7.0 mm and 9.0 mm.  In the upper pole
of the left kidney, there is a stone which measures 6.0 mm in
dimension with a second focus of calcification measuring 1.0 mm to 2.0
mm.  On the right side, there are multiple stones in the lower pole of
the kidney measuring 3.0 mm and 6.0 mm in dimension respectively.

No evidence of retroperitoneal adenopathy.

` 00625

2/12/03 (pt dreads had ...... 2/6/03)

The Queen's Medical Center
Honolulu, Hawaii 96813

# D I A G N O S T I C   I M A G I N G   C O N S U L T A T I O N

**Patient Name:** AHOLELEI, VILIAMI S
Sex: M   DOB: ██████████

MFID: 12-76-00
Patient Loc: CAT

ROBERT YOUNG, M.D.
ATTN: MEDICAL UNIT
99-902 MOANALUA ROAD
AIEA            HI  96701

---

Exam: 1951169   Date: 29-Jan-2003 Requested by: YOUNG, ROBERT, M.D.
CT ABDOMEN W/O IV CON 23504031

---

IMPRESSION:

1.  MULTIPLE STONES WITHIN THE RIGHT URETER.  THERE IS SIGNIFICANT
    HYDRONEPHROSIS CAUSED BY THE UPPER AND MID STONES EXTENDING TO THE
    LEVEL OF THE SACROILIAC JOINT.
2.  MULTILPLE BILATERAL RENAL COLLECTING SYSTEM STONES AS DESCRIBED
    ABOVE.

Thank you very much for this referral.

Dictated by: _____
            Jerel Saito, M.D.

Transcribed on: 29-Jan-2003 6:48 PM by Ancelina Lacar

M E D I C A L   R E C O R D   C O P Y

00626

Th. Queen's Medical Center
Honolulu, Hawaii 96813

# D I A G N O S T I C   I M A G I N G   C O N S U L T A T I O N

**Patient Name:** AHOLELEI, VILIAMI S
Sex: M    DOB:

MFID: 12-76-00
Patient Loc: CAT

SISAR PADERES, M.D.
99-902 MOANALUA HWY
MEDICAL UNIT
AIEA

NOTED: ⌒ ⌒ ⊘ 5/20/03

HI   96701

---

Exam: 2006981    Date: 30-Apr-2003 Requested by: PADERES, SISAR, M.D.
CT ABDOMEN W/O IV CON 23504031
Diagnosis:
CHRONIC STONE F/U, S/P LITHOTRIPSY

---

Report dictated on 4/30/03.

EXAMINATION PERFORMED:  CT of the abdomen without contrast (renal
stone protocol), 4/30/03.

CLINICAL HISTORY:  Chronic renal calculi.  Status post lithotripsy.

TECHNIQUE:  A standard noncontrast renal stone protocol CT
examination of the abdomen was performed from above the kidneys
through the urinary bladder.

FINDINGS:  Comparison is made to a similar renal stone protocol CT
study dated 1/29/03.

There is mild to moderate left hydronephrosis which has significantly
improved when compared to the prior CT scan.  There is also persistent
mild dilatation of the proximal to midleft ureter.  There are two
small left ureteral calculi.  The first is located at approximately
the L3 level measuring approximately 2.0 mm to 3.0 mm in diameter.
There is a second left ureteral calculus at the S1 level in the left
ureter measuring approximately 1.0 mm to 2.0 mm.  Below this level,
the left ureter is relatively decompressed.  Multiple residual calculi
are seen in the left renal collecting system.  There is a tiny, 2.0 mm
calculus in the left upper pole.  A 4.0 mm calculus is noted in the
left lower pole.  There are subtle tiny densities in the left renal
collecting system which could represent additional scattered tiny left
renal calculi.

There are probably three renal calculi in the lower pole of the right
kidney.  The largest right renal calculus measures approximately 5.0
mm.  There is no right hydronephrosis or right ureteral dilatation.

