| | |
|---|---|
| WILLIAM S. AHOLELEI, | ) CIVIL NO. 03 00171 HG-KSC |
| | ) |
| Plaintiff, | ) **AFFIDAVIT OF MIRIAM P. LOUI;** |
| | ) **EXHIBIT "D-1"** |
| vs. | ) |
| | ) |
| BARBARA KYSAR; DOCTOR S. PADERES, DOCTOR BAUMAN; DOES I-V, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AFFIDAVIT OF MIRIAM P. LOUI

STATE OF HAWAI'I            )
                            )
CITY & COUNTY OF HONOLULU )

MIRIAM P. LOUI, being first duly sworn on oath, deposes and says:

1. I am a Deputy Attorney General and one of the attorneys representing Defendant Sisar Paderes, M.D. in the above-entitled case.

2. I have personal knowledge of the matters set forth herein and am competent to so testify.

3. Attached hereto as Exhibit "D-1" is a true and accurate portion of the medical records of David Kuchenbecker, M.D., as they relate to Plaintiff, which records are incorporated herein by reference.

EXHIBIT "D"

FURTHER AFFIANT SAYETH NAUGHT.

_____
MIRIAM P. LOUI

Subscribed and sworn to before me
this ___1st___ day of August, 2006.

_____
Notary Public, State of Hawai'i

___Karen M. Yee___
(Print Name)
My commission expires: _1-9-2010_

L.S.
[Notary Seal: KAREN M. YEE, NOTARY PUBLIC, STATE OF HAWAII]