IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI, | ) CIVIL NO. 03-00171 HG-KSC |
| Plaintiff, | ) |
| vs. | ) |
| BARBARA KYSAR; DOCTOR S. PADERES, DOCTOR BAUMAN; DOES I-V, | ) |
| Defendants. | ) |

DEPOSITION OF MARY HAYGOOD ARTHUR
UPON WRITTEN QUESTIONS

Taken by and on behalf of the Defendant SISAR PADERES, M.D. (improperly identified as Doctor S. Paderes), at the office of:

DAVID KUCHENBECKER, M.D., 30 Aulike Street, Suite 602, Kailua, Hawaii 96734, commencing at 8:15 o'clock A.M., on WEDNESDAY, JUNE 21, 2006, pursuant to Rule 31 of the Federal Rules of Civil Procedure.

MEDICAL RECORDS OF:       OBTAINED FROM:

WILLIAM S. AHOLELEI       DAVID KUCHENBECKER, M.D.
aka STAR AHOLELEI

BEFORE:   FRANCES KRAMER, NOTARY PUBLIC, STATE OF HAWAII
          Phyllis K. Kushiner, CSR No.147, State of Hawaii
              HONOLULU REPORTING SERVICES
           SUITE 401 - 1000 BISHOP STREET
              HONOLULU, HAWAII  96813
              Telephone Number:  524-6288

EXHIBIT "D"

6

STATE OF HAWAII            )
                           )SS.
CITY AND COUNTY OF HONOLULU )

1      I, FRANCES KRAMER, a Notary Public in and for the
2  State of Hawaii, do hereby certify:
3      That on **WEDNESDAY**, **JUNE 21, 2006**,
4  at **8:15** o'clock **A.M.**, appeared before me the witness,
5  **MARY HAYGOOD ARTHUR**, whose deposition is contained
6  herein; that prior to being examined upon written interroga-
7  tories, the witness was by me duly sworn;
8      I, PHYLLIS K. KUSHINER, C.S.R., Commission Number
9  147, in and for the State of Hawaii, do hereby certify:
10     That the same were taken under my direction and
11 control and was thereafter reduced to typewriting under my
12 supervision; that the foregoing represents, to the best of
13 my ability, a correct transcript of the deposition had at
14 the time in the foregoing matter;
15     That the reading and signing of this deposition
16 were waived by the said **MARY HAYGOOD ARTHUR**, and
17 the deposition is therefore kept on file without signature
18 pursuant to Court rules.
19     We further certify that we are not counsel for any
20 of the parties hereto, nor in any way interested in the outcome
21 of the cause named in the caption.
22     Dated this **21st** day of **JUNE 2006**,
23 in **Honolulu**, Hawaii.
24
25 

*[Signature]*                                  *[Signature]*
FRANCES KRAMER                                 PHYLLIS K. KUSHINER
Notary Public, State of Hawaii                 Notary Public, State of Hawaii
My commission expires: 8/5/2008                C.S.R., Commission No. 147
                                               My commission expires: 4/24/2007

HONOLULU REPORTING SERVICES
HONOLULU, HAWAII

## CASTLE MEDICAL CENTER

CC:   DAVID A KUCHENBECKER, MD

DATE OF OPERATION:   07/30/2003

PREOPERATIVE DIAGNOSIS:   LEFT RENAL CALCULI.

POSTOPERATIVE DIAGNOSIS:   SAME.

SURGEON:   DAVID A KUCHENBECKER, MD

ASSISTANT SURGEON:   NONE.

ANESTHESIOLOGIST:   Dr. David Kuchenbecker

ANESTHESIA:   Intravenous sedation

OPERATIVE PROCEDURE:   EXTRACORPOREAL SHOCKWAVE LITHOTRIPSY WITH FLUOROSCOPIC LOCALIZATION, ADMINISTRATION OF INTRAVENOUS CONTRAST.

### INDICATIONS FOR PROCEDURE:
The patient is a 39 - year old recurring stone former who presents with intermittent left colic, discovered to have a 4 x 5 mm calculi in the lower left calix.

### DESCRIPTION OF OPERATION:
The patient was premedicated with 10 mg morphine sulfate and 25 mg of Phenergan prior to being transferred to the lithotripsy suite. He was placed on the table in the supine position. The treatment head was elevated. Fine tuning adjustments were made. Because the stone was a lucent variety, intravenous contrast was administered utilizing 50 ml of Omnipaque. Treatment was focused on the lower pole calix where the stone was known to be present on the previous CT imaging. After the contrast appeared in the kidney, the treatment was begun per protocol with a KV of 0.1 and gradually increased to a maximum of 3.5. Intermittent fluoroscopy was performed, assuring the stone complex has stayed at the F-2 focal area. A total of 1.5 minutes of fluoroscopy time were utilized in addition to two snapshot images. A total of 5000 shocks were administered to the stone.

**Castle Medical Center**
640 Ulukahiki Street
Kailua, Hawaii 96734
(808) 263-5500

**OPERATIVE REPORT**

PATIENT:   AHOLELEI, STAR V
MR #:   18-91-20
ATT PHYS:   DAVID A KUCHENBECKER, MD
DATE:   07/30/2003
ROOM:

3   017

ORIGINAL   IntelliType Transcription   Page 1 Of 2

## CASTLE MEDICAL CENTER

The patient received 2.5 mg Versed and 125 mcg of Fentanyl for sedative purposes. The patient tolerated the procedure well. There were no intra or perioperative complications. The patient remained stable throughout the operative procedure and on return to the recovery area.

DAK/ITMS/rld J10309 - 110435
D:08/01/2003 08:30:00
T:08/01/2003 11:44:16
Charted:

DAVID A KUCHENBECKER, MD

---

**Castle Medical Center**
640 Ulukahiki Street
Kailua, Hawaii 96734
(808) 263-5500

**OPERATIVE REPORT**

PATIENT: AHOLELEI, STAR V
MR #: 18-91-20
ATT PHYS: DAVID A KUCHENBECKER, MD
DATE: 07/30/2003
ROOM:

ORIGINAL    IntelliType Transcription  Page 2 Of 2

018