IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM S. AHOLELEI, | CIVIL NO. 03 00171 HG-KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| BARBARA KYSAR; DOCTOR S. PADERES, DOCTOR BAUMAN; DOES I-V, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following party at his last-known address by means of depositing said copy in the United States mail, postage prepaid, on August __2__, 2006:

>WILLIAM S. AHOLELEI
>Oahu Community Correctional Center
>2199 Kamehameha Highway
>Honolulu, Hawai'i  96819-2307
>
>Plaintiff *Pro Se*

ARTHUR F. ROECA, ESQ.
APRIL LURIA, ESQ.
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Defendant
KAY BAUMAN. M.D.

DATED: Honolulu, Hawai'i, August 2, 2006.

        STATE OF HAWAI'I

        MARK J. BENNETT
        Attorney General
        State of Hawai'i

        _____
        MIRIAM P. LOUI
        Deputy Attorney General

        Attorneys for Defendant
        SISAR PADERES, M.D.