ROECA, LOUIE & HIRAOKA
A Limited Liability Law Partnership, LLP

ARTHUR F. ROECA      1717-0
aroeca@rlhlaw.com
APRIL LURIA          4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i      96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

Attorneys for Defendant
Kay Bauman, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>   Plaintiff,<br><br> vs.<br><br>BARBARA KYSAR, DOCTOR S.<br>PADERES, DOCTOR BAUMAN,<br>DOES I-V,<br><br>   Defendants. | CASE NO. 03-00171 HG-KSC<br><br>DEFENDANT KAY BAUMAN,<br>M.D.'S STATEMENT OF NO<br>OPPOSITION TO DEFENDANT<br>SISAR PADERES, M.D.'S MOTION<br>FOR SUMMARY JUDGMENT<br>(FILED AUGUST 2, 2006);<br>CERTIFICATE OF SERVICE<br><br>Trial Date:  December 5, 2006 |

306-072/p.no opp to paderes msj.al.sh.wpd

### DEFENDANT KAY BAUMAN, M.D.'S STATEMENT
### OF NO OPPOSITION TO DEFENDANT SISAR PADERES,
### M.D.'S MOTION FOR SUMMARY JUDGMENT (FILED AUGUST 2, 2006)

Defendant Kay Bauman, M.D., by and through its attorneys, Roeca,

Louie & Hiraoka, has no opposition to Defendant Sisar Paderes, M.D.'s Motion

for Summary Judgment filed on August 2, 2006, and scheduled to be heard on

September 11, 2006 at 10:30 a.m. before the Honorable Judge Helen Gillmor.

By not opposing said Motion, Defendant Kay Bauman, M.D. is not

waiving any of her rights and defenses in this matter.

AUG - 4 2006

DATED: Honolulu, Hawaii, _____.


ARTHUR F. ROECA
APRIL LURIA
Attorneys for Defendant
Kay Bauman, M.D.

-2-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM S. AHOLELEI, | ) | CASE NO. 03-00171 HG-KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| BARBARA KYSAR, DOCTOR S. | ) | |
| PADERES, DOCTOR BAUMAN, | ) | |
| DOES I-V, | ) | |
| | ) | Trial Date:  December 5, 2006 |
| Defendants. | ) | |
| | ) | |

306-072/p.no opp to paderes msj.al.sh.wpd

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly

served by depositing the same in the United States Mail, postage prepaid, to the

following at their last known address:

WILLIAM S. AHOLELEI          [ M ]
c/o Oahu Community Correctional Center
Laumaka Work Furlough Center
2199 Kamehameha Highway
Honolulu, Hawaii  96819-2307

Plaintiff

CARON M. INAGAKI, ESQ.        [ M ]
CINDY S. INOUYE, ESQ.
MIRIAM P. LOUI, ESQ.
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii  96813

Attorneys for Defendant
Sisar Paderes, M.D.

AUG - 4 2006

DATED:  Honolulu, Hawaii, _____.


_____
ARTHUR F. ROECA
APRIL LURIA
Attorneys for Defendant
Kay Bauman, M.D.

-2-