IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| William S. Aholelei<br>    Plaintiff<br><br>Vs.<br><br>Doctor, Sisar Paderes;<br>Doctor, K. Bauman;<br>    Doe Defendants<br>    1-5 | CIV. No. 03-00171 HG-KSC<br><br>Declaration of<br>William S. Aholelei |

## Declaration of William S. Aholelei

Comes Now William S. Aholelei, Pro Se and In forma Pauperis. Declare under the penalty of Law that the foregoing is true and correct.

Introducing exhibits A-1, A-2. This is a description of the procedure which is the old fashion methods. I had described in my complaint and is the most extremely painful methods imaginable. I would compare it to someone using a coat hanger and shoving it up the pee hole and jabing it around your kidney!

May that wasn't bad enough! I had to go through it twice! After the procedure, I was returned to Halawa and the medication given at the hospital wored off.

Continue Next page ⟶

Page 1 of 3

Just imagine of how bad my pain was. When the medical unit gave me nothing to ease my pain and this went onn for days without pain medication while bleeding for days!

Exhibits A-3 and A-4, Shows the size's of Stones in my Kidney.

There were four (4) Big stones the Size of a pegeon egg! This is why? DR. Kuchenbecker prescribed the "Shock Wave" the proper treatment for my medical problems! But the Defendants deliberately OR otherwise denied that! but rather ask the Specialist to perform a lesser expensive treatment for my Serious medical needs! I Could lost my life because of this deliberate indi-ference! to my Serious medical needs.

exhibits A-5, A-6 are picture of less than [h]alf of Stones that passed out of me! With [n]o pain medication from Defendants and had [b]een asking for help!

Exhibits A-7, A-8 Stones still exists [a]nd Confincuations of my pains and Suffering's!

Continue Next page →

It tooks me a year or more of pains and continues complaints to convinced defendants to tak notice of me and the pains I went through and still is experiencing because of their deliberate indifference to my medical needs!

Respectfully Submitted!

William S. Aholelei,
Plaintiff Pro Se

Dated Aug-4-2006