# CASTLE MEDICAL CENTER

cc: DAVID A KUCHENBECKER, M.D.

| | |
|---|---|
| DATE OF OPERATION: | 02/06/2003 |
| PREOPERATIVE DIAGNOSIS: | MULTIPLE LEFT URETERAL CALCULI. |
| POSTOPERATIVE DIAGNOSIS: | SAME WITH MARKED HYDRONEPHROSIS. |
| SURGEON: | Dr. David Kuchenbecker |
| ANESTHESIOLOGIST: | Dr. Robert Chinn |
| ANESTHESIA: | General. |
| OPERATIVE PROCEDURE: | CYSTOURETEROSCOPY WITH LASER LITHOTRIPSY, RETROGRADE PYELOGRAMS WITH FLUOROSCOPIC IMAGING AND PLACEMENT OF DOUBLE J STENT. |

INDICATIONS:
The patient is a 39-year-old gentleman with a long history of recurring renal and ureteral calculi, who presents with left flank pain and marked hydronephrosis and CT scan demonstrating multiple stones in the left ureter.

DESCRIPTION OF OPERATION:
The patient was taken to the Operating Suite where is placed on the table in the supine position after induction of general anesthesia, the patient was repositioned in the cystolithotomy position where he prepped and draped sterilely. A 22-French Storz cystoscope was inserted under direct vision and the bladder emptied without difficulty. The left ureteric orifice was identified and cannulated with a 35 mm guide wire which is able to be manipulated along side the stones and up into the proximal dilated ureter and renal pelvis. A 6-French rigid Wolfe ureteroscope was then passed along the guide wire up to the level of the first stone. Multiple stones were present, increasing in size as progressed up the ureter. A total of four or five stones were present, each of which were laser fragment with the homeon laser into tiny fragments. After the final stone was fragmented, a pyelogram was performed through the ureteroscope showing no extravasation. Several filling defects were present in the kidneys, suspicious for residual uric acid type stones with removal of the scope. No significant size fragments were evident. The guide wire was backfed on the cystoscope an a 26 cm 6-French double J stent was passed over the guide wire, positioned fluoroscopically and the guide wire removed.

---

**Castle Medical Center**
640 Ulukahiki Street
Kailua, Hawaii 96734
(808) 263-5500

**OPERATIVE REPORT***

| | |
|---|---|
| PATIENT: | AHOLELEI, STAR V |
| MR #: | 18-91-20 |
| ATT PHYS: | DAVID A KUCHENBECKER, M.D. |
| DATE: | 02/06/2003 |
| ROOM: | |

COPY

Exhibit A

# CASTLE MEDICAL CENTER

The patient tolerated the procedure well. There were no intra or perioperative complications. He is returned to the recovery room in stable condition.

DK/ITMS/ekb  Job # 21761
D: 02/27/2003 1226
T: 02/27/2003 1610                 _____
P: 02/28/2003 817                  DAVID A KUCHENBECKER, M.D.
Charted:

---

**Castle Medical Center**
640 Ulukahiki Street
Kailua, Hawaii 96734
(808) 263-5500

**OPERATIVE REPORT***

PATIENT:     AHOLELEI, STAR V
MR #:        18-91-20
ATT PHYS:    DAVID A KUCHENBECKER, M.D.
DATE:        02/06/2003
ROOM:

COPY                              Page 2 of 2  IntelliType Transcription