Exhibit A-3

The Queen's Medical Center
Honolulu, Hawaii 96813

# DIAGNOSTIC IMAGING CONSULTATION

**Patient Name:** AHOLELEI, VILIAMI S          MFID: 12-76-00
Sex: M   DOB: 17-Nov-1963                     Patient Loc: CAT

SISAR PADERES, M.D.
99-902 MOANALUA HWY
MEDICAL UNIT
AIEA                    HI   96701

---

Exam: 2006981   Date: 30-Apr-2003   Requested by: PADERES, SISAR, M.D.
CT ABDOMEN W/O IV CON 23504031

---

1. THERE ARE TWO SMALL LEFT URETERAL CALCULI AS DESCRIBED ABOVE AT THE L3 AND S1 LEVELS. ON THE PREVIOUS SCAN, A 13.0 MM CALCULUS WAS PRESENT IN THE LEFT URETER.
2. THERE IS MILD TO MODERATE LEFT HYDRONEPHROSIS WHICH IS IMPROVED WHEN COMPARED TO THE PRIOR CT SCAN DATED 1/29/03.
3. RESIDUAL RENAL CALCULI ARE PRESENT IN BOTH KIDNEYS AS DESCRIBED ABOVE. THERE IS NO RIGHT HYDRONEPHROSIS.

The above findings were discussed with Dr. Sisar Paderes and with Dr. Kuchenbecker on 4/30/03.

Thank you very much for this referral.

Dictated by: _____
             Craig A. Hamasaki, M.D.

Transcribed on: 30-Apr-2003 2:47 PM by Ancelina Lacar

MEDICAL RECORD COPY

Exhibit A-3