Exhibit A-4

The Queen's Medical Center
Honolulu, Hawaii 96813

D I A G N O S T I C   I M A G I N G   C O N S U L T A T I O N

Patient Name: AHOLELEI, VILIAMI S
Sex: M   DOB: 17-Nov-1963
MFID: 12-76-00
Patient Loc: CAT

ROBERT YOUNG, M.D.
ATTN: MEDICAL UNIT
99-902 MOANALUA ROAD
AIEA                    HI  96701

Exam: 1951169   Date: 29-Jan-2003   Requested by: YOUNG, ROBERT, M.D.
CT ABDOMEN W/O IV CON 23504031
Diagnosis:
  CHRONIC HEMATURIA W/POSSIBLE RENAL STONE
History:
  PROC: SPIRAL CT SCAN STONE PROTOCOL

Report dictated on 1/29/03.

CT OF ABDOMEN AND PELVIS, 1/29/03:

TECHNIQUE: No intravenous contrast was administered. Renal stone protocol was performed.

FINDINGS: The visualized portions of the liver, spleen, large and small intestine, and pancreas are unremarkable on this noncontrast CT study. The visualized lung bases are unremarkable. The bony thorax and lumbar spine demonstrates no lytic or blastic lesions.

There is severe left-sided hydronephrosis present. Multiple stones are present in the right ureter. The largest one is present in the midportion of the left ureter measuring 13.0 x 9.0 mm. A second stone is noted at the level of the sacroiliac joints on the left side measuring approximately 9.0 mm in dimension. Two smaller stones measuring 6.0 mm and 3.0 mm are noted in the distal portion of the left ureter with the smallest stone present at the ureterovesical junction. The left ureter demonstrates inflammatory changes to the level of the sacroiliac joint. Below this level, no definite evidence of ureteral dilatation or obstruction.

Multiple left and right-sided renal stones are present within the collecting system. In the inferior pole of the left kidney, there are multiple stones measuring up to 7.0 mm and 9.0 mm. In the upper pole of the left kidney, there is a stone which measures 6.0 mm in dimension with a second focus of calcification measuring 1.0 mm to 2.0 mm. On the right side, there are multiple stones in the lower pole of the kidney measuring 3.0 mm and 6.0 mm in dimension respectively.

No evidence of retroperitoneal adenopathy.

