CLIA ID#: 45-D0600099  
P.O. BOX 25375  
HOUSTON, TEXAS 77265-5375  
TAX ID#: 76-0413803

(713) 464-4333    (800) 235-4846

PATIENT: AHOLELEI, STAR V  
SEX: Male  
BIRTHDATE/AGE: 11/17/1963  
PHYSICIAN: KUCHENBECKER, DAVID  
SPECIMEN NO.: SP-03-381  
PATIENT ID NO.: 18-91-20  
P.O. NO.:  
DATE RECEIVED: 02/10/2003  
DATE OBTAINED: 02/06/2003  
DATE REPORTED: 02/11/2003  

ACCESSION NO.: P033574  
REQUISITION NO.: 1103579  
ACCOUNT #: C3639  
CASTLE MEDICAL CENTER  
LABORATORY  
640 ULUKAHIKI ST  
KAILUA HI 96734  

CTE: CP-O-Sherie

FEB 18 2003

**CRYSTALLOGRAPHIC COMPOSITION**

NO NIDUS OBSERVED IN THIS SPECIMEN

THE STONE IS COMPOSED OF 100% CALCIUM OXALATE MONOHYDRATE

  SHELL IS COMPOSED OF 100% URIC ACID

THE SURFACE CRYSTALS ARE COMPOSED OF 100% AMMONIUM ACID URATE



SCALE: 1 Division = 1 Millimeter  
www.urolithiasis-lab.com

**LAB LOCATION**  
(USE FOR COURIER SERVICES)  
9525 KATY FREEWAY, SUITE 222  
HOUSTON, TEXAS 77024

