CLIA ID#: 45-D0660089                    P.O. BOX 75375
                                    HOUSTON, TEXAS 77265-5375                    TAX ID#: 76-0413803

                              (713) 464-4333      (800) 235-4846

PATIENT  AHOLELEI,STAR                                    ACCESSION NO.  P0232041

SEX  Male                    BIRTHDATE/AGE  11/17/1963        REQUISITION NO.  1103560

PHYSICIAN  KUCHENBECKER,DAVID                             ACCOUNT #  C3639
                                                          CASTLE MEDICAL CENTER
SPECIMEN NO.  SP02-2911                                   LABORATORY
                                                          640 ULUKAHIKI ST
PATIENT ID NO.    18-91-20                                KAILUA HI 96734

P.O. NO.                          DATE OBTAINED  11/07/2002

DATE RECEIVED  11/12/2002     DATE REPORTED  11/12/2002      CTE:        KA-O-Sherie

### CRYSTALLOGRAPHIC COMPOSITION

NO NIDUS OBSERVED IN THIS SPECIMEN

T   STONE IS COMPOSED OF 100% CALCIUM OXALATE MONOHYDRATE





SCALE: 1 Division = 1 Millimeter

**LAB LOCATION**
(USE FOR COURIER SERVICES)
9525 KATY FREEWAY, SUITE 222
HOUSTON, TEXAS 77024