Exhibit A-7

The Queen's Medical Center
Honolulu, Hawaii 96813

# DIAGNOSTIC IMAGING CONSULTATION

**Patient Name:** AHOLELEI, VILIAMI S        MFID: 12-76-00
Sex: M   DOB: 17-Nov-1963                    Patient Loc: CAT

SISAR PADERES, M.D.   NOTED: S—M  5/20/03
99-902 MOANALUA HWY
MEDICAL UNIT
AIEA                  HI  96701

---

Exam: 2006981   Date: 30-Apr-2003  Requested by: PADERES, SISAR, M.D.
CT ABDOMEN W/O IV CON 23504031
Diagnosis:
   CHRONIC STONE F/U, S/P LITHOTRIPSY

---

Report dictated on 4/30/03.

EXAMINATION PERFORMED: CT of the abdomen without contrast (renal stone protocol), 4/30/03.

CLINICAL HISTORY: Chronic renal calculi. Status post lithotripsy.

TECHNIQUE: A standard noncontrast renal stone protocol CT examination of the abdomen was performed from above the kidneys through the urinary bladder.

FINDINGS: Comparison is made to a similar renal stone protocol CT study dated 1/29/03.

There is mild to moderate left hydronephrosis which has significantly improved when compared to the prior CT scan. There is also persistent mild dilatation of the proximal to midleft ureter. There are two small left ureteral calculi. The first is located at approximately the L3 level measuring approximately 2.0 mm to 3.0 mm in diameter. There is a second left ureteral calculus at the S1 level in the left ureter measuring approximately 1.0 mm to 2.0 mm. Below this level, the left ureter is relatively decompressed. Multiple residual calculi are seen in the left renal collecting system. There is a tiny, 2.0 mm calculus in the left upper pole. A 4.0 mm calculus is noted in the left lower pole. There are subtle tiny densities in the left renal collecting system which could represent additional scattered tiny left renal calculi.

There are probably three renal calculi in the lower pole of the right kidney. The largest right renal calculus measures approximately 5.0 mm. There is no right hydronephrosis or right ureteral dilatation.

IMPRESSION:

Post-it® Fax Note  7671  Date 5.29.03  # of pages ▶ 2
To DR KUCHENBECKER    From Therese
Co./Dept.             Co. HCF/HCS
Phone # 2614884       Phone # 4845426/4847289
Fax # 2614885         Fax # 4840935

Exhibit A-7