Exhibit A-8

The Queen's Medical Center
Honolulu, Hawaii 96813

D I A G N O S T I C   I M A G I N G   C O N S U L T A T I O N

Patient Name: AHOLELEI, VILIAMI S
Sex: M   DOB: 17-Nov-1963

MFID: 12-76-00
Patient Loc: CAT

ROBERT YOUNG, M.D.
ATTN: MEDICAL UNIT
99-902 MOANALUA ROAD
AIEA                           HI   96701

---

Exam: 1951169   Date: 29-Jan-2003   Requested by: YOUNG, ROBERT, M.D.
CT ABDOMEN W/O IV CON 23504031

---

IMPRESSION:

1. MULTIPLE STONES WITHIN THE RIGHT URETER. THERE IS SIGNIFICANT HYDRONEPHROSIS CAUSED BY THE UPPER AND MID STONES EXTENDING TO THE LEVEL OF THE SACROILIAC JOINT.
2. MULTILPLE BILATERAL RENAL COLLECTING SYSTEM STONES AS DESCRIBED ABOVE.

Thank you very much for this referral.

Dictated by: Jerel Saito, M.D. /signed/

Transcribed on: 29-Jan-2003 6:48 PM by Angelina Lacar
Finalized on: 30-Jan-2003 11:26 AM by Beverly Toledo

C   O   P   Y