In The United States District Court
for the District of Hawaii

| | |
|---|---|
| William S. Aholelei<br>Plaintiff<br><br>V.S.<br><br>Barbara Kysar;<br>Doctor S. Paderes;<br>Doctor K. Bauman;<br>Does I-V.<br>Defendants | Civil No. 03-00171 HG-KSC<br>Plaintiff William S. Aholelei<br><br>Certificate of<br>Service. |

I, The undersign humbly swore under the penalty of law that on Aug-4-06 I sent my original copy (22 page) motion in opposition to Defendant Sisar Paderes, Doctor, M.D.'s To the United States District Court for the district of Hawaii.

Dated Aug. 7-06
Hon, HI

William S. Aholelei
Plaintiff Pro Se