Federal Detention Center
Work Furlough Center
[illegible] Kamehameha Highway
[illegible], HI 96[...]

Mr. Clerk of Court
United States District Court
For the District of Hawaii
300 Ala Moana Boulevard, Room C
Honolulu, Hawaii 96850

Confidential

Mail

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 07 2006
DISTRICT OF HAWAII