IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM S. AHOLELEI, | ) | CV. NO. 03-00171 HG-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BARBARA KYSAR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court has reviewed Defendants' Motions for Summary Judgment, Plaintiff's Amended Complaint, and Plaintiff's objections to the Motions. The Court DIRECTS Defendants to address in their Replies Plaintiff's allegations, found in his Amended Complaint and in his Objections, of continuing violations relating to the delay or denial of adequate medical care for his kidney condition, continuing from the date of filing of the Original Complaint, April 4, 2003, through the date of filing of the Amended Complaint, September 22, 2003, up until the present. Defendants are reminded that Replies are due on August 31, 2006. See LR7.4 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 22, 2006.



/s/ Helen Gillmor
Chief United States District Judge