

**David Kuchenbecker M.D.**
*Windward Urology*
*30 Aulike Street, #602*
*Kailua, HI 96734-2752*
Telephone: (808) 261-4884    Fax: (808) 261-4885

Patient: Star Aholelei

Date of birth: November 17, 1963

Current date: July 27, 2005

To make concern,

I will no longer be seeing patients from the Halawa Correctional Facility and would suggest referring the patient to the Queen Emma clinic for further treatment and evaluation. Mr. Aholelei's ultrasound demonstrates a 9 mm non-obstructing stone in the lower pole of the right kidney. CT scan from last year demonstrated a 6 mm stone in the same location. Though these are different imaging modalities there does appear to be a slight increase in size of the stone over the past year. Previous stones have been both calcium oxalate and uric acid. I would suggest obtaining a KUB. If the stone is not visible this would suggest that the stone is uric acid in composition and should be able to be dissolved with alkali therapy using either sodium bicarbonate or Uroocit-K. If the stone contains calcium i.e. is visible on plain KUB, I would consider ESWL.

Sincerely,

David A. Kuchenbecker MD

EXHIBIT AA

008



# ST. FRANCIS MEDICAL CENTER WEST    IMAGING REPORT

91-2141 Fort Weaver Road
Ewa Beach, Hawaii 96706

Patient Name: AHOLELEI, STAR
Address:    PO BOX 1839,
            PEARL CITY Hawaii
            96782

Sex: Male  Age: 41 Years
DOB: 11/17/63

Med Rec #: 09-08-01
Location: Imaging - West

## I m a g i n g   R e p o r t

| Procedure | Ordering Physician | Accession Number | Exam Date/Time |
|---|---|---|---|
| US Renal Retroperitoneal Sonography | BAUMAN, KAY | US-05-0002537 | 04/08/05 15:30:00 |

REASON

KIDNEY STONES

US read

## RENAL ULTRASOUND

Sonographic examination of the kidneys was performed.

No prior examination is available for comparison at this time.

There is an approximately 9 mm shadowing echogenic focus in the lower pole of the right kidney consistent with renal calculus. No other definite renal calculi are identified. There is no evidence of significant hydronephrosis or perinephric fluid collections. The kidneys are otherwise unremarkable on appearance. The right kidney measures approximately 11.8 cm in length. The left kidney also measures approximately 11.8 cm in length. Evaluation of the urinary bladder with color Doppler demonstrates presence of bilateral ureteral flow jets. The distended bladder is grossly unremarkable on appearance.

US impression

**Approximately 9 mm calculus in the lower pole of the right kidney with no evidence of significant hydronephrosis. Otherwise essentially unremarkable examination as described above.**

INTERPRETING PHYSICIAN:    ERDMAN, DANIEL E

ELECTRONICALLY SIGNED BY: DANIEL E. ERDMAN    DATE SIGNED:  04/11/2005 09:40

TRANSCRIBED BY:    BN    TRANSCRIBED DATE: 04/08/2005 17:16

CASTLE MEDICAL CENTER
LITHOTRIPSY DISCHARGE INSTRUCTIONS

As you have previously been told, your treatment with the Extracorporeal Shockwave Lithotripsy (ESL) did not make your stone magically disappear. The purpose of the treatment with the ESL was to pulverize stones so that the fragments can be passed through the urinary tract. You may or may not pass stone fragments before you leave the treatment facility. If you do not, do not be alarmed as some patients do not begin passing fragments unit several weeks *(or occasionally, 1-2 months)* after treatment . A high intake of fluids, at least 8 glasses a day for several days, will help the fragments pass.

Please strain your urine with the strainer which your nurse will give you. Please save some stone fragments and give them to your urologist at your next office visit so that he may send them for analysis.

You may have red-tinged urine for up to 24 hours following ESL. You may also notice slight bruising on the treated side. Most patients after treatment with the ESL will be placed on an antibiotic for several days. Patients may be given a prescription for a *"pain killer"* after treatment with ESL although usually the passage of small fragments of stone is without pain. You should resume taking any medications your were taking before the lithotripsy unless you have been told to discontinue them.

You may resume normal activities after discharge from the treatment facility. Indeed, walking and mild exercise is beneficial as activity will help stone fragments pass. however, if you are taking the *"pain killer"* which may have been prescribed for you  at discharge, you should not drive or operate machinery.

If you have red-tinged urine longer than 72 hours, have persistent nausea and vomiting, experience severe pain which is unrelieved by the pain killer which was prescribed for you, or if you have a fever greater than 101 degrees, you should call your doctor. Even iff you do not experience any problems, you should call him and schedule an appointment for approximately 2 weeks after treatment at which time x-rays of your kidneys may be done. Your doctor's office will be informed of the results of your procedure. Also, he will be sent a treatment summary of your procedure.

_____                    X _____

**CASTLE MEDICAL CENTER**
640 ULUKAHIKI STREET
KAILUA, HAWAII 96734

LITHOTRIPSY DISCHARGE INSTRUCTIONS

LITHO-X3 9/97  White - Chart   Yellow - Patient

AHOLELEI, STAR V
KUCHENBECKER, DAY    7/30/2001
41260821  18-91-20  2709   0
11/17/1963  M/039Y  NOR

094

Radiology Report

**Adventist Health    Castle Medical Center**

Imaging Services Department
640 Ulukahiki Street
Kailua, HI 96734-4498
Voice: (808) 263-5166

## Patient: **AHOLELEI, STAR V.**

DOB:        11/17/1963   Age: 42y   Sex: M          Ordering MD:  DAVID A. KUCHENBECKER, MD
Location:    OUTPATIENT                             Attending MD: DAVID A. KUCHENBECKER, MD
Med Rec #:  **18-91-20**                            Referring MD:

Acct# / Seq#: **43472141 / 1**

---

Exam Date: June 29, 2004
**CT ABDOMEN W/O CONTRAST**

**Reason for Exam:**
KIDNEY STONES

## Report

CT Urogram is performed without oral or intravenous contrast.

A 6 mm stone is seen in the right lower kidney, nonobstructive.  A few small parapelvic cysts are seen in the left kidney measuring up to 1.5 cm in size. No left kidney stones are seen.  There is no hydronephrosis or hydroureter. The bladder is unremarkable.

## Impression

A 6 MM STONE IN THE RIGHT LOWER KIDNEY, NONOBSTRUCTIVE.

