| | | |
|---|---|---|
| 25.03 | 10.25 | |
| | 1300 | SKIN W/D Ø edema |
| | | (L) SIDE OF JAW/FACE STILL SWOLLEN. PT ABLE TO |
| | | OPEN HIS MOUTH APPROX 1½" - 2" Ø PAIN. |
| | | H.R. regular Ø noted nubs or murmurs |
| | | LUNGS CLEAR   O₂ SAT c 96% |
| | | R&D SOFT c (+) BS |
| | | (L) ARM c NOTED/palpable NODULES along vein, |
| | | INNER ASPECT.  N. M⁰Coola, RN |
| | 1400 | PT ATE noodle PORTION OF LIQUID DIET, asking |
| | | FOR REGULAR DIET. |
| | | c/o JAW PAIN |
| | 1500 | Liquid VIODAN c TYLENOL 10cc given |
| | | Tylenol 325 mg II P.O. given |
| | | Na HCO₃ rinse mouthwash given — N. M⁰Cook, RN |
| | 2000 | Temp 99.9.  Pt still c/o not |
| | | feeling well. |
| | 2100 | Tylenol 325 mg po given/left c door |
| | | N. M⁰Cook, RN |
| 1/25/03 | 2200 | Received A+O X3. Denies any c/o @ |
| | | this time.  M Gallant RN |
| 1/25/03 | 2300 | Eyes closed, lying in bed, regular un- |
| | | labored respirations noted  M Gallant RN |
| | | 10/26/03 Sun |
| 10/26/03 | 0500 | Hourly rounds made. Regular unlabored |
| | | respirations noted on all rounds with |
| | | frequent position Δ's  M Gallant RN |
| 10-26-03 | 1020 | S:"Can I have tylenol for my fever?" |
| | | O: pt A+0 X3.  VS: 99+(0)- 102-20 102/60. pt wanting |
| | | tylenol for fever, explained to pt that |
| | | his temp is fine but very insistent |
| | | insistant on getting tylenol. pt received tylenol |
| | | II 325 mg po for c/o not feeling good. pt did |
| | | not c/o (L) wrist at all this AM. skin cool to |
| | | touch. |
| | | A: Altered comfort |
| | | P: con't to monitor  a. melos RN |

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAME: AHOLELEI STAR

SSN 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

DOB 11-17-63

| DATE | TIME | PLAN |
|------|------|------|
| | | OCT 24 2003 FRI |
| 10-24-03 | 0500 | asleep through the night. respirations noted q i v on rounds |
| 10/24/03 | | Reviewed x-ray reports. Will refer pt to General Surgeon. Consult done. |
| 10/24/03 | 1150 | MDO = / Do Hgb A1c   V/o Pedero, MD/ev RN |
| 10/24/03 | 1600 | 10/24/03 1150 hr |
| 10/24/03 | 1200 | S: pt denies inserting into foreign body into his arm. Pain in jaw + (L) arm. O: (L) arm x-ray results foreign body 5x1 mm in (L) wrist + soft tissue calcification medial epicondyle per Dr. Gordon Ng. Pt continues to have pain in area + forearm T 100°@0930. Ø redness Ø swelling (L) arm. VS done meds taken. Pt's jaw pain is much less 4 (0-10). Drinking fluids + taking meds ē crushing. Tylenol 650mg PO @ 0810. A: (L) arm Alt in comfort. Pt. continue to monitor  c. Ibara RN |
| | 1430 | Addendum: Theresa is scheduling general surgeon appt today to remove foreign body in (L) arm. ct RN |
| 10/24/03 | 2030 | S: "I'm scared about my arm." O: pt A&O x3. T98° @ 1500 99.2 @ 2000. administered tylenol 650mg @ 2000. hydrocodone/acet. admin. 10cc @ 1520 & 2000. Tolerated liq. diet 100%. Listened to walkman & read books during shift. It has been confirmed that pt. has a metal object in (L) arm near wrist. Pt. will be going out for general surgery. Day not known. 0% diarrhea, N/V, or fatigue. A: stable P: continue ē plan of care. Follow up surgery. c. Neli RN |

| 10/25/03 | 2200 | Received A+O x 3. Lying in bed said: "OK" when this writer called to him. M gallen RN |
| | 2300 | Eyes-closed lying in bed regular respirations noted @ this time. M gallen RN |
| | 2400 | Eyes at closed, lying in bed position △ noted. Regular unlabored respirations seen @ this time ———— M gallen RN |
| | | 10/25/03  Sat |
| 10/25/03 | 0500 | Hourly rounds continued throughout shift. Regular, unlabored, respirations noted on all rounds. At 0430 pt refused VS check saying: "No need I feel allright" Mgallen RN |
| 10-25-03 | 0815 | S: "I don't feel good." |
| | | O: A/O x4. ↑temp. 100.2, oral. Tol. Meals. Denies pain (L) arm. Vein is _____ And easily palpated. Skin warm and dry. pulses +2 and easily palpable. CR? < 3 seconds. Tylenol 325mg # po given along c routinely ordered medications |
| | | A: alteration in comfort. |
| | | P: Will flu temp in 1°. Will cont c current tx and mgmt ———— S.___ RN |
| 10-25-03 | 0915 | S:"Can I have something for diarrhea?." |
| | | O: Temp 99.2, oral. ↓ diarrhea. States sclerotic vein is hurting in (L) arm. Pink Bismuth 30cc given po and Hydrocodone/acetaminophen 10cc po given. |
| | | A: alteration in comfort |
| | | P: Cont. c current tx and mgmt. ———— S.___ RN |
| 10-25-03 | 1000 | S: 0 complaints |
| | | O: Dr. Bobinmese in this morning. xrays evaluated by Dr. Abonmese and assessed inmate. MD explained to inmate current condition and tx plan ———— |
| | | A: alteration in comfort |
| | | P: Cont. c current tx and mgmt. ———— S.___ RN |

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAME: AHOLELEI. Star.

SSN: 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

DOB: 11-17.63

| DATE | TIME | PLAN |
|------|------|------|
| 10/21/03 | 1130 | S: Fever & dizzy |
| | | O: Lying down: P 101  BP 106/76  T 100° O₂ 98% |
| | | Sitting: P 113  BP 116/80  O₂ 98% |
| | | Pt requested Tylenol for fever. |
| | | A: Possible viral infection |
| | | P: Tylenol 650 mg po given & Ensure x1 & Reflux. Advised pt to use wet cloth on forehead & drink lots of water. Continue to monitor & fl/u c̄ Dr. Pade. |
| | 1355 | Addendum: |
| | | @ pts VS - T99 P 113 R 20 BP 98/58 O₂ 97% |
| | | Pt feels better now. |
| | | A: Stable |
| | | P: Continue to monitor. — c̄ Iban, ed |
| 10/22/03 | 2030 | S: I have a HA. My jaw is slightly sore. My ® arm sore. |
| | | O: pt A&O x3. T: 99.4 @ 1600. gave 650 mg tylenol. T: 99.4 @ 1800. ⊘ HA. Full ROM to neck & upper body. ⊘ stiffness. Tolerated clear liquid diet. T: 99.2 @ 2000. Administered 650 mg tylenol. Request pain medication. Give 10cc nyaid/acet. Skin warm to touch. ⊘ flushing or diaphoresis noted. ⊘ pain to ® forearm x1 week. vein from puncture site of old IV @ wrist to the elbow is firm c̄ lumps noted along the vein. ⊘ Redness or swelling noted. Notified charge nurse. decided to refer to MD in the morning. Pt. stated a concern about something being stuck in his vein. Informed pt. that MD will see him. |
| | | A: alteration in comfort |
| | | P: continue to monitor Temp. Refer to MD. C. Nefu LPN |
| | 2035 | Addendum: |
| | | ⊘ diarrhea. Administered 30 cc peptobismo. Encourage pt. to ↑ fluid intake. — C. Nefu LPN |
| | | OCT 23 2003 Thur |
| 10-23-03 | 0500 | asleep through the night. respirations noted during make p.o. rounds — g.A.K |

