In The United States District Court
for The District of Hawaii

| | |
|---|---|
| William S. Aholelei<br>Plaintiff<br><br>VS<br><br>Barbara Kysar;<br>Doctor S. Packeres;<br>Doctor K Bauman;<br>Does I — V,<br>Defendants | Civ. No. 03-00171 HG-KSC<br>Plaintiff, William S. Aholelei;<br><br>Certificate of service<br>herein! |

I, the undersign humbly swore under the penalty of Law tha' on Aug-26-2006.

I sent my original copy (22-page) motion in oppositions to Defendants, Doctor Kay Bauman (medical Director) motion for summary Judgement filed July-31-06, to the United States District Court for the District of Hawaii.

Dated Aug-26-06
Hon, Hi

William S. Aholelei
William S. Aholelei;
Plaintiff Pro Se