

Legal mail

Confidential

William Aholelei, #A0146949
Oahu Community Correctional Center
2199 Kamehameha Hwy.
Honolulu, Hawaii 96819

Honorable Judge Helen Gillmor
United States District Court
for the District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii 96850-0338