IMPRESSION:

00612

The Queen's Medical Center
Honolulu, Hawaii 96813

# DIAGNOSTIC IMAGING CONSULTATION

**Patient Name: AHOLELEI, VILIAMI S**
Sex: M   DOB:

MFID: 12-76-00
Patient Loc: CAT

SISAR PADERES, M.D.
99-902 MOANALUA HWY
MEDICAL UNIT
AIEA

HI   96701

Exam: 2006981   Date: 30-Apr-2003 Requested by: PADERES, SISAR, M.D.
CT ABDOMEN W/O IV CON 23504031

1. THERE ARE TWO SMALL LEFT URETERAL CALCULI AS DESCRIBED ABOVE AT THE L3 AND S1 LEVELS.  ON THE PREVIOUS SCAN, A 13.0 MM CALCULUS WAS PRESENT IN THE LEFT URETER.
2. THERE IS MILD TO MODERATE LEFT HYDRONEPHROSIS WHICH IS IMPROVED WHEN COMPARED TO THE PRIOR CT SCAN DATED 1/29/03.
3. RESIDUAL RENAL CALCULI ARE PRESENT IN BOTH KIDNEYS AS DESCRIBED ABOVE.  THERE IS NO RIGHT HYDRONEPHROSIS.

The above findings were discussed with Dr. Sisar Paderes and with Dr. Kuchenbecker on 4/30/03.

Thank you very much for this referral.

Dictated by:
        Craig A. Hamasaki, M.D.

Transcribed on: 30-Apr-2003 2:47 PMby Ancelina Lacar

MEDICAL RECORD COPY

00614

# CASTLE MEDICAL CENTER

cc:  DAVID A KUCHENBECKER, M.D.

cc:  Halawa Correctional Facility    ~~Noted:~~ *(signature)*
     Attn:  Health Care Unit                    11/23/02

**DATE OF OPERATION:**            11/07/2002

**PREOPERATIVE DIAGNOSIS:**   1.    LEFT URETERAL CALCULUS.

**POSTOPERATIVE DIAGNOSIS:**  1.    SAME.

**SURGEON:**                  DAVID A KUCHENBECKER, M.D.

**ANESTHESIOLOGIST:**         Dr. M. Khaw

**ANESTHESIA:**               General

**OPERATIVE PROCEDURE:**      CYSTOURETEROSCOPY,  LASER  LITHOTRIPSY,
                              RETROGRADE PYELOGRAM, PLACEMENT OF DOUBLE
                              J STENT.

**INDICATIONS FOR PROCEDURE:**
The patient is a 38 - year old gentleman who presents with a
several month history of intermittent left renal colic.  IVP shows
a large upper ureteral calculus with several bilateral renal
calculi and moderate severe left hydronephrosis.

**OPERATIVE FINDINGS:**
Shows a large upper ureteral calculus, kind of golden yellow,
fragments easily. A 7 French 26 cm microvasive double J stent in
good position at the conclusion of the procedure.

**DESCRIPTION OF OPERATION:**
The patient was taken to the operating suite and placed on the
table in the supine position.  After the induction of general
anesthesia, the patient was repositioned in a cystolithotomy
position where he was prepped and draped sterilely.  A 22 French
Storz cystoscope was inserted under direct vision.  The bladder
entered without difficulty.  Pancystoscopy was performed with 30
and 70 degree lens with the findings as described above.
Retrograde pyelogram was performed with full strength contrast
agent.  This documented the presence of the stone in the upper
ureter.  Contrast was able to be passed beyond the stone,
documenting marked hydronephrosis of the kidney.  Attempt at
passing the guide wire through the cystoscope proved unsuccessful.

**Castle Medical Center**
640 Ulukahiki Street
Kailua, Hawaii 96734
(808) 263-5500

**OPERATIVE REPORT***

| | |
|---|---|
| **PATIENT:** | AHOLELEI, STAR V |
| **MR #:** | 18-91-20 |
| **ATT PHYS:** | DAVID A KUCHENBECKER, M.D. |
| **DATE:** | 11/07/2002 |
| **ROOM:** | |
| **COPY** | |