Transcribed: 06/29/2004 09:36   CHARLIE DASPIT
        Reading Radiologist.....: Chuong Nguyen, M.D.
        Report Verified by......: Chuong Nguyen, M.D.          06/29/2004

 097

---

AHOLELEI, STAR V.                18-91-20        Acct# / Seq#: **43472141 / 1**                Page:1

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

MULTIDISCIPLINARY PROGRESS NOTES

NAME _Ahololei, Stan_

SSN _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_

DOB _11-7-63_

| DATE | TIME | PLAN |
|------|------|------|
| 2/13/04 | cont | |
| | | R- ✓ Glucophage 850mg TID × 3ms |
| | | ✓ Allopurinol 300mg po qd × 3ms |
| | | ✓ Flovent 220 mcg ↑ puff BID × 3ms. |
| | | ✓ CTM 4mg TID prn × 3ms |
| | | ✓ Dirculon 10mg po qd × 3ms. |
| | | not available here — ✓ tet + Pneumovax shot/given 2/16/04 |
| | | ✓ Do FBS, H₂OAC, LFT's |
| 2/13/04 | | ✓ Lipid Profile prior to CC ✓ |
| | | w/ 4/04. |
| | | ✓ uA for microalbumenia |
| | comment | ✓ Schedule č Opthomology |
| | | for ✓ or Retinopathy. — need to |
| | | ✓ ASA 81mg po qd × 3ms. |
| | | He should not be on Motrin |
| | | because of ASA therapy. |
| | | ✓ Lipitor 20mg ½ tab po qd × 3ms. |
| | | Enc regular exercise during |
| | | recreation. walking fast → |
| | comment | ✓ Scheduled to see dietician |
| | | for review DM diet & cho ✓ fat. |
| | | ( althi 11m regime diet menu ) |
| | | |
| 2/15/04 | 2045 | S: "I'm allergic to elavil, I want Benadryl" |
| | | O: Pt refusing elavil states when he takes it he |
| | | is unable to breath. |
| | | A: Does not like elavil - wants Benadryl order back |
| | | P: Can't do monitor - Instructed to fill out med request |

Aholeilei, Star

| DATE | TIME | PLAN |
|------|------|------|
| 02.11.04 (1000) | | Psytry: Seen in Module B. Pt referred again for his anxiety complaints. Was just seen on 01.15.04. Has already been through amitriptyline and Seroquel in the past. His complaint remains same. Pt seen c/o poor sleep. Claims he sleeps 1-2 Hrs @ night. Says Elavil was better, "but I had the reaction on it." A: Attempt increase in Benadryl. P: D/C Benadryl 50 mgm PO Q HS Elavil 75 mgm PO Q HS (X) 60 days — Vt U. Patel, M |

2-30-04 MD CHART/OR.

WT: 196   HT: 5'8"   BP: 120/82

R: 21   P: 76   T: 978

gen (C. sheet. ___

Type II DM, Asthma, gout

Age 40.

o. Denies hypoglycemia.
Don't want to be on a diabetic,
or low fat, low cholesterol diet,
wants to have nose fixed.

o. alert male NAD.
   car regular
   lungs clear
   abd — soft (+) BS NT
   extremities — 5 edema. good cms

A. Type II DM. stable.
   Hypercholesterolemia
   Chronic sinusitis
   Asthma — stable ō meds
   Chronic — kidney stones eg

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

MULTIDISCIPLINARY PROGRESS NOTES

NAME: Ahilolei, Star

SSN: 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

DOB: 11-07-63

| DATE | TIME | |
|------|------|---|
| | | MD CLINIC/DR. _Padecs_ |
| 01/13/04 | | WT: 191# HT: 5'8" BP: 120/70 |
| | | R: 20  P: 76  T: 98° |
| | | Multiple C/O back pain, flashes c̄ Migraine pain, requesting |
| | | _Smith_ due to wt loss |
| 1/13/04 | | 5) Pt c/o squeezing headache c̄ 1hr, regularly also intermittent visual flashing @ anytime, ≈15 minutes long |
| | | 0) Pt c̄ OPT; obviously had lost weight; walks, sits, rises c̄ difficulty. Pain along low thoracic & lumbar c̄ radiating |
| | | A) 1) Headache, tension, doubt migraine → Back pain, acute |
| | | 2) Visual disturbance s/w c̄ migraine, dyssomnia |
| | | P) 1) Motrin (800 mg) i up to qid X 8 weeks (issue #60). |
| | | 2) Flexeril 10 mg q H.S. X further. |
| | | 3) HS snack X 3 months. |
| | | 4) Weigh pt q week X 3 months. To sheet |
| | | 5) Back brace X 3 months (will issue prosthetic memo) |
| | | noted 01/30/04 → 7/30 |
| 01/17/04 | 1130 | Meds Renewal: |
| | | Glucophage 850 mg po TID X 3 |
| | | Allopurinol 300mg po QD / X 1 Month |
| | | Singulair 10mg po QAM |
| | | T.O. Dr. Padecs |

DOC 0413 (6/92)

CONFIDENTIAL

00847

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

**INFIRMARY PROGRESS NOTES**

NAME _Kinlelei, Star_

SSN _601 - 18 - 1356_

DOB _11-17-63_

| DATE | TIME | INFIRMARY DISCHARGE        PLAN |
|------|------|---------------------------------|
| 12/3/03 | 4:05 | 1.  Discharge from Infirmary: Medical |
|      |      | 2.  Diagnosis: s/p Jaw Fracture. |
|      |      | 3.  Diet: soft diet to advance to regular |
|      |      | 4.  Activity: As tolerated |
|      |      | 5.  Special Needs: None. |
|      |      | 6.  Medications: As per Infirmary Meds |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | 7.  Medical Discharge Summary: |
|      |      | 30 y/o ♂ whose jaw was fractured in an altercation |
|      |      | w/ other inmates sent to QMC al jaw was |
|      |      | fixated / wired closed. Pt admitted to Infirmary |
|      |      | 10/16/03 al has been stable since. He |
|      |      | was seen @ MD's office (Dr. Starberger) 12/3 |
|      |      | who removed wires allowing pt to open his |
|      |      | mouth. Pt tolerated procedure al an returned |
|      |      | to followup. Pt can be D/C fr Infirmary. |
|      |      | |
|      |      | 8.  Follow up/Appointments: |
|      | (initials) | F/u c̄ Dr. Starberger as per 12/3/03 |
|      |      | consult. |
|      |      | |
|      |      | |
|      |      | |
|      |      | |

CONFIDENTIAL

00851

| DATE | TIME | PL |
|------|------|-----|
| 1/10/07 | 1650 | - patient left taking escorted by |
|  |  | AOK in stable condition — *mossom* |