DOC 0483 (06/92) (GREEN)

00879 CONFIDENTIAL

| 10-23-03 | 1040 | MDO: |
| | noted | Cipro 500mg PO BID x 5 days |
| | 10/23/03 | D/C Keflex 500mg PO qid x 4 days |
| | 1050 | VO Paderes, MD/eiRN |
| | ei | |
| 10-23-03 | 1140 | S: ① arm hurts, 9 (0-10 pain scale), diarrhea - brown liquid |
| | | x 30 yesterday + x10 today, getting less liquid today. |
| | | burning down middle - bone. 1 kidney stone passed |
| | | O: ① arm anterior elbow to wrist has lumps + firmness |

Hardness firm 2 at 1/2", 1" served long
2 - 3 1/2" (firm)
8" - lump

Ø redness Ø swelling noted on ① arm. Outline of raised line see
Palpitated length of ① arm ① pain discrete.
beginning of catheter to wrist. sst.
T 100° P 149 R 20 BP 118/72 O₂ Sat 92% done 0730
T 99° done 1130. Cipro given @ 1055 ̄c Ensure. D/C Keflex
̄c O pains in ① arm. David also palpitated pts arm
Tylenol 650mg taken @ 0810, Pepto bismol @ 0945 today
A: Alt. in comfort r/t ① arms pain + fever
P: MD eval to be requested. Continue to monitor.
                                            c-bars pa

| 10-23-03 | 1235 | MDO: consult to radiology to tc. |
| | | Do x-ray ① arm to rule out foreign body |
| | notch | VO Paderes, MD / ei |
| | 10/23/03 | |
| | 1245 ei | |
| 10/23/03 | 1500 | S/P verbalize consent about hardened blood vessel |
| | | on Lt forearm. Non tender o signs |
| | | of inflammation. Reassured he will be sent |
| | | out for x-ray. Pt verbalize understanding |
| | | Pt still having low grade fever |
| | | T 99.6 . No verbal c/o discomfort |
| | | A Need close monitoring |
| | | P. Tylenol gr x given per request. |
| | | 2 encourage to drink a lot of fluids |
| | | 3 Will continue to monitor |
| | | Posma pn |
| | 1800 | Went for x-ray of Lt arm |
| | 1915 | Return to the unit    Hauck    00880 |

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAM AHOLELEI. Sday

SSN 601 - 18 - 1356

DOB 11 - 17 - 63

| DATE | TIME | PLAN |
|------|------|------|
| 10-19-03 | 1220 | S: I didn't get my medication last night to help me sleep. I've been up all night. |
| | | O: Pt A+O X3. Able to move mouth and verbally talk ō resistance d/t jaw fx and tx, all intact. Tolerated meals ē any N/V noted. Pt afebrile and received MS roxithin 1 mg. in L gluteus as a buttocks. Pt did not recieve a dose last night d/t unknown. Pt has appropriate behavior noted. |
| | | A: Stable |
| | | P: cont to monitor ———— a. Milta, RN |
| | 2-10 | |
| | | S/P: A+O X3, med. compliant, cheerful ē cooperative - able to talk freely but ō slight resistance. ate meals ē tolerated well |
| | | A - Stable |
| | | P - Continue ō NRP / Λ |
| | | OCT 20 2003 MON |
| 10-20-03 | 0500 | asleep through the night. respirations noted during g've make rounds ✓ MK |
| 10-20-03 | 1345 | S: ∅ complaint |
| | | O: Feels OK. meds taken. Pt swallowed Keflex capsule whole other tabs crushed + water added. Ambulating ō difficulty + talking ō difficulty - ∅ probs ✓ |
| | | A: Stable |
| | | P: Continues to monitor. Meds from module in infirmary Glipizide, Flunisolide .025° nasal + Chlorphenerine tab ned on D renewal. ——— c. Ibarra, RN |
| 10-20-03 | 1720 | S: c/o jaw pain requesting for pain med |
| | | O: Pt amb. ō steady gait. Able to take meds ō difficulty. Speech stable, ∅ slurred. Admin. Extrtab Elixir 10 cc as requested. |
| | | A: Pt. in comfort |
| | | P: Cont. ō tx ē monitor ——— RN |

| | | OCTOBER 21, 2003          Tuesday |
|---|---|---|
| 10/21/03 | 0500 | slept throughout the night. Respirations regular, & unlabored. will be giv mistaken entry |
| | | C. Mich LPN |
| 10/21/03 | 0910 | T 99 P 122 R 20 BP 106/70 O₂ Sat 96%. |
| | | Pt. requests Ensure + double portions full liquid in diet |
| | | Pt's (L) jaw / cheek ↓ swollen. ⊕ pain. Numbness ⊕ (R) side. Pt. explained surgeon put in a plate to mend his broken jaw + nerves were affected. Feels OK. No HCU mouth to arrive today — |
| | | A: Stable |
| | | P: MD eval. today. Continue to monitor. Abbara RN |
| 10/21/03 | 1330 | MD D: |
| | | (1) full liquid diet, double portions. |
| noted | | (2) Ensure c̄ every meal |
| 10/21/03 1330 | | × Wk. |
| | | VO Abbruzzese, MD / C |
| 10-21-03 | 1530 | s/o: IM up in shower asked him if okay said yes but would like something for pain. Took PM meds at this time. and was also seen by Dr. Abbruzzese at 1545 had Ensure |
| | | A/P: Stable at this time cont to monitor. J Palafox RN |
| | | Oct 22, 2003       Wednesday |
| 10-22-03 | 0500 | Slept through the night respirations noted q hr. S Palafox |
| 10-22-03 | 1015 | S: Doesn't feel right |
| | | A: VS: T 99° P 84 R 20 BP 120/80 O₂ Sat 93% @ 0730 |
| | | P 124 BP 90/70 O₂ 99% @ 0855 |
| | | Pt. feels shaky + dizzy this am. He ate breakfast — full liq double portions, and drank Ensure. Meds given. He stated he had fever and diarrhea × 10 since last night and has a.m. He used Flovent ii — iii puffs c̄ 0730 meds given. He has not used albuterol nebulizer/ updraft it all. His diarrhea is clear + has low grade fever. |
| | | A: Alt in comfort. |
| | | P: MD eval. Continue to monitor. |
| | 1105 | Addendum: |
| | | MD D: Do orthostatic P + BP lying + sitting in 20 min. |
| | | VO Padres, MD / Er |