00633

Page 1 of 2 IntelliType Transcription

# CASTLE MEDICAL CENTER

The ureteroscope was then advanced over the guide wire up to the level of the calculus and under direct vision the guide wire was passed along side the stone and coiled in the upper calix. The uteroscope was removed and reinserted along side the guide wire up to the level of the calculus. The calculus was sequentially laser fragmented into tiny fragments utilizing the Holmium 365 fiber. After the stone was completely fragmented, the scope was easily advanced up into the renal pelvic area. The renal stones were not readily visible with the rigid scope. The scope was removed. Inspection of the ureter showed the ureter to be intact. The guide wire was then back fed onto the cystoscope, a 7 French 26 cm Polaris double J stent passed over the guide wire, positioned fluoroscopically and the guide wire removed. Coiling in the upper pole calix was noted as well as in the bladder. A tether was left for subsequently stent removal. Several of the smaller stone fragments that were previously irrigated out of the ureter were retrieved and sent for stone analysis purposes. The patient tolerated the procedure well. There were no intra or perioperative complications. He was stable throughout the operative procedure and en route to the recovery room.

DK/TTMS/rld  Job # 9180
D:  11/07/2002 0854
T:  11/07/2002 1647
P:  11/08/2002 1045
Charted:

DAVID A. KUCHENBECKER, M.D.

**Castle Medical Center**
640 Ulukahiki Street
Kailua, Hawaii 96734
(808) 263-5500

## OPERATIVE REPORT*

| | |
|---|---|
| PATIENT: | AHOLELEI, STAR V |
| MR #: | 18-91-20 |
| ATT PHYS: | DAVID A KUCHENBECKER, M.D. |
| DATE: | 11/07/2002 |
| ROOM: | |

00634

COPY                                    Page 2 of 2  IntelliType Transcription

# CASTLE MEDICAL CENTER

cc:  DAVID A KUCHENBECKER, M.D.

**DATE OF OPERATION:**         02/06/2003

**PREOPERATIVE DIAGNOSIS:**   MULTIPLE LEFT URETERAL CALCULI.

**POSTOPERATIVE DIAGNOSIS:**  SAME WITH MARKED HYDRONEPHROSIS.

**SURGEON:**                  Dr. David Kuchenbecker

**ANESTHESIOLOGIST:**         Dr. Robert Chinn

**ANESTHESIA:**               General.

**OPERATIVE PROCEDURE:**      CYSTOURETEROSCOPY WITH LASER LITHOTRIPSY,
                              RETROGRADE PYELOGRAMS WITH FLUOROSCOPIC
                              IMAGING AND PLACEMENT OF DOUBLE J STENT.

**INDICATIONS:**

The patient is a 39-year-old gentleman with a long history of recurring renal and ureteral calculi, who presents with left flank pain and marked hydronephrosis and CT scan demonstrating multiple stones in the left ureter.

**DESCRIPTION OF OPERATION:**

The patient was taken to the Operating Suite where is placed on the table in the supine position after induction of general anesthesia, the patient was repositioned in the cystolithotomy position where he prepped and draped sterilely. A 22-French Storz cystoscope was inserted under direct vision and the bladder emptied without difficulty. The left ureteric orifice was identified and cannulated with a 35 mm guide wire which is able to be manipulated along side the stones and up into the proximal dilated ureter and renal pelvis. A 6-French rigid Wolfe ureteroscope was then passed along the guide wire up to the level of the first stone. Multiple stones were present, increasing in size as progressed up the ureter. A total of four or five stones were present, each of which were laser fragment with the homeon laser into tiny fragments. After the final stone was fragmented, a pyelogram was performed through the ureteroscope showing no extravasation. Several filling defects were present in the kidneys, suspicious for residual uric acid type stones with removal of the scope. No significant size fragments were evident. The guide wire was backfed on the cystoscope an a 26 cm 6-French double J stent was passed over the guide wire, positioned fluoroscopically and the guide wire removed.

---

**Castle Medical Center**
640 Ulukahiki Street
Kailua, Hawaii 96734
(808) 263-5500

**OPERATIVE REPORT\***

| | |
|---|---|
| **PATIENT:** | AHOLELEI, STAR V |
| **MR #:** | 18-91-20 |
| **ATT PHYS:** | DAVID A KUCHENBECKER, M.D. |
| **DATE:** | 02/06/2003 |
| **ROOM:** | |

00965

ORIGINAL          Page 1 of 2  IntelliType Transcription

# CASTLE MEDICAL CENTER

The patient tolerated the procedure well. There were no intra or perioperative complications. He is returned to the recovery room in stable condition.