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAM: Aholelci, Star

SSN: 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

DOB: 11-17-63

| DATE | TIME | PLAN |
|------|------|------|
| 12/2/02 | 1900 | O/o- alet, ment x3, Ø symptn, med compliant |
| | | A- stable |
| | | P: contine c one ——— morrom |
| | | Dec 3, 2002    Wednesday |
| 12/3/02 | 0500 | IM slept throughout the night. Respirations regular & unlabored. Hourly checks done. C. Nika, LPN |
| 12/3/02 | 0920 | s/o: Ø complaint. Got up — leaned forehead on door, feels tired. Ⓛ wrist wrapped in ace wrap. Ø pain in jaw or Ⓛ wrist. A = Stable. P: Continue to monitor. C. Dara, RN |
| 12/3/02 | 1600 | s: "I'm okay. When I going to be discharged? The doctor did not take out the wires from my mouth." #4 |
| | | O: Pt concerned not possible discharge since in infirmary c wires in his mouth. AO x3. NAD |
| | | A: Concern not possible miscommunication re discharge. Physically stable |
| | | P: Deal consult report. |
| | 1700 | Consult report does not indicate wires were removed. Will hold pt in infirmary until consultant report & MD orders congruent. |
| | 2100 | Stable. Quiet evening ——— N. McGuck, RN |

00853

CONFIDENTIAL

| | | Dec 4, 2003 Thursday |
|---|---|---|
| ~~00000~~<br>~~343~~<br>12/4/00 | 0430 | IM slept throughout the night. Respirations regular & unlabored. Hourly checks done. Need clarification from MD about DC pt. wires are still intact. Consult made for removal of wires. Given to Theresa.                    C. N. ____ LPN |
| 12/4/03 | 1300 | S/o complaint of jaw pain & (L) wrist pain. At secretion, took meds. A+0x3. |
| | | A: Stable |
| | | P: Continue to monitor.   C. ____, RN |

00854

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAM: Aholelei, Stair

SSN: 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

DOB: 11-17-62

| DATE | TIME | PLAN |
|------|------|------|
| 1-27-03 | 2270 | S: "I feel like my heart is beating fast p I took the 'Ensure'" ___ VD |
| | | O: Pt A&O x3, BP 120/80, HR 165 SPO2 98% RA, RR 22. skin slightly pale WD & facial anxious, EKG done 108 bp neature acute applied 2 Lt2 perstick 134 cont to monitor A: Rapid HR !! |
| | | D: Continue to monitor, HR & V.S. till stable ___ VD |
| | 2755 | Addendum: HR 91, RR 14, pt appear stable skin WD ambulated to cell block & strait jait ___ VD |
| | | NOV. 28, 2003    FRIDAY |
| 11-28-03 | 0500 | IM slept throughout the night. Resp. regular & unlabored. Hourly checks done.    a.m.l. LPN |
| 11/28/03 | 1345 | S/O: Feels ok. HR fast last night when HS meds take. EKG done. A & O x 3. ↓ drsg (L) wrist done & swelling & redness. A: Stable |
| | | P: Continue to monitor c Shona pm |
| 11/28/03 | 1500 | S - S/o complaints this shift O - DSG clean dry intact. needs tid P - Will observe. ___ |
| | | 11/29/03    Sat |
| 11/29/03 | 0508 | Hourly rounds made. Regular respirations noted on all rounds.    m gallant m |
| 11/29/03 | 0710 | S/o "I'm okay" Took his medications - no complaints - |
| | pm | - Wife will visiting. Denig A (L) wrist A: Stable |
| | | R - cont. p monitor    m Brian pm |
| | | 11/30/03    Sun |
| 11/30/03 | 0500 | Hourly rounds made. Regular respirations noted on all rounds    m gallant m |
| 11/30 | 0940 | S: I'm good. That's the same dressing since I was with the doctor, he'll change next week. O: Noted sm and old dressing underneath upon te |

continue
dressing. Just put the new dressing on top.
Took this meds c problem. cooperative
a friendly c smile — — — Baker. ?

| | | |
|---|---|---|
| 11-30-03 | | — 210 — |

S/O - im okay, A/O x3, med. compliant. Ate dinner c fair
appetite. Cooperative & cheerful. Denies any further
complaints —
A. Stable
P. Continue c NCP / RN

DEC. 1, 2003    MONDAY

| 12-1-00 | 1800 | IM slept throughout the night. Resp. |
| | | regular & unlabored. Hourly ✓ done. C. N. LVN |
| 12-1-03 | 1430 | S/O: no complaint. Pt got up to take meds, exercise c wrist |
| | | A - Stable |
| | | P: Continue to monitor Dr. Pederer ordered EKG c/o |
| | | today c a Dean, RN |
| 12/1/03 | 2255 | O/A O complts, alert, ortd x 3, |
| | | EKG told is ordered, med |
| | | compliant |
| | | A - Stable |
| | | P - continue c care — — — mo Ram |

DEC. 2, 2003    TUESDAY

| 12/2/03 | 0500 | IM slept throughout the night. Respirations |
| | | regular & unlabored. Hourly checks done. |
| | | C. Nakan LPN |
| 12.02/03 | 0700 | S/O " I think Im going out today." |
| | | Took his medications c problem — Pleasant |
| | | and cooperative — No complaints |
| | | A - Stable |
| | | P ent. to monitor pt. — — Abrinp |
| | | MD O |
| 12/02/03 | 1300 | ① Ensure T cal QID x 2 weeks |
| | | V.O. R. Abbruzzese /mm |

| | | |
|---|---|---|
| | | 2119/ 12/2/03 2330 . — |

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAM: _Aholelei, Star_

SSN _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_

DOB _11-17-60_

| DATE | TIME | PLAN |
|------|------|------|
| | | NOV. 24, 2003    Monday |
| 11-24-03 | 0500 | IM slept throughout the night. Ø complaints Respirations regular & unlabored. Hourly checks done. Need to reschedule outside DR.'s appt. that were missed on Friday.    C. Nifenow |
| 11/24/03 | 8710 | S/o "No Complaints?" Both medication & problems — VSS Afebrile. Lt hand wound dressing intact (offsite) No Complaints Afebrile & VSS A: Stable P: cont. to monitor pt. [signature] |
| 11/24/03 | 1685 | S) Pt requesting CTM for post-nasal drips. Uses Nasonex at Statesville tx it works but still ⊙ post nasal drips. O) THU in NBD ; alert, oriented. A) 1) Rhinorrhea, sinus chronic. 2) Past head trauma. P) CTM 10mg — up to told prn rhinorrhea exacerbating x 4oh. 3) Continue to other current Meds / Rx. [signature] Noted, BO 11/24/03    Ver 11-25-03 (4mos) Need to check order (10mg) 11/24/03 os |
| 11/24/03 | 1815 | S: "Can I have CTM? med" Have nasal drip O: CTM administered per Dr order 18:00 PM. P& A&O No other complaints. Compliant c medication. Ate full meals. Listening to head set + smiling. A — Stable at this time P — Continue to monitor    Darlene Bruns RN |
| | | NOV. 25, 2003    TUESDAY |
| 11-25-03 | 0530 | Regular respirations noted c 1° visual √.    R. Fz RN |