00882

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAM_ _AKOLEA?, WILLIAM_

SSN _601 - 18 - 1356_

DOB _11-17-63_

| DATE | TIME | PLAN |
|---|---|---|
| 10/16/03 | 7:30 | Pt. RETURNED IN WHEELCHAIR FROM IN-PATIENT STAY @ QMC FOR FACIAL SURGERY SUBSEQUENT TO INMATE INJURY OF 10/3/05 |
| | | S: Pt. STATES "I'M DOING OKAY". |
| | | O: QUIETLY SITTING IN WHEELCHAIR, A:0 x 3, NAD, SKIN W/D, |
| | | 152/94 HR 100, RR 20, TEMP 97.8° |
| | | (L) side FACE JAW AREA SWOLLEN. |
| | | JAW/TEETH WIRED SHUT. |
| | | A: S/P JAW/FACIAL SURGERY |
| | | STABLE |
| | | P: MONITOR V.S., TEMP |
| | | MONITOR FACIAL SWELLING, BREATHING |
| | | ENCOURAGE P.O. INTAKE TO PREVENT |
| | | DEHYDRATION. |
| | | REQUEST MD ORDER ENSURE |
| | | VICODAN · ii p.o. (crushed) given for c/o pain |
| | | N. McCoubs |
| | | OCT 17th 2003 |
| 10-17-03 | 0500 | Neg Hourly rounds made, pt sleeping on rounds. Resp even & unlabored. R3min RN |
| 10-17-03 | 1045 | S: Feels better |
| | | O: Teeth wired upper + lower ē rubber bands directly thru. Crushed meds except Keflex (open capsule) + dissolve in water. Na HCO₃ mouthwash ordered non-formulary stream + expedited tomorrow's ship out. Flovent 220 ordered. See MDO m below. |
| | | A: Stable |
| | | P: Continue to monitor. C Shepen |
| | | MDO: Flovent 220    1 puff   BID x 3 months |
| | | Na bicarb oral rinse Tid VO Dr. Abbruzzese/ i RN |

| | | |
|---|---|---|
| 10-17-03 | 2100 | S: no complaints, asked for pain medicat for jaw discomfort. |
| | | O: pt A+O x3. pt able to open jaw accrox 4 inches. pt continues c mouth wash. Tolerated liquid diet and is asking to recieve regular diet tomorow. wile pt recieved vicodin ii tabs and a @ 2030 c Tylenol 325 mg ii tabs for temp ↑ @ 99²(A) Rest of vs stable |
| | | A: altered comfort r/t jaw Fx |
| | | P: con't to monitor and will recheck temp in @ 0030. ——— A. milton, LPN |
| | | ✓ Act   10-18-03   Sat |
| 10-18-03 | 0500 | asleep through the night respirations clear q i ✓ make rounds ——— JK |
| 10-18-03 | 0700 | S/o "U'Name: bri fine " |
| | | — States "they prod medication makes me sleep — lie ask can eater — Alert + Coherent — Intracting c staff s problems — Able to tack s problems — Teeth wires + rubber band intact. VSS - Afebrile - |
| | | A- Alt in Comfort, — |
| | | P - Cont. to monitor pt. ——— A Brunk |
| 10-18-03 | 1430 | S: "can I have regular food?" |
| | | O: A/o x3. amb independantly. presently on liquid diet; requesting reg. d verbal and pleasant. ∅ c/o pain. jaw no longer wired. |
| | | A: alteration in comfort |
| | | P: Informed pt. MD order needed to Δ diet; stated understand. Will have MD flu ——— S Brunk RN |
| 10/18/03 | 2200 | Received. A+O x3. Lying in bed waved and smiled saying " hi mary I'm OK". ——— M gallant RN |
| | 2300 | Lying in bed, eyes closed, regular unlabored respirations noted @ this time ——— M gallant RN |
| | | 10/19/03   Sunday |
| 10/19/03 | 0500 | Hourly rounds made. Regular respiratio noted in all rounds M gallant RN |

00884

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

**INFIRMARY PROGRESS NOTES**

NAME ALLELEI, WILLIAM
SSN 601·18·1350
DOB 11·17·63

| DATE | TIME | INFIRMARY ADMISSION | PLAN |
|---|---|---|---|
| 10·16·03 | 4 20/10 | 1. Admit to Infirmary: **Medical** | |
| | 1920 | 2. Diagnosis: Fx Jaw | |
| | | 3. Diet: NPO (Clear liquid), _____ cal ADA, Regular, DAT | |
| | | 4. Intake and Output: (N/A), Q4h, Q8h | |
| | | 5. Vitals: (Q shift), Q 4 hours, Q day  × 48° then q 3 days × 2 weeks | |
| | | 6. Activity: (As tolerated), Bedrest, Ambulate with assist | |
| | | 7. Condition: STABLE | |
| | | 8. Allergies: | |
| | | 9. Labs: ∅ | |
| | | 10. Special Needs: NUTRITION GIVEN LIQUID DIET | |
| | | 11. Parameters: | |
| | | 12. Medications: ① VICODAN I-II TABS q 4-6° PRN × 3 days or until hydrocodone/acetinominophen syrup arrives. | |
| | | ② HYDROCODONE/ACETINOMINOPHEN | |
| | | 13. Medical Admission Summary: SOLUTION 5-10 ml q 3-4° × 2 wks PRN PAIN. | |
| NOTE N.M°Clocku 10·16 03 | | ③ Seroquel 150mg p.o. QD | |
| | | ④ Singular 10mg p.o. A.M. | AM |
| | | ⑤ ALLOPURINOL 300mg p.o. QD | × 3 months |
| | | ⑥ Na HCO₃ mouthwash 3×/day | |
| | | 14. Medical Treatment: ⑦ FLOVENT 1 PUFF 2×/day | |
| | | ⑧ KEFLEX 500mg p.o. QID × 10 days | |
| | | ⑨ METFORMIN 450mg p.o. TID × 3 months | |
| | | V.O. per Dr. Saldana    N.M°Clocku | |
| | | F/u c̄ Dr. STEINBERGER # 733-7081 | |

DOC 0483 B (9/99)                    CONFIDENTIAL
00885

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

Facility: _HZF_                         **INMATE INJURY REPORT**

NAME: _AHOLELEI, STAN_               Date/Time of Report: _10/3/03  1325_
SSN: _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_                    Date/Time of Injury: _10/3/03 "within an_
SID: _A0196949_ DOB: _11-17-63_       Place Injury Occurred: _ZA_ _hour"_

Description of events leading to injury by patient/witnesses:     Injury code based on this statement: _03_ *

S/O – "I saw faces", claim he didn't know what
happened, alert & oriented x 3, noted (L) side

Nurse's observations/assessment/treatment of injury. **[If this injury will affect transfer, update Form DOC 0497
Health Status Classification Report]**

off the face is swollen, bleeding from the mouth,
unable to visualize the source of bleed, a
small cut (about 5 mm) on the (R) eyebrow area,
also noted a bump on the (R) occipit - parietal area of the head
BP - 150/100   P - 94   R - 20

Physician/Practitioner's Examination of patient:

A - multiple injuries
P - will refer to MD

Disposition: _To Queens ER_

_____ RN 10/3/03          _____ 10/10/03
Nurse's Signature/Title/Date          ~~Examining~~ Physician/Practitioner's Signature/Date
                                      Reviewing