DIC/TMS/ekb  Job # 21761
D:  02/27/2003 1226
T:  02/27/2003 1610
P:  02/28/2003 817
Charted:

DAVID A KUCHENBECKER, M.D.

---

**Castle Medical Center**
640 Ulukahiki Street
Kailua, Hawaii 96734
(808) 263-5500

## OPERATIVE REPORT*

PATIENT:    AHOLELEI, STAR V
MR #:       18-91-20
ATT PHYS:   DAVID A KUCHENBECKER, M.D.
DATE:       02/06/2003
ROOM:

00966

ORIGINAL              Page 2 of 2  IntelliType Transcription

P. 001

# THE QUEEN'S MEDICAL CENTER
## CAT SCAN DEPARTMENT
### 1301 PUNCHBOWL STREET
### HONOLULU, HI 96813
PHONE: (808) 547-4556
FAX: (808) 537-7810

SUBJECT #

31282381      61-99-09
AHOLELEI , STAR
30   M
PADERAS, SISAR
MEDICAID M      XRAY/
MOANALUA RD
ADDRESSOGRAPH1

DATE: Oct. 17, 2002
TO: DR. S. Paderes
TELEPHONE:
ADDITIONAL:          FAX #: 484-0955          ABV. CODE:
FROM:    CAT SCAN DEPARTMENT      FAX #:          ABV. CODE:

**PRELIMINARY CT REPORT   (PLEASE PRINT)**

AREA SCANNED: L3P

RADIOLOGIST, M.D.  ☐ J. CHAN M.D.    ☐ J. CIEPLY M.D.    ☐ S. HOLMES M.D.    ☐ C. HAMASAKI, M.D.

☐ R. MATSUO M.D.    ☐ M. MEAGHER M.D.    ☐ J. SAITO M.D.    ☐ R. DUONG, M.D.

☐ J. SOONG M.D.    ☐ J. YU M.D.    ☐ J. KENDALL, M.D.    ☐ OTHER

ENTER YOUR USER ID AND PRESS #

SUBJECT NUMBER = Last 8 numbers of addressograph followed by #

Keys:   1=hold, 4=fast forward, 6=next report, 7=slower, 9=faster, 8=disconnect

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL OR THE ENTITY TO WHICH IT IS ADDRESSED
AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR PROHIBITED FROM
DISCLOSURE. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY
NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY
PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY
TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.

00640

**THE QUEEN'S MEDICAL CENTER**
**CAT SCAN DEPARTMENT**
**1301 PUNCHBOWL STREET**
**HONOLULU, HI 96813**
PHONE: (808) 547-4556
FAX: (808) 537-7810

SUBJECT #

```
31659558    12-76-00
AMOLELEI ,VILIAMI S
39  M
YOUNG, ROBERT
GOVT AGENC    CT /
919 ALA MOANA BLVD
AIEA    ADDRESSOGRAPH 1
```

DATE: 1/29/03
TO: DR. R. YOUNG
TELEPHONE:                          FAX #: 484-0455                    ABV. CODE:
ADDITIONAL:                         FAX #:                             ABV. CODE:
FROM:    CAT SCAN DEPARTMENT

**PRELIMINARY CT REPORT   (PLEASE PRINT)**

AREA SCANNED: KUB

Multiple stones in collecting system
bilaterally

(L) hydronephrosis — severe

Stones in mid & distal ureter
up to 12 mm.

---

RADIOLOGIST, M.D.  ☐ J. CHAN M.D.    ☐ J. CIEPLY M.D.    ☐ S. HOLMES M.D.    ☐ C. HAMASAKI, M.D.

☐ R. MATSUO M.D.    ☐ M. MEAGHER M.D.    ☑ S. SAITO M.D.    ☐ R. DUONG, M.D.

☐ J. SOONG M.D.    ☐ J. YU M.D.    ☐ J KENDALL, M.D.    ☐ OTHER _____

ENTER YOUR USER ID AND PRESS #

SUBJECT NUMBER = Last 8 numbers of addressograph followed by #

(Keys: 1=hold, 4=fast forward, 8=next report, *=slower, #=faster, E=disconnect)

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL OR THE ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR PROHIBITED FROM DISCLOSURE. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.