| 11/25/03 | 1430 | S/O: Pt uneplient. A+O x3 |
| | | A: Stable |
| | | P: Continue to monitor. C-Doane, RN |
| 11-25-03 | 2100 | S/O: A & O x3. VSS. Listened to head phones most |
| | | of shift. Tolerated meals. Took all meds. Old dressing |
| | | to (R) wrist. No complaints. |
| | | A: Stable |
| | | P: continue c plan of care    C. Nifty? LPN |
| | | NOV. 26, 2003    Wednesday |
| 11-26-03 | 0500 | IM slept throughout the night. Resp. regular |
| | | & unlabored. Hourly checks done. C. Nifty? LPN |
| 11-26-03 | 08N | S/o " I'm Okay " |
| | | Medications given — No Complaints — |
| | | Appetite good — Resting on & off — |
| | | A: Stable |
| | | P: Cont. to monit — JBailey |
| 11/26/03 | 2220 | S: No "Complaints I'm feeling good " |
| | | O: A+O x3 VSS Tolerated meal + Ensure. |
| | | Compliant c meds. |
| | | A: Stable. |
| | | P: Continue plans of care — Bui, RN |
| | | NOV. 27, 2003    Thursday |
| 11-27-03 | 0500 | Slept all night. Resp. regular & unlabored. |
| | | Hourly checks done. C. Nifty? LPN |
| 11-27-03 | 1240 | S/O: HA Motrin 400 mg taken @ 1200 for h/a. (R) wrist |
| | | blood dried over incision covered c opsite, then gauze |
| | | tape and ace wrapped. A+O x3. Pt had visit this am |
| | | A: Stable |
| | | P: Continue to monitor. C. Doane, RN |

00858

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAM: Aholelei, Star

SSN 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

DOB 11-17-63

| DATE | TIME | PLAN |
|------|------|------|
| 4-19-03 | 2130 | S: Bilateral kidney pain. O: Motrin 800 mg PO @ 1715 gms. Pt. smiling + talking O.K. Ø complaints re: jaw or Ⓛ wrist. Sitting in dark listening to music. A: Alt. in comfort. P: Continue to monitor. C. Dray, RN |
| | | NOV. 20, 2003  THURSDAY |
| 11-20-03 | 0545 | IM slept throughout the night. Respirations regular & unlabored. Hourly checks done. Administered IM AM meds @ 0540 due to going to court. Will be going to intake @ 0600. C. Nako, LPN |
| 11-20-03 | 1420 | Pt. left call before a.m. shift started. Pt. has not returned to infirmary. C. Dray, RN |
| 11-20-03 | 1600 | S: "I'm O.kay" O: A&O x3, IN NAD. A: STABLE P: MONITOR  N. Mooda, RN |
| | 1900 | PT ATE WELL. ASKING FOR SOLID FOODS. GOING BACK TO COURT TOMORROW. Surgical site (L) wrist healing well. Open, intact. Dressing applied c ace wrap. |
| | 2200 | Sleeping  N. Mooda, RN |
| | | NOV. 21, 2003  FRIDAY |
| 11-21-03 | 0430 | IM slept throughout the night. Ø complaints. Respirations regular & unlabored. Hourly checks done. IM will be going to court today @ 0600. Will administer AM meds prior to movement. C. Nako, LPN |
| 11/21/03 | 2100 | S- No complaints. O- |

00859    CONFIDENTIAL

| | | |
|---|---|---|
| 11-21-03 | 1430 | S: Count was all right. Feels good + I ate regular food in court — apple |
| | | O: Feels ok. Ø pain in ® wrist, jaw |
| | | A: Stable |
| | | P: Pt returned @ 1315 from court. He missed his two medical follow-ups ē Dr. Allen Strasburg + Dr. Au today + needs to be rescheduled. ē Stone, RN |
| 11/21/03 | 2100 | S - No complaints |
| | | O - No reports of pain this shift. |
| | | A - Will continue _____ |

NOV. 22, 2003        Saturday

| | | |
|---|---|---|
| 11-22-03 | 0530 | IM slept throughout the night. Respirations regular + unlabored. Hourly checks done. ___ RN |
| 11-22-03 | 09N | C/O "Swelling". In good spirits — States "I want to eat solid food now. I don't want to see the Dr." Tech Ensure + his complaints offered. Took his meds. ō problems — NAD  |
| | | A: Stable |
| | | P: cont. to monitor.  |
| 11/22/03 | 1515 | S: i still "have sinus problem" |
| | | O: Up ad lib inside his cell. A/O x 3. Took prn meds ō problem, took ensure. In NAD. |
| | | A: stable |
| | | P: cont. to monitor. Klem i. Konta |

11/23/03 Dim

| | | |
|---|---|---|
| 11/23/03 | 0500 | Hourly rounds made. Regular respirations noted on all rounds — m gallant M |
| 11/23/03 | 1453 | S: "I'm dang good." |
| | | O: A/Ox3. Tastening to his aikman. Med. compliant tol. meals. ® wrist/arm ē ace wrap intact. |
| | | A: Stable. |
| | | P: cont. ē plan of care. ___ |
| 11/23/03 | 2130 | S — "I'm ok" |
| | | O — A + 0 x3. responds appropriately. No c/o pain. Dsg clean dry intact |
| | | ___ |

00860

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAME _Aholelei, Star_
SSN _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_
DOB _11-17-63_

| DATE | TIME | PLAN |
|------|------|------|
| 11/15/03 | 2100 | breath in room, resting to C/o "pain" — Baker |
| 11/16/03 | 0500 | Nov 16, 2003 — Sunday. appears asleep, noted on all hrly rnds. Made c̄ respirations even + unlabored; C/o — |
| 11.16.03 | MEG | S: ∅ complaints. O: A&Ox3. resting in bed. Tol. meals. Med. compliant and cooperative. Denies pain. A: Stable. P: cont. c̄ current tx and mont. — 88py RN |
| 11/16/03 | 2000 | S: "I'm ok" O: Ace bandage to lt hand intact, ⊕ cms, c̄ C/o. Digits noted no swelling; able to take in liquid ate well c̄ Meal served. App: Continue to Assess/Monitor; Instructed on s/s to notify RN |
| 11-17-03 | 0500 | NOV. 17, 2003 monday. Slept through out the night. Resp. ⊕. hourly checks made. — Check |
| 11-17-03 | 1230 | S: I feel better O: VS stable. Meds taken. Pt walking steadily. A&Ox3. A: stable P: Pt. has appt c̄ Dr Strasburger today. Continue to Monitor. a-Bare, RN |
| | 2-10 | S/o - I'm alright; A&Ox3; med. compliant; cheerful & cooperative. Ate meal & tolerated well, no further complaints made — A- Stable P- Continue c̄ OTP / ☐ RN |
| 11-19-03 | 0500 | NOV. 19, 2003 wednesday. Im slept throughout the night. Resp. regular & unlabored. Hourly checks done. ___ LPN |