*Injury codes:   01   Inmate/Industrial
                 02   Inmate/Recreation
                 03   Inmate/Inmate (Polaroid photographs required even if no apparent injury.)
                 04   Inmate/ACO (Polaroid photographs required even if no apparent injury.)
                 05   Inmate/Self-Inflicted
                 06   Inmate/Miscellaneous

Original:   Medical Record
Canary:     HIBA (QI Injury Audit/Potential Legal Claim)
Pink:       Institutional Safety Officer

                                                      00964
DOC 0422 (3/98)                                    CONFIDENTIAL

ATE OF HAWAII
EPARTMENT OF PUBLIC SAFETY

MULTIDISCIPLINARY PROGRESS NOTES

NAME: *Aholelei, Star*

SSN: *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*

DOB: *11-17-63*

| DATE | TIME | |
|------|------|---|
| | | Heart - nl |
| | | Abd neg |
| | | Legs - ∂ edema |
| | | ® Knee - no effusion; sl. tenderness |
| | | A DM - stable |
| | | Kidney stone enlarging - needs Url. F/u |
| | | Guaiac ⊕ stools - likely gastritis |
| | | has endoscopy scheduled |
| | | P - see above |
| | | CMP, HgbAC, lipid profile next week |
| | | Noted; [signature] Bauman MD |
| | | 8-26-05 |
| 8/29/05 | 1300 | Appt made Queen Emma Urology |
| | | Clinic 9/12/05 1000 hrs DR Chou [illegible] |
| 8-30-05 | | Pre-Procedure instructions done; ack knowledge |
| | | understanding [signature] |
| 9/1/05 | | **CONSULT WITH DR.** [illegible] **COMPLETED** |
| | | Dr Zienbewicz called - Order received |
| | | m.20: Prilosec 20 g P.O. |
| | | QD X 3 MOS - |
| | 1330 | |
| | 1330 | T.O Zienbewicz m. o/ [signature] |

OC 0413 (6/92)

Noted 1330 9/1/05 [initials]
acknowledge [signature]

CONFIDENTIAL
00992

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

MULTIDISCIPLINARY PROGRESS NOTES

NAME: Chololei, Star
SSN: 601 - 18 - 1356
DOB: 11-17-63

| DATE | TIME | |
|---|---|---|
| 8/4/05 | 1200 | Appt scheduled SFAMC - west Radiology for KUB _____ *[illegible]* 8/17 |
| 8/5/05 | | Stool guaiacs all ⊕ ; on ASA 81 + Motrin Referral to. GI for evaluation to consider endoscopy Noted: _____ K Baum MD 8-5-05 |
| 8/8/05 | 1400 | appt scheduled SFAMC - west Radiology 8/16/05/1415 _____ |
| 8/12/05 | 916A | **NURSE SICK CALL** Δ. (R) Knee Discomfort — 2-3 Days Getting loose + (L) Knee Pain — thinks he twisted it @ work (Kitchen) O - Clicking sound (L) knee; ↑ Discomfort B/L Swelling (L) Knee Temp 976 Seen by Dr. Baumer 7/24/05 Patient is scheduled to see Dr. Kushen Berkee 8/16/05 Voiding s̄ Difficulty. a/p Knee Sleeve issued. (L) Knee Due to (L) Knee Motrin — issued Off work |

00994

CONFIDENTIAL
Rec'd 8/16/05

MAU

**CONSULTATION RECORD**

OCCC

Facility:

OPA 0146949

S.I.D:

Patient Name: Last _Aholelei_, First _Star_    Initial    DOB 11/17/63

Consultant _QEC Urol_,    Appointment Date _2-23-06_    Appointment Time _13:3_

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):.

4-6 wk R/C PER your request

Name of Requesting Physician    Date 1/10/06

CONSULTANT'S REPORT (History, Findings, Diagnosis, Recommendations)

① c/o persistent weak stream & straining despite Flomax. Also has split stream. Will schedule for cystoscopy to r/o obstruction

② renal calculi - ✓ kub in 5-6 months

③ f/u Urology @ 9am 4/3/06 - cystoscopy

Consultant's Signature    CHOU    Date 2/23/2006

45 Code of Federal Regulation 164.512.(k)(5): A covered entity may disclose to a correctional institution or a law enforcement official having lawful custody of an inmate...protected health information about such inmate if the correctional institution or such law enforcement officeial represents that such proteted health information is necessary for: ...d) the health and safety of such individuals and officers or other persons responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another;...For the purposes of this provision, an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:   Medical Record
Canary:    Consultant's Copy

DOC 0406 (12/03)

**CONFIDENTIAL**

01005

**CONSULTATION RECORD**

OLC

OPA0146949

Facility: Aholelei, Star

Patient Name: Last          First          Initial

S.I.D:
11·17·63
DOB

Consultant GEC , Urology,    Appointment Date    1-09-06    Appointment Time 0930
DR David Chou.

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):.

Make appt after CT of kidney is Done
*Bring film in for review if not done at Queens *

K Nuhing                                12·13·05
Name of Requesting Physician            Date

CONSULTANT'S REPORT (Findings, Diagnosis, Recommendations)

40. Slow stream & difficult voiding.
tried Flomax in past & thinks it may
have helped
CT scan 12/2005 = residual right renal calculi

recommend = re-start Flomax 0.4 mg POQHS
follow up 4-6 wks to assess efficacy
need to ✓ KUB in 6 months to reassess
stone

Consultant's Signature          Chou          Date 1/9/2006

45 Code of Federal Regulation 164.512.(k)(5):  A covered entity may disclose to a correctional institution or a law enforcement official having

lawful custody of an inmate…protected health information about such inmate if the correctional institution or such law enforcement official

represents that such proteted health information is necessary for: …d) the health and safety of such individuals and officers or other persons

responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:…For the purposes of this provision,

an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:  Medical Record
Canary:   Consultant's Copy

DOC 0406 (12/03)

**CONFIDENTIAL**
01007

The Queen's Medical Center
Honolulu, Hawaii 96813

# DIAGNOSTIC IMAGING CONSULTATION

**Patient Name: AHOLELEI, WILLIAM STAR**
Sex: M    DOB: 17-Nov-1963

MFID: 61-99-09
Patient Loc: CAT

KENNITH M.D. ZIENKIEWICZ
OAHU COMM CORRECTIONAL CENTER
2199 KAMEHAMEHA HWY
HONOLULU          HI   96819

-----------------------------------------------------------------------

Exam: 2669646    Date: 27-Dec-2005Requested by: ZIENKIEWICZ, KENNITH M.D.
CT KIDNEY STONE W/O 23584085
Diagnosis:
  s/p lithotripsy, r/u stones

-----------------------------------------------------------------------

Report dictated on 12/27/05

CT ABDOMEN AND PELVIS

DATE:  12/27/05

CLINICAL HISTORY:  Abdominal pain, suspect renal lithiasis.

TECHNIQUE:

CT scan of the abdomen was performed without oral and intravenous
administration of contrast material utilizing contiguous, 5 mm scan
slices with 50% overlap to evaluate for renal or ureteral
calcifications.