00627

THE QUEEN'S MEDICAL CENTER
CAT SCAN DEPARTMENT
1301 PUNCHBOWL STREET
HONOLULU, HI 96813
PHONE: (808) 547-4556
FAX: (808) 537-7810

SUBJECT #

31977681    12-76-00
AHOLELEI ,VILIAMI S
39  M
PADERAS, CEZAR
HALAWA MED   CT  /
93332 MOANALUA RD
AIEA    ADDRESSOGRAPH 701

DATE: 4/20/03
TO:  DR. Paderas
TELEPHONE:
ADDITIONAL:                     FAX #: 484-0955                ABV. CODE:
FROM:  CAT SCAN DEPARTMENT      FAX #:                         ABV. CODE:

AREA SCANNED: KSP

PRELIMINARY CT REPORT  (PLEASE PRINT)

☐ NEGATIVE EXAM       ☐ ABNORMAL       ☐ NO CHANGE SINCE:

1) MILD TO MODERATE LEFT HYDRONEPHROSIS
   ↓ c/w 1/29/03

2) MULTIPLE Small (L) RENAL calculi
   — 2-3mm (L) ureteral calculus at L3
     [level]
   — 2 mm (L) ureteral calculus at S1
     [level]

3) At least 3 (R) renal calculi → ∅ (R) hydro-
   nephrosis

RADIOLOGIST, M.D.    ☐ J. CHAN M.D.      ☐ J. CIEPLY M.D.      ☐ S. HOLMES M.D.     ✗ C. HAMASAKI, M.D.
                     ☐ R. MATSUO M.D.    ☐ M. MEAGHER M.D.     ☐ J. SAITO M.D.       ☐ R. DUONG, M.D.
                     ☐ J. SOONG M.D.     ☐ J. YU M.D.          ☐ N. SATO             ☐ J. KENDALL
                     ☐ OTHER

FOR DICTATED VOICE REPORT CALL DIGITAL EXPRESS:
ENTER YOUR USER ID AND PRESS #                         547-4065
SUBJECT NUMBER = Last 8 numbers of addressagraph followed by #
Keys:  1=hold, 4=fast forward, 8=next report, ~=slower, #=faster, 5=disconnect

IS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL OR THE ENTITY TO WHICH IT IS ADDRESSED
D MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR PROHIBITED FROM
CLOSURE.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY
TIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY
OHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY
EPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.
NK YOU.

Notes:    4/30/03

00615

**THE QUEEN'S MEDICAL CENTER**
**CAT SCAN DEPARTMENT**
1301 PUNCHBOWL STREET
HONOLULU, HI 96813
PHONE: (808) 547-4556
FAX: (808) 537-7810

Aholelei, Viliami
DOB: ████████

SUBJECT #

ADDRESSOGRAPH

DATE: April 30, 2003
TO: Dr. C. Pederes
TELEPHONE: 484-0955 →
ADDITIONAL:                          FAX
FROM:    CAT SCAN DEPARTMENT            FAX

# URGENT

**PRELIMINARY CT REPORT (PLEASE PRINT)**

AREA SCANNED: KSP

Please fax a signed order for
the Cat Scan (it will be done)
on this patient as noted above.
Patient will not be scanned
until signed orders are received.
Please fax it to 537-7810

Mahalo, Cat Scan

RADIOLOGIST, M.D.    □ J. CHAN M.D.    □ J. CIPPLY M.D.    □ S. HOLMES M.D.
□ R. MATSUO M.D.    □ M. MEAGHER M.D.    □ J. SAITO M.D.    □ C. HAMASAKI, M.D.
□ J. SOONG M.D.    □ J. YU M.D.    □ J. KENDALL, M.D.    □ R. DUONG, M.D.    □ OTHER

...YOUR USER ID AND PRESS #
...IGIT NUMBER = Last 5 numbers of addressograph followed by #

...IS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL OR THE ENTITY TO WHICH IT IS ADDRESSED
...AY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR PROHIBITED FROM
...SURE. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY
...ED SO THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS HEREBY
...ITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR...

00617