DOC 0483 (06/92) (GREEN)

00861  CONFIDENTIAL

| | | |
|---|---|---|
| | | Nov. 18, 2003  TUESDAY |
| 11-18-03 | 0830 | Regular respirations noted ↑ 1° visual ✓ —— R. Fy RN |
| 11-18-03 | 1330 | S: Depressed |
| | | O: Pt didn't take his seroquel last night - used for sleep. ⓇR wrist has spots, dried blood, flat & dsn ⓇR pain. Pt requested to talk to Dr. Patel. |
| | | A: Depressed |
| | | P: Dr. Patel informed. Continue to monitor c̄ ☆ng, Rn |

| | | |
|---|---|---|
| 11.18.03 | | Psych: |
| | 1420 | Pt seen per RN request. Reports high levels of anxiety & not sleeping well or at all at night. Conts. to focus on his having been assaulted by gang members on his module or resultant fear. Ex. Says he is in the infirmary still "recovering". |
| | | A: Mood stressed → 2° Insomnea. |
| | | P: D/C Previous Seroquel orders. |
| | | Begin Seroquel 300 mgm PO Q HS ⓧ 30 days. |
| | | Vat U. Patel, MD |
| | 11/18/03 1422 | |
| | | 24° ✓ 11/18/03 2300 c̄ |

| | | |
|---|---|---|
| 11/18/03 | 1922 | S/O - ☮ complaints, alert, oriented x 3, pleasant, ō good appetite, nil complaint |
| | | A: Stable |
| | | P: continue to monit / assm —— moron |
| | | Nov. 19, 2003  WEDNESDAY |
| 11-19-03 | 0500 | IM slept throughout the night. Resp. regular & unlabored. Hourly checks done. c̄ no ... |
| 11-19-03 | 1330 | S: ☮ complaint |
| | | O: Pt requested motrin 800mg for hdg. Jaw ☮ swelling ☮ pain. Pt rested in a.m. + went to intake for police interview ā lunch. |
| | | A: Stable |
| | | P: Continue to monitor. c̄ ☆ng, RN |

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAME: Aholelei, Star

SSN: 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

DOB: 11-17-63

| DATE | TIME | PLAN |
|------|------|------|
| 11-13-03 | 1020 | MDO: ✓ ®️ wrist r/o Foreign object, if time permits. by Dr. Lee Au. |
| 11/13/03 | 1700 | noted / V.O. Dr. Paderes, c. RN |
| | | @ TCT Kim at Dr. Au's office. She will relay message to Dr. Au who is in a procedure. Dr. Au has already scheduled �El wrist surgery for f.o. removal + may not be able to ✓ ®️ wrist prior to surgery. RN in infirmary to ✓ c̄ Dr. Paderes. c-Ibara, RN |
| | 1030 | MDO: Go ahead and do surgery on El wrist. V.O. Dr. Paderes/ c. RN |
| 11/13/03 | 1220 | TCT Kim at Dr. Au's office. Dr. Paderes's message relayed to remove f.o. in El wrist. c-Ibara, RN |
| | 1220 | S/O: 1M left p̄ showering ∅ meds, ∅ VS done + NPO since 2400. |
| | | A: NPO - |
| | | P: Surgery on El wrist to remove foreign object by surgeon - Dr. Lee Au. ®️ wrist to be checked later by MD at HCF. Pt. left inf @ 0952. c-Ibara, RN |
| | 1400 | Addendum. Pt. returned from Surgicare c̄ El arm in dressing + ace wrapped. VS done, + stable. Keep El arm elevated. Dr. Consult's recommendation + findings returned c̄ pt. Foreign object sent to lab per pt's knowledge. c-Ibara |
| 11-13-03 | 1600 | S/O: Temp 97.3 Ace wrap on Lt wrist D/I. Moves fingers well. good appetite. |
| | | A: Post op status. |
| | | P: Monitor PRN. C Sullivan LPN |
| 11-13-03 | 2000 | S/O: HS meds taken well. C/o pain operated Lt wrist. |
| | | A: alt in comfort. |
| | | P: Motrin 600mg (advil) given for pain. C Sullivan LP |

DOC 0483 (06/92) (GREEN)

00863 CONFIDENTIAL

NOV. 14, 2003    FRIDAY

| | | |
|---|---|---|
| 11-14-03 | 0500 | IM slept throughout the night. Ø complaints. Resp. regular & unlabored. consult for F/u in 1 week made. VSS. Hourly checks done. ―― C. Nuke―― LPN ―― |
| 11-14-03 | 1430 | S: Ø complaint<br>O: Pt requested motrin 600mg for ℗ arm pain - dull (O-10) Pt feels ok A A+Ox3.<br>A: Stable<br>P: Continue to monitor. C. Ibara, RN |
| 11.14.03 | 1500 | PT NURSE, TAKING EVERTHING & MEDS WELL<br>S: "I'm dizzy"<br>O: A:Ox3. IN NAD.<br>    ℗ jaw still larger than ℝ jaw but swelling remarkably ↓.<br>    Ace wrap on ℗ arm. Fingers ℗ hand warm pulses ⊕.<br>A: Stable<br>P: Monitor ――――― N. McCarden, RN |
| | 2000 | ℗ wrist dressing removed. Opsite on wound, sm amt fresh blood under Op-cit. No noted swelling. Fresh dressing & kerlix placed over Op-cit. PT c̄ no complaints ――― N. McCarden, RN |

NOV. 15, 2003    SATURDAY

| | | |
|---|---|---|
| 11-15-03 | 0500 | IM slept throughout the night ō complaints. Respirations regular. & unlabored. Hourly checks done. wrap still intact to ℗ hand. ―― C. Nuke ―― LPN |
| 11-15-03 | 0800 | S: Where my CM? M̃<br>O: Where my CM. I take it for my pains. VSS - afebrile 98.6 - ℗ FA dsng CDI able to open & close mouth c̄ c/o pain. Took meds. Friendly & cooperative. Ate. wrap to ℗ FA, able to wiggle finger. Pulse ⊕ CMS ⊕ ―― Balan |
| | 1645 | in hallway talking on phone. NO changes continue to be doing good. friendly & cooperative. expresses self well. Dsng intact CD ― Balan |

00864

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAM: AHOLELEI. Star.