FINDINGS:

ABDOMEN CT:

Compared to a previous examination dated 10/17/02, there has been
slight interval growth in one of the multiple stones in the right
kidney from 5.0-6.6 cm in maximum diameter.  This is located in a
lower pole calyx.  A second lower pole calculus has increased from
2-3 mm in diameter, and there has been interval development of a
third, less than 2 mm calculus in the mid pole calyx.  An upper pole
4.7 mm calculus is no longer present.

Multiple calculi present in upper and lower pole calices on the left
are no longer present and an obstructing left ureteral calculus has
also resolved.  Previous hydronephrosis has resolved, although the
left kidney does appear somewhat smaller than the right and may be
mildly atrophic.

01008

HCP,                    CP620746 90.
                        A0146909

## CONSULTATION RECORD

Facility: Ahokelei Star                 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      S.I.D:
                                                         11-17-63
Patient Name: Last        First      Initial            DOB
Dr. Kuchenbecker          July 22, 2004                 1130
Consultant               Appointment Date              Appointment Time

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):

F/U kidney pain

Dr. Paderes                            7-9-04
Name of Requesting Physician           Date

CONSULTANT'S REPORT (Findings, Diagnosis, Recommendations)

40 yo ♂ c̄ recurring renal cdll
Present 10/04 with multiple stone see conslt sheet attach
S/P ureteroscopy & LASER x2 — ESL 7/03
Stone Anlys 11/02 = 100% Ca++ oxalt Monohyd.

c/o tremendous pain ⓁN side Some on Right — All the time
Ⓟ Blood in ely Constant                ∅ Meds
Hard the Urnity      Nausea/ Feverish

CT — 6mm Stone lower pole right kidney — Not obstructing

Explained to pt — Ⓡ stone cannot explain Ⓛ sided pain
need to reevaluate for other/back problem to indicated
Consider ESL of Ⓡ stone — & trial Flomax for
                                        Voiding SxꞋ

Consultant's Signature                  7-23-04
                                        Date

45 Code of Federal Regulation 164.512,(k)(5): A covered entity may disclose to a correctional institution or a law enforcement official having lawful custody of an inmate...protected health information about such inmate if the correctional institution or such law enforcement official represents that such proteted health information is necessary for: ...d) the health and safety of such individuals and officers or other persons responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:...For the purposes of this provision, an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:   Medical Record        9/1/4    hold on lithotripsy @ this time.
Canary:     Consultant's Copy

DOC 0406 (12/03)        noted
                        9/1/04                              CONFIDENTIAL

                                        Brennan    AA1

JUN-30-2004 9:47AM   DR. D. KUCHENBECKER   No. 7180   P. 1

# Fax

30 AULIKE STREET, SUITE 602
KAILUA, HAWAII 96734
(808) 261-4884 OFFICE
(808) 261-4885 FAX

To: Medical Unit/Dr Padeiras   From: D. Kuchenbecker

Fax: 484 0955   Pages: 2c Cover

Phone:   Date: JUN 3 0 2004

Re: STAV Aholelei   CC:

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Comments: Will Cancel appt. 7-9-04 not
necessary for pt. to be seen @ this
time.

7/13/04

FILE

**IMPORTANT NOTICE:** This message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under law. If reader of this message is not the intended recipient, or the employee, or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. It you have received this communication in error, please notify immedia/ telephone, and return the original message to us at the above address via U.S. mail.   Thank You

AA2

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

| NAME | Aholelei, Star |
|---|---|
| SSN | 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 |
| DOB | 11- |

| DATE | TIME | PLAN |
|---|---|---|
| 11-28-04 | 1830 | While distributing meds, Inm presented more ∼ 3 empty blister packs stating "I need more of these". I informed Inm that I would look into it. The 1st Blister pack Allopurinol 300mg tab returned - checking the MARR a blister pack of 30 tabs was given to Inm 11-19-04. The 2nd medication Chlorpheniramine 4mg tab returned - a full blister pack of 30 tabs was given 11-21-04. 3rd medication Singular 10mg, a full (30 tabs) blister pack was given to Inm 11-16-04. Will refer matter to md for review. ___ RN |
| 11/29/04 | | G.R. indicates no specific mvc changes will follow presumable syphilis mvcI in 1 yr. no need f/u w/ dr Arone @ this time - Dr. Salvatore Abbruzzese |
| 12/3/04 | | **MD CLINIC/DR.** C. Yuen, NP |
| | | **WT.** 202* **HT.** 5'8" **BP.** / |
| | | **R.** 16 **P.** 72 **Temp.** |
| | 1130 Am. | Claiming still experience spasm on spine & black spots on vision & numbness @ side of head. Oor 2.3 y 1 alc. Causes him to be confused & forgetful. Still of kidney stone pain. Takes motrin. Exercise - walking, no other walk up & down stair, no other exercise! cont |

CONFIDENTIAL  AA3

| DATE | TIME | PLAN |
|------|------|------|
| +2/3/04 | | cont |
| | | A. See chronic care sheet |
| | | (?) Yuen NP |
| 12/10/04 | 1235 | IM in a module Floor (by) seen lw |
| | | wiping counter at the little kitchen |
| | | 5 any discomfort. Hosmer |
| 01/3/5 | 1930 | S: "I still get pain's & aches." |
| | | O: IM seen at its med pass Ø s/s of dizziness. |
| | | gait steady, A+ox3, took its meds ē difficultey. c/o |
| | | aches and pains "all over," says NP Yuen wrote a |
| | | prescription for "850 mg" of "motrin". No such order |
| | | noted. Given 1 blister pack of motrin 200mg. |
| | | A: pain |
| | | P: disposition stable, ivstructed on use of motrin |
| | | and told to bring concerns ō MD/NP@ next cc |
| | | appt. Mr Pfeiffer |
| 1/6/05 | 0720 | SICK CALL |
| | | S/O: MRF- have fever, body ache, headache. |
| | | pt c/o body aches & fever, c/o also cold s/s. |
| | | pt afebrile @ this time. |
| | | a: def in comfort |
| | | p: motrin 200mg blisterpack given ō instructions |
| | | Encouraged to ↑ fluid intake. RTC prn- nurse |
| 1/11/05 | 0720 | SICK CALL |
| | | S/O: MRF- wrist is hurting & I need to see the doctor |
| | | for my wrist. pt c/o ℝ wrist pain, s/p foreign |
| | | body removal 11/03, minimal swelling noted to |
| | | ℝ wrist area Ø bruising or redness, ROM good, |
| | | CMS intact. pt asking for ace wrap for |
| | | wrist |
| | | a: alt in comfort |
| | | p: ace wrap given. RTC prn nurse |

AA4

COPY

Facility _____                                      RTC _____

| **Chronic Care Clinic Follow-up Visit** | Name Aholelei, Star                Sex __ |
|---|---|
| | SSN 601·18·1356   SID A0146949   DOB 11·17·6 |
| | Allergies _____ |
| Diagnosis NIDDM; gout, asthma | Tests needed prior to visit |

Current Medication: ① Flexeril 10mg po QHS prn ② indocin 50mg ī po BID ③ Flomax 0.4mg po QHS ④ glucophage 850mg po TID ⑤ glipizide 10mg ⑥ Singulair 10mg po QD ⑦ CTM 4mg po TID ⑧ Vasotec 5mg po BID ⑨ imitrex 25mg ī Q1hr prn HA up to 9/24° ⑩ Sodium bicarb 650mg ïi TID ⑪ allopurinol 300mg po QD ⑫ ASA 81mg po QD ⑬ vit A&D ointment AAA QD