SSN 601 - 18 - 1356

DOB 11 - 17 - 63

| DATE | TIME | PLAN |
|------|------|------|
| | | _Sunday, November 9, 2003_ |
| 11/9/03 | 0430 | Received IM resting quietly in bed in assigned cell. Appears to be sleeping w/ NAD c̄ Resp. noted. RRR at ø P. visual checks throughout the noc. Rpen. |
| 11/9/03 | 1000 | S: "alright" |
| | | O: in cheery disposition; took am meds + ensure c̄ problem; VSS; skin intact + able to swallow |
| | | A: Stable |
| | | P: cont. to Monitor/assess; instructed on s/s to notify RN. |
| | | 2-10 |
| | | S/O - A/O x 3; med. compliant & cooperative ate meals c̄ fair appetite. Ensure taken & tolerated well - cooperative & cheerful |
| | | A: Stable |
| | | P: Continue c̄ NTP |
| | | _Monday Nov 11 2003_ |
| 11/10/03 | 0520 | Asleep all shift. Resp. even and unlabored. color checked q.h. Wrist letters in nurses station & Carroll... |
| 11/10/03 | 1430 | S: ø complaint |
| | | O: Resting in bed. Pt noted he has surgery tomorrow. ↓ swelling in (L) arm. |
| | | A: Stable |
| | | P: continue to monitor. C. Evans, RN |
| 11-10-03 | 2000 | S/O: up in Room. ate well. c/o slight SOB. chest ctr Bilaterally. O2 sat 96% ø cough. |
| | | A: all in Comfort |
| | | P: Monitor for SOB, wheeze. C. Sullivan LPN |
| | | _NOV. 11, 2003 Tuesday_ |
| 11/11/03 | 0430 | Pt. slept throughout the night. Respirations regular & unlabored. ø complaints. Hourly checks done. A. Mike... LPN |

00865 CONFIDENTIAL

| 11/11/03 | 1430 | S: ® wrist foreign object - possible + ® kidney pain from kidney stone. |
| | | O: Pt requested recheck c̄ Dr. Kuchen pager at Castle M.C. for his kidney pain. Motrin 800 mg given for pain. Pt. smiled & happy to be alive. Resting in bed listening to music. |
| | | A: A & in comfort |
| | | P: TCT Dr. A. MD to eval ® wrist tomorrow. ✓ Theresa on capt for outside MD tomorrow. Continue to monitor. c̄ - Diaz, RN |
| 11/11/03 | 1800 | S: "Sometimes I have hard time breathing. I have bronchitis. They took X-ray of my chest." |
| | | O: Inmate c/o SOB - inmate c̄ unlabered respiration RR 16-18 on assessment. Lungs CTA. Occasional dry cough. Ate meals 100%. Up ad lib in the infirmary |
| | | A: Alteration in comfort. |
| | | P: Continue c̄ current plan of care. Medications administered as ordered. — Rhen I. Marta, RN |
| | | NOV. 12, 2003   WEDNESDAY |
| 11/12/03 | 0330 | IM slept throughout the night. Respirations regular & unlabored. Hourly checks done. C. Kerka LPN |
| 11/12/03 | 1815 | S: "Will the doctor see me today?" |
| | | O: Informed inmate that MD will not be able to see him today. Informed him that he will have nothing by mouth p̄ midnight tonight due to procedure on the Ⓛ wrist tomorrow. Verbalized understanding. A&O x 3. Up ad lib inside his cell. |
| | | A: Stable. |
| | | P: Cont. c̄ current plan of care. — Rhen I. Marta RN |
| | | NOV. 13, 2003   THURSDAY |
| 11-13-03 | 0500 | IM slept throughout the night. No complaints. Was instructed to be NPO p̄ midnight. IM has not ate or drank anything on my shift. VSS. Respirations regular & unlabored. Hourly checks done. C. Kerka LPN |

00866

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAM: AHOLELEI. Stan
SSN: 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
DOB: 11-17-63

| DATE | TIME | PLAN |
|------|------|------|
| 11.4.03 | 1845 | S: Ø complaints |
|  |  | O: Lying in bed listening to walkman. TV. lig. diet, ate 100% of meal. Denies any jaw pain. Med compliant |
|  |  | A: Stable |
|  |  | P: Cont c̄ to q monitor — K Ramsay, RN |
|  |  | NOV. 5. 2003  Wed |
| 11-5-03 | 0500 | asleep through the night respirations noted q1 c̄ all rounds  7/0 |
| 11-5-03 | 0945 | S: Feels better |
|  |  | O: Pt in Rec — smiling, meds taken. Flunisolide nasal — SA today. Ø problems Ø pain noted. |
|  |  | A: Stable |
|  |  | P: Continue to monitor. Consult to Dr. Rasburger print Thresa — C. Stan, RN |
| 11/5/03 | 1600 | S/O: pt. A&O x3. VSS. Tolerated 100% of liquid diet. Took PM meds. requested for tylenol. Given it tabs 325mg. % HA. T: 98.6. sitting in bed listening to walkman. Ø complaints. |
|  |  | A: Stable |
|  |  | P: continue c̄ plan of care.  C. H. C. , LPN |
|  |  | THURS. NOV. 6  2003 |
| 11/6/03 | 0530 | Asleep all shift. Resp. even and unlabored when checked q hr. nurse center available. X C. Anderson |
| 11/6/03 | 1330 | S: R wrist pain + swollen + spots in eyes 10-15min c̄ h/a |
|  |  | O: Pt. told RN he felt a hard object in R wrist vein today. palpitated object, may be a foreign object. Motrin 800mg print to pt. @ 1315 for h/a — generalized. Pt. went to med rec in a.m. Ø jaw pain Ø R pain today. |
|  |  | A: Alt in comfort |
|  |  | P: Continue to monitor. MD eval requested by pt. C. Stan, |

00867 CONFIDENTIAL

| | | |
|---|---|---|
| 11-6-03 | 1730 | S/O: Afebrile. Walking in cell ate well. Verbalizes concern about had, firm area 3 mm anterior aspect of Rt hand, state from Last IV 2 wks ago. palpated area - feels hard & tender & pt. ⊖ S/S of inflammation. offers No other complaints. A: Alt in comfort P: Monitor PRN. C. Sullivan LPN |
| 11-6-03 | 2000 | +98² Hs meds taken well, offers N/C C. Sullivan LPN |
| | | 11-7-03 Friday |
| 11-7-03 | 0430 | ⊕ Resp on hourly Rounds. C. Sullivan LPN |
| 11-7-03 | 130 | Ulceration on cheek due to wires in mouth Ortho wax given to cover. M |
| 11-7-03 | 1345 | S: Wire on Ⓡ upper jaw poking out. Can I see DDS? O: Pt was seen by DDS in clinic this pm. He has ortho wax to cover area - SA. Pt to remains on liquid diet. Ⓛ Jaw / cheek ⊘ swollen ⊘ pain. A: Alt in comfort P: Continue to monitor. C. Dave, RN |
| 11-7-03 | 1400 | Pt. A&O X3 in NAD |
| | 1800 | S: "I'm doing good. My face is better." O: WDWN ♂ in NAD. A: Stable P: Monitor |
| | 2000 | No Δ in status stable & monitor ———— N. McCarcta, LPN |
| | | NOV. 8, 2003   Saturday |
| 11/8/03 | 0515 | pt. slept throughout the night Respirations regular & unlabored. Hourly checks done. C. Nffka LPN |
| 11-08-03 | 0930 | S/O: IM up in cell this am V.S. stable voiced ∅ o/o at this time, took all am meds. A/P: stable cont to monitor ———— S. Pataps RN |
| 11-8-03 | 2020 | S/O: No complaints. Pt A&O X3, Tolerated meals & NV. Med compliant & any complications. Pt states he feels better. A/P: Stable. Cont to monitor ——— a. Melta, LPN |