Diet ① potato products  HS snack - milk & fruits

Special Needs

## SUBJECTIVE DATA

Complaints/Comments      (see progress notes)

Review of Symptoms

Compliance with medications:    Y    N    ~~NTA~~

Effectiveness of medications

## OBJECTIVE DATA    FBN 580 · 620 · 630

Vital Signs:  Ht. 5'8"  Wt. 202#  B/P 120/70  P 88  R 20  T 96.8

| Skin | ✓ | intact · √ rash √ infection |
|---|---|---|
| HEENT | ✓ | ENT-EII grossly intact |
| Heart | ✓ | no m |
| Lungs | ✓ | clean, no wheeze or ronchi |
| Extremities | ✓ | √ edema, full ROM, strong firm muscles |
| Other | | abd - soft @ BS NT. |

Evaluation of labs, tests, treatments, consults

9/04  Glucose 70   Hgb A,C 5.8   Uric acid 5.3
       BUN 20
       Cr 1.2

DOC XXX

AA5

COPY

## ASSESSMENT

X vit A + D ✓ort AAA qd X 3mo
X ASA 81mg po qd X 3 mo
X Allopurinol 150mg po qd X 3mo
X D/c Allopurinol 300mg
X Sodium Bicarb 650mg ↑ po TID X 3 mo
X Imitrex 25mg ↑ q 1° prn Hit up to q /24° X 3mo
X Vasotec 5mg po BID x 3mo
X PTM 1mg po TID prn X 3 mo
X Singular 10mg po qd po qd X 3mo.

### PLAN
**Medications**

X Flexiril 10mg po q HS prn X 3mo NTA
X D/c Indocin
X Flomax 0.4mg po @ HS X 3mo NTA
X D/c Glucophage 850mg po TID
X Glucophage 850mg po BID X 3mo
X Glyburide 10mg po qd X 3mo

**Labs**

✓ UA to Lab ( hx Kidney stones)
Do HgbA1c prior to cc V in 3/05

**Treatments**

✓ acc V 1X / mo X 3 mo.

**Consults**

**Diet**

✓ ↓ cho ↓ fat 2000 cal ADA
↓ potato products   Snack @ HS milk+fruit X 3mo

**Special Needs**

**Other**

Cleared for transfer. HSCR completed.

@ ccc 2/05

## EDUCATION AND COUNSELING

Discuss long term effects of DM. impact
of dietary compliance + med compliance

| Return to Clinic  90 days ✓ | Other _____ | Signature/Title [signature] |
|---|---|---|
| Update  Problem sheet _____ | HSCR _____ | Date 12/3/04 |
| DOC XXX | | |

Noted 12/3/04 WM 1305   24   / by H Frank   1500   AA6



**LABORATORY REPORT**

# DIAGNOSTIC LABORATORY SERVICES, INC.

650 IWILEI ROAD, SUITE 300
HONOLULU, HI 96817 • TELEPHONE 589-5100

| CLIENT |
|---|
| PUBLIC SAFETY-HALAWA C<br>RE: PSD 02-HCD-15<br>99-902 MOANALUA HWY.<br>AIEA, HI 96701 |

| PATIENT INFORMATION |
|---|
| AHOLELEI, STAR<br>DR. YUEN, C<br>HOSP #: A0146949<br><br>PT. TEL# 0 |

| DATE OF BIRTH | SEX |
|---|---|
| 41, 11/17/1963 | M |

| DATE COLLECTED | DATE RECEIVED | DATE REPORTED | ACCESSION NUMBER |
|---|---|---|---|
| 01/06/2005<br>06:35 | 01/06/2005 | 01/06/2005<br>21:04 | T8006256<br>PAGE 1 |

SPECIMEN:   NON-FASTING

| TESTS | RESULTS | | REFERENCE VALUES |
|---|---|---|---|
| Urinalysis - Complete | | | |
| Color | YELLOW | | |
| Appearance | CLEAR | | |
| Specific Gravity | 1.020 | | 1.005-1.030 |
| pH | 6.0 | | 5-7.5 |
| Protein | NEG | | NEGATIVE |
| Glucose | NEG | | NEGATIVE |
| Ketones | NEG | | NEGATIVE |
| Urobilinogen | 0.2 | MG/DL | 0.1-1.0 |
| Bile Pigments | NEG | | NEGATIVE |
| Blood | NEG | | NEGATIVE |
| Leukocyte Esterase | NEG | | NEGATIVE |
| Nitrite | NEG | | NEGATIVE |
| Microscopic | | | |
| | 0-2 WBC/HPF | | |
| | 0-2 RBC/HPF | | |
| | OCC BACTERIA | | |
| | CALCIUM OXALATE CRYSTALS PRESENT | | |

NON-FASTING SPECIMEN

AHOLELEI, STAR

*** FINAL REPORT ***

1/18/05

AA7

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

FACILITY: WCF                          NAME: Anolelei, Star

SSN: 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                       DOB: 11-17-63

## URINALYSIS REPORT

COLOR: _____ very light yellow _____

APPEARANCE: _____ clear _____

LEUKOCYTES: _____ ng _____ (NEGATIVE)

NITRITE: _____ ng _____ (NEGATIVE)

UROBILINOGEN: _____ 0.2 _____ (0.1-1.0)

PROTEIN: _____ ng _____ (NEGATIVE)

pH: _____ 5.0 _____ (5-7.5)

BLOOD: _____ ng _____ (NEGATIVE)

SPECIFIC GRAVITY: _____ 1.005 _____ (1.003-1.030)

KETONE: _____ ng _____ (NEGATIVE)

BILIRUBIN: _____ ng _____ (NEGATIVE)

GLUCOSE: _____ ng _____ (NEGATIVE)

_____ JCallihan _____          _____ 2/10/05 _____
TESTER'S SIGNATURE                     DATE

_____ egren NP _____          _____ 2/10/05 _____
PHYSICIAN'S SIGNATURE                  DATE

DOC 0501 (03/95)                          CONFIDENTIAL

AA 8

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

FACILITY: _Attolebei, Stan_     NAME: _Attolebei, Stan_

SSN: _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_     DOB: _11/17/63_

## URINALYSIS REPORT

COLOR: _Clear yellow_

APPEARANCE: _clear_

LEUKOCYTES: _⊘_     (NEGATIVE)

NITRITE: _⊖_     (NEGATIVE)

UROBILINOGEN: _normal_     (0.1-1.0)

PROTEIN: _⊖_     (NEGATIVE)

pH: _6.5_     (5-7.5)

BLOOD: _⊖_     (NEGATIVE)

SPECIFIC GRAVITY: _1.015_     (1.003-1.030)

KEYTONES: _⊖_     (NEGATIVE)

BILIRUBIN: _⊖_     (NEGATIVE)

GLUCOSE: _⊖_     (NEGATIVE)

_[signature]_     _3/11/05_
TESTER'S SIGNATURE     DATE

_[signature]_     _3/11/05_
PHYSICIAN'S SIGNATURE     DATE

DOC 0501 (02/93)     CONFIDENTIAL

AA9

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

FACILITY: _WCF_           NAME: _Aholelei, Stac_

SSN: _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_         DOB: _11/17/63_