D00868

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAM AHOLELEI. Stay

SSN 601 - 18 - 1356

DOB 11 - 17 - 63

| DATE | TIME | PLAN |
|---|---|---|
| 10/31/03 | 2200 | Received awake and alert saying. "I'm OK thanks" No c/o @ either writing ———— m gallant |
| | 2300 | Lying in bed, eyes closed. Regular, unlabored, respirations noted @ this time m gallant |
| | | 11/1/03 sat |
| 11/1/03 | 0500 | Hourly rounds made. Regular respirations noted on all rounds ō occasional position As m gallant m |
| 11/1/03 | 1330 | S: "My jaw is kind of sore, can I get pain meds" O: IM A&Ox3. VSS. Tolerated liquid diet 100%. Took all of AM meds plus ii tabs 325mg tylenol due to pain. ō cough noted. Stayed in bed reading most of shift while listening to music. @ 1315 IM c/o lightheadedness ē some nausea. T-98⁴. admin. ii tab 325mg tylenol. Informed IM to notify us if symptoms don't subside. ———— A: alteration in comfort. P: continue to monitor. C NaKam LPN |
| 11/1/03 | 1600 | S/O in bed ē no waldman smiles when spoke too. Taken his PM ensure offered. Tylenol if he need. IM very appreciative. Taken 2 Tab of Tylenol. Food intake good. No S/O any discomfort A stable P will continue to monitor H____ |
| | 1700 | C/o having diarrhea. Pepto bismol 30cc given explained to IM that sometime ensure is not tolerated for and causing LBM. Verbalize ensure help stop his diarrhea. Will monitor H____ |

• 00869   CONFIDENTIAL

| | | |
|---|---|---|
| 11/8/03 | 2200 | Received awake, a+o x 3, an in NAD. Waved to this writer, denies any c/o @ this writing ———— M gallant rn |
| | | 11/2/03 Sun |
| 11/2/03 | 0500 | Hourly rounds made. Regular respirations noted on all rounds ———— M gallant rn |
| 11/2/03 | 0630 | A/o, Am meds given. Denies c/o @ this time, had phone call this Am, pleasant, cont to monitor ———— N Ujpeal |
| 11-2-03 | 300 | S/o: Pt in o cell, Ate well, offers N/C ———— A/o x 3 |
| | | A: Stable |
| | | P/c: monitor PRN, Sullivan rn |
| | | 11-3-2003 Monday |
| 11-3-03 | 0800 | as leep through the night respirations not during q1°V all rounds ———— YK |
| 11-3-03 | 1100 | S: Feels better, mild rec. O: Pt has med recreation now. VS done, meds taken Ø pain sees ↓ swelling (L) arm. (L) cheek + (R) cheek observed, ↓ swelling Ø bleeding Ø bruising. meds taken. VS done. Resting on bed + listening to music c ear phone A: Stable P: Continue to monitor. C-Obara, RN |
| 11-3-03 | 1050 | S: c/o HA, requesting for pain med. O: Pt alert, pleasant/cooperative. Ate 100% of meal. Amb. c steady gait in cell. Motrin 400 mg po given. Denies any jaw pain. A: Alt. in comfort P: cont. to monitor q cont. po c morter c current tx ———— Katniger, RN |
| | | TUESDAY  11-04-03 |
| 11-04-03 | 0400 | Received inmate already asleep. Slept through the noc, ⊕ noted c/o pain. Respirations regular, unlabored during visual checks. ———— Kheng I. Houta, RN |
| 11-4-03 | 1145 | S: H/A on (L) side of head only, yesterday afternoon light sparks in eyes (blind spot), h/a (L) x 5 min c + past HR x 10 min together. O: Pt c/o HA today was not like HA today - mild today, Motrin 400 mg po given. Feels better Ø jaw pain on ⊕ (L) arm pain. Pt requested solid foods, Ø coughs A: Stable P: √ Theresa on Dr. Strasburger's appt. Continue to monitor. |

00870

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAME: AHOLELEI- Stan.
SSN: 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
DOB: 11-17-63

| DATE | TIME | PLAN |
|------|------|------|
| 10-29-03 | 1330 | S: "When am I going out to have this thing removed?" O: Pt given new meds: Keflex 500m po tid & Robitussin DM 10cc pra cough @ 1325. His (L) arm continues to be painful 6 (0-10) c foreign object in wrist & forearm has tenderness for "vein." Ø redness at site. Palpitated "vein" (R). Jaw pain 2 (0-10) Meds taken & VS done. T 99.4 A refused bladding today A: Alt in comfort & bronchitis P: Theresa notified that pt. was not seen by surgeon yet. Pt. continue to monitor. c Spara, RN Addendum: Appt c Dr. Lee Au made c his RN per Kaneohe office 1330 tomorrow. Left note for Theresa Special transport as separate inmate needed. c pa |
| 10-29-03 | 1900 | S/O: Sitting in bed listening to tape c ear phones on. Offers N/C. Pleasant, takes his meds c difficulty. T 98.9 good appetite. A: Stable P: Cont c current plan of care. C Sullivan LPN Oct 30. 2003 Thurs. |
| 10-30-03 | 0800 | asleep through the night, respirations noted q ½ c all noble rounds ___ RN |
| 10-30-03 | 1345 | S: Please check when am I going out to get this thing removed? O: Pt. was told he's going out to MD. He requested Ensure be continued for 1 month because he lost it & can't drink milk because of milk intolerance. T 99.8 P 129 R 20 BP 100/50 O₂ 96% Tylenol 650mg gtn prn. Meds taken. Pt. resting in cell. Jaw pain same arm pain same as yesterday. A: Stable P: MD renewal requested for Ensure. Continue to monitor. c Spara pr |

DOC 0483 (06/92) (GREEN)