## URINALYSIS REPORT

COLOR: _Yellow_

APPEARANCE: _Clear_

LEUKOCYTES: _0_ (NEGATIVE)

NITRITE: _0_ (NEGATIVE)

UROBILINOGEN: _0.2_ (0.1-1.0)

PROTEIN: _Trace_ (NEGATIVE)

pH: _6.0_ (5-7.5)

BLOOD: _0_ (NEGATIVE)

SPECIFIC GRAVITY: _1.010_ (1.003-1.030)

KEYTONES: _0_ (NEGATIVE)

BILIRUBIN: _0_ (NEGATIVE)

GLUCOSE: _0_ (NEGATIVE)

_[signature]_
TESTER'S SIGNATURE

_8/12/05_
DATE

_Ozen_
PHYSICIAN'S SIGNATURE

_8/15/05_
DATE

DOC 0501 (02/93)

CONFIDENTIAL

AA 10

LABORATORY REPORT

PUBLIC SAFETY-HALAWA C.
RE: PSD-52-HCD-15
CLIENT
99-902 MOANALUA HWY.
AIEA, HI 96701

# DIAGNOSTIC
# LABORATORY
# SERVICES,INC.

650 IWILEI ROAD, SUITE 300
HONOLULU HI 96817   TELEPHONE 589-5100

AHOLEILEI, STAR
DR. PANDELICH OHISAR
ORDERING PHYSICIAN
HOSP #: A0146949

PT. TEL# 0

| DATE OF BIRTH | | SEX |
|---|---|---|
| 07/19/1963 | | M |

| DATE COLLECTED | DATE RECEIVED | DATE REPORTED | ACCESSION NUMBER |
|---|---|---|---|
| 06/09/2004 06:15 | 06/09/2004 | 06/09/2004 21:02 | S5334799 |



| TESTS | RESULTS | | REFERENCE VALUES |
|---|---|---|---|
| **Urinalysis - Complete** | | | |
| Color | YELLOW | | |
| Appearance | CLEAR | | |
| Specific Gravity | 1.025 | | 1.005-1.030 |
| pH | 6.0 | | 5-7.5 |
| Protein | | TRACEH | NEGATIVE |
| Glucose | NEG | | NEGATIVE |
| Ketones | NEG | | NEGATIVE |
| Urobilinogen | 0.2 | MG/DL | 0.1-1.0 |
| Bile Pigments | NEG | | NEGATIVE |
| Blood | | TRACEH | NEGATIVE |
| Leukocyte Esterase | NEG | | NEGATIVE |
| Nitrite | NEG | | NEGATIVE |
| Microscopic | | | |
| | 5-20 RBC/HPF | | |

*Obyte schedule for Urology consult.*
*noted by _____*
*current 6/15/04 6 am*          *6/15/04*
                                        AHOLEILEI, STAR

\*\*\* FINAL REPORT \*\*\*

24'/ 6/10/04  1000

*AA 11*

MUNOHEMATOLOGY AND COAGULATION TESTING REGULARLY PERFORMED AT 1301 PUNCHBOWL STREET. ALL OTHER TESTING PERFORMED AT 650 IWILEI ROAD
lLESS OTHERWISE INDICATED.

**LABORATORY REPORT**

# DIAGNOSTIC LABORATORY SERVICES, INC.
650 IWILEI ROAD, SUITE 300
HONOLULU, HI 96817 • TELEPHONE 589-5100

| CLIENT | PATIENT INFORMATION |
|---|---|
| PUBLIC SAFETY-HALAWA C.F.<br>RE: PSD 02-HCD-15<br>99-902 MOANALUA HWY.<br>AIEA, HI 96701 | AHOLEILEI, STAR<br>DR. YUEN, C NP<br>HOSP #: A0146949 |

| DATE OF BIRTH | SEX |
|---|---|
| 40, 11/17/1963 | M |

PT. TEL# 0

| DATE COLLECTED | DATE RECEIVED | DATE REPORTED | ACCESSION NUMBER |
|---|---|---|---|
| 08/18/2004<br>06:30 | 08/18/2004 | 08/19/2004<br>03:12 | S8573417<br>PAGE 1 |

| TESTS | RESULTS | | REFERENCE VALUES |
|---|---|---|---|
| Uric Acid | 5.3 | mg/dL | 3.5-7.0 |
| Hepatitis C Ab | NEGATIVE | | NEGATIVE |
| Urinalysis - Complete | | | |
| Color | YELLOW | | |
| Appearance | CLEAR | | |
| Specific Gravity | >=1.030H | | 1.005-1.030 |
| pH | 6.0 | | 5-7.5 |
| Protein | NEG | | NEGATIVE |
| Glucose | NEG | | NEGATIVE |
| Ketones | NEG | | NEGATIVE |
| Urobilinogen | 0.2 | MG/DL | 0.1-1.0 |
| Bile Pigments | NEG | | NEGATIVE |
| Blood | NEG | | NEGATIVE |
| Leukocyte Esterase | NEG | | NEGATIVE |
| Nitrite | NEG | | NEGATIVE |
| Microscopic | | | |
| | 0-2 WBC/HPF | | |
| | 0-2 RBC/HPF | | |
| Hepatic Function Profile | | | |
| SGOT (AST) | 62 H | IU/L | 0-37 |
| SGPT (ALT) | 119H | IU/L | 0-40 |
| Alkaline Phosphatase | 73 | IU/L | 33-130 |
| Bilirubin, Total | 1.4 | mg/dL | 0.2-1.5 |
| Bilirubin, Direct | 0.2 | mg/dL | 0.0-0.3 |
| Total Protein | 7.7 | g/dL | 6.2-8.2 |
| Total Protein normal reference range has been<br>adjusted effective 06/28/04. | | | |
| Albumin | 4.0 | g/dL | 3.4-5.0 |
| Bilirubin, Indirect | 1.2 | mg/dL | 0-1.3 |

AHOLEILEI, STAR

*** FINAL REPORT ***

KB 8/31/04

AA12



MULTIDISCIPLINARY PROGRESS NOTES

NAME: _Aholelei, Star_

| DATE | TIME | |
|------|------|--|
| | | - Cont. - |
| 3-30-05 | | A- Asthma Flare up at NTC. |
| | | P- Notified Dr. Saldana c̄ MDD: |
| | | Ventolin Inh. 2 puffs TID PRN X 3 mos. |
| | | RTC PRN            RN — |
| | | |
| 4-1-05 | 0840 | MD CLINIC/DR. Dr. R. Bauman        F/u |
| | | WT: 211   HT: 5'8½   BP: 130/92 |
| | | R: 20   P: 80 |
| | | PROB. DM c̄ kidney disease ② Chronic |
| | | Kidney stones - Catt oxalate ③ Asthma |
| | | ④ S/p face assault c̄ fractures |
| | | S̄ no hx gout — on Biaxin + allopurinol |
| | | for kidney stones; old note says Catt oxalate stones; |
| | | on Singulair + Q-Vur; uses albuterol q 4h !! |
| | | worse in rain; nocturia XN; wt. |
| | | now stable but in past up to nearly 300; |
| | | % ① still episodic numbness had |
| | | nl MRI |
| | | O- Lungs clear   Heart nl |
| | | neck neg   Abd neg |
| | | Legs ō edema   DPs 1+/1+ |
| | | A - DM c̄ nephropathy |
| | | Recurrent kidney stones |
| | | Asthma |
| | | P- Repeat urine for microalbumin        AA13 |
| | | (to consider + Vasotec) |