00871 CONFIDENTIAL

| | | |
|---|---|---|
| 10-30-03 | 1430 | MDO: ( |
| | | Ensure + can PO c̄ every meal x / month. |
| | | VO Padeken, MD / cr |
| | | Noted 10/30/03 AM |
| 10/30/03 | 2150 | S: Complains of pain in upper jaw area. Pointed to a small lump on his (R) wrist area. Said the doctor would remove it soon. |
| | | O: A×O ×3 Requested Tylenol for his hand pain & jaw pain. Compliant c̄ meds, ate meals. Appropriate response c̄ questions & answers. Gave Tylenol & expressed some relief. |
| | | A: Alteration in comfort. Small lump in left wrist |
| | | P: Continue to monitor — Baylor Bun RN |

| | | |
|---|---|---|
| | | Oct · 31 - 2003 FRiday |
| 10-31-03 | 0800 | asleep through the night respirations noted during 1° v̄ all rounds. JK |
| 10-31-03 | 1015 | S: upper gum pain, irritated where wire is in front & (R) arm pain. Dr. is going to remove object from (R) wrist & is going to arrange it c̄ this place. |
| | | O: Pt's frenum on upper gum to lip is red & sl. swollen from wire behind it. Pain 6 (0-10) EOT: 00 & reduced to 2 @ 1015 after pain med given earlier. (L) arm pain 1 (0-10) (R) arm palpitated, & ∅ hardness @ 2-3½" from wrist, foreign object @ ½", 1" (R), & vein/lump @ 8" (R). T 99° @ 0910 Tylenol 650mg PO @ 0715 for fever. Pt. feels better now. med taken. ∅ cough. |
| | | A: stable |
| | | P: Continue to monitor. C-Ibara, RN |
| 10-31-03 | 2110 | S: I need my aerosol to sleep. I feel hot. |
| | | O: #5 meds given to pt. T 99°F @ 1915. Tylenol 650mg given for fever. Pt. ready to go to bed & listening to music in headphones. |
| | | A: ↑ temp - fever |
| | | P: Continue to monitor. C-Ibara, RN |

00872

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAM: Aholelei, Star

SSN 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

DOB 11-17-63

| DATE | TIME | PLAN |
|------|------|------|
| | | 2-10 |
| | | S/O- A10 x 31, med. compliant; up & absent inside room. Ate meal c̄ fair appetite. Concerned abt. possible foreign body on arm — VSS — |
| | | A- Stable |
| | | P- Continue c̄ NCP / O bar |
| | | OCT. 27. 2003   MON. |
| 10-27-03 | 0800 | asleep through the night respirations noted durin all round q1 ✓ ———— 7/ Bragg |
| 10-27-03 | 1570 | S: pain in ( ) arm - 5°, pain in ( ) arm 7°. Pt requested pain med. |
| | | O: V/S done T/100°. Meds given. Pt. wants to have foreign object removed asap. Pt wants to see MD. ( ) swelling in ( ) arm ( ) redness. |
| | | A: Alt in comfort + alt in skin integrity |
| | | P: MD well requested. Nurse has made appt for pt to see surgeon tomorrow. —c̄ Haia, RN |
| 10/27/03 | | S: "I'm doing ok" |
| | | O: Appears comfortable ( ) complaint of pain. appetite good 100% |
| | | A: Stable |
| | | P: cont ō care plan ———— V Ajax RN |
| | | OCTOBER 28, 2003 |
| 10/28/03 | 0500 | IM slept throughout the shift. ō complaints. Respiration regular & unlabored. Will be going out Tuesday for surgical removal of metallic obj. in ( ) arm/wrist. Hourly checks done. ———— CN LPN |
| 10/28/03 | | ✓ CBC  ✓ CMP  ✓ UA |
| noted 10/28/03 1130a | | C x ray PA/lateral R/O  pulm q ✓ |

00873 CONFIDENTIAL

| | | |
|---|---|---|
| 10/28/03 | 1150 | S: I don't feel well. I was told by major that my appt. was cancelled. |
| | | O: Pt Returned to ucc. after leaving for surgery. He reported above to RN. RN checked & RN supervisor to support his T 100°F for past 6 days. Dr. A wrote out orders + pt. was taken to St Francis West - ER c̄ x-ray + lab forms included c̄ (L) arm x-ray. Meds given & VS done as am. Pain in jaw 4 (0-10) + (L) arm 6½ 0-10). no change in (L) arm |
| | | A: Alt in comfort |
| | | P: Pt. was sent to SF West ER for surgery to remove foreign object in (L) arm, c̄ x-ray + lab, c̄ x-ray |
| 10/28/03 | 2220 | S: c/o of pain (L) wrist + jaw. Congestion in chest. |
| | | O: Lungs clear. Returned from x-ray presumed impression Bronchitis. Temp 99.6 at 16:30. Gave Tylenol 650mg. Gave Robitussin for congestion. |
| | | A: Response good. Expressed relief from Tylenol. Compliant c̄ medication. |
| | | P: Continue to monitor. Will have MD review consult + AM orders. ⎯⎯⎯ Barbara Dum RN |
| | | OCT 29. 2003 Wed |
| 10-29-03 | 0500 | asleep through the night respirations noted during all rounds q1° ⎯⎯⎯ JW |
| 10/29/3 | 12 pm | Keflex 500mg ⅰ po ÷⁄ d x 7 days |
| | | Robitussin DM 10cc p o q 4 prn cough x 2weeks. |
| noted 10/28/03 1330 ✓r | | (orders per dr lewis) |
| | | 24 JW 10·30·07 01°° |

00874

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAM __AHOLELEI, Stay__

SSN __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__

DOB __11-17-63__

| DATE | TIME | PLAN |
|------|------|------|
| 10/25/03 | 11am | low grade temp. w/ cold or (LT) forearm. |
| | | Exam - noula Ø exudmy - Ø erythma - crepitus - LT arm w/ venw thrombosis - + pulsable - Firm movable - Foreyn Body - |
| | | ① Venw thrombosis → will resolved comforted patient, discused phy/etology of lesion. |
| 10/25/03 24⁰⁰ 23⁰⁰ | | ② Foreyn Body in arm. will need surgical eval - discused w/ Padum - |
| 10.25.03 | 13 00 | S: " I DON'T FEEL THAT GOOD. LIKE A FLU/COLD" " IS MY ARM O.K. I'M NOT GOING TO DIE AM I?" "CAN IT FLOAT TO MY HEART?" O: PT ANXIOUS ABT FOREIGN BODY IN (L) ARM AND CONCERNED ABOUT MOVEMENT OF OBJECT IN BLOODSTREAM → HEART. EXPRESSED CONCERN ABOUT DYING X3 PT A: O X3, B/p 102/85, HR or =104, RR= 16, TEMP = 100.2 N. M'Cown |

00875 CONFIDENTIAL