TE OF HAWAII
ARTMENT OF PUBLIC SAFETY

LTIDISCIPLINARY PROGRESS NOTES

NAME: Aholelei, Star

SSN: 601 - 18 - 1356

DOB: 11-17-63

| DATE | TIME | Cont'd - |
|------|------|----------|
| | | D/c allopurinol |
| | | ↑ glipizide back up to 10 mg qd X 3 mo. |
| | | Continue metformin at 500 bid |
| | | ↑ Q-Var to 2 breaths bid X 3 mo. |
| | | Goal to use albuterol less |
| | | Repeat Kidney US - with ... 4-8-05 10:00 N |
| | | Hold on Dr. S'rasherga for now / Bauman |
| | | noted: M |
| | | 4-1-05 |
| 4-1-05 | | Sched. c office visit for Kidney U/S on 4-8-05 @ 10:00 |
| 4/5/05 | 10-5 | PSN/WCU |
| | | S I'm good. |
| | | O Pt. came in expressed issues c his Med. care. |
| | | Said he wants tab. break on flexeral |
| | | Pt. Stated issues presented by Dr. Daler |
| | | Pt. requested to see PMD |
| | | P Scheduled to see PMD PRN |
| 4/7/05 | LC 0700 | per N.O. - Inmate sent to HCF infirmary by Var c c/o SOB. 8° asthma |
| 7/05 | 1330 | Returned from HCF. Stable condition (see infirmary notes) |

CONFIDENTIAL

AA14

**CONSULTATION RECORD**

Facility: WCF

Patient Name: Last Ahuleli  First Star  Initial

S.I.D:

DOB: 11-17-63

Consultant: Urol - Queen Emma Clinics  Appointment Date: 9/12/05  Appointment Time: 1000

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):.

41 yo ♂ c̄ long hx kidney stones, also DM & early renal disease. (HgbA1c 6.5) & now has 9mm radioopaque stone lower pole ℞ kidney; used to see Knickerbocker but he isn't seeing our pts any longer

Name of Requesting Physician: Klauma MD  Date: 8/26/05

CONSULTANT'S REPORT (Findings, Diagnosis, Recommendations)

pre-operative clearance for right ESWL ESWL,
CXR, EKG, UA, CBC, Chem 7, PT, PTT.
Will need the actual KUB films from St. Francis West.
Follow up → medical clearance has been obtained.
need to stop Aspirin one week prior to schedule.
→ for pre-op visit

9/30/08

RECEIVED 9-15-00

Consultant's Signature [signature]  **DR. DAVID CHOU**  Date: 9/12/2005

45 Code of Federal Regulation 164.512.(k)(5):  A covered entity may disclose to a correctional institution or a law enforcement official having lawful custody of an inmate...protected health information about such inmate if the correctional institution or such law enforcement official represents that such proteted health information is necessary for: ...d) the health and safety of such individuals and officers or other persons responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:...For the purposes of this provision, an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:    Medical Record
Canary:     Consultant's Copy

DOC 0406 (12/03)                                          **CONFIDENTIAL**

AA 15

**The Queen Emma Clinics**
1301 Punchbowl Street
After Hours Call: 538-9011
Honolulu, HI 96813
(808) 538-9011 Fax: (808) 547-4614

*July 24, 2006*

Page 1
Chart Document

**WILLIAM STAR AHOLELEI**
0000X0000
42 Year Old Male   DOB: 11/17/1963

MRN: 619909

Home: (808)587-3379 Office: (808)000-

Ins: OCCC (60203)

05/25/2006 - Office Visit: cysto in clinic
Provider: DAVID CHOU, MD
Location of Care: The Queen Emma Clinics - Specialty Clinics

**Reason for Visit:** Pt comes today for cystoscopy prucedure.

## VITAL SIGNS
Weight: 96.4kg / 213.04lbs
Temperature (C): 36.8 degrees
Temperature (F): 98.24 degrees
Pulse rate: 92
Blood Pressure: 148/95 mm Hg
Calculations

### Personal History
- Education level - (reviewed/updated):
- Language preference - (reviewed/updated):
- Cultural beliefs - (reviewed/updated):
- Social risks - (reviewed/updated):
Signed by Jenny Ramos-Liwai, MA on May 25, 2006 1:18 P

## HISTORY OF PRESENT ILLNESS
Reason for visit: Pt comes today for cystoscopy prucedure.
Chief Complaint: Slow stream
History of Present Illness: Pt with history of nephrolithiasis s/p ESWL and residual fragments. Here for cystoscopy for workup for slow stream. Pt has taken Flomax before but says that it did not help with the symptoms.

## PAST, FAMILY, SOCIAL AND HEALTH MAINTENANCE HISTORY
Past History (reviewed - no changes required): diabetes, high blood pressure

## REVIEW OF SYSTEMS

## PHYSICAL EXAM

## ASSESSMENT AND PLAN
Cystoscopy peformed with flexible cystoscope:
No strictures, urethra WNL. Prostatic urethra open. Bladder neck appears to be closed. Bladder neck not high. Bladder is WNL without lesions or tumors.
Pt requested for some Vicodin for pain- Vicodin x 8 given.
No surgical intervention at this point. ? TUIP in future.
Doxazosin 2 mg p.o. qhs
Pyridium prn.

New prescriptions/refills

7/27/06    AA 16

Aholeilei, 8/4/2

| DATE | TIME | PLAN |
|------|------|------|
| 03.25.04 : (contd) : | | |
| | | A. Pt's chart reviewed. |
| | | P: Flexeril 10 mgm ① po Q HS (X) |
| | | 30 days |
| | | 24√ 3/25/04 ⌐            Vit K. Patel m.s |
| 3/30/4 | | add √Vasotec 5mg i po bid |
| | | × 3 months - |
| | | 5/30/04 |
| 4/5/04 | 0915 | pt requesting renewal for motrin. will discuss ī MD. |
| | | MDO: |
| | | motrin 800mg i tab up to QID × 6 wks issue #30 |
| | | T.O. Dr. Padeses / (nurse) |
| | | noted 4/5/04 nrs 0915    24 √ 4/5/04 1530 ⌐ |
| 4/6/04 | 1650 | Order : |
| | | 1) Do full CMP  PT / INR. |
| | | 2) Inquire ī Theresa if pt scheduled to |
| | | follow up ī urologist. |
| | | 3) Flexeril 10 mg to gtts prn back spasm |
| | | (med to be Nurse admin). |
| | | × 30 days per Dr. Padeses / LP |
| 04.15.04 | Psytry: | |
| 0830 - | | Pt no longer needing Benadryl |
| 0840 | | P  D/c Benadryl.         Vit K. Patel m.s |
| | | noted 4/15/04 nrs 0930 |
| 4/23/04 | | HS snack denied ⌐per NP |
| | | noted @ 4/23/04 |

AA 17