UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

CV03-171

William S. Aholelei
A0146949 BLDG H
Waiawa Correctional Facility
Box 1839
Pearl City, HI 96782

RETURN TO SENDER
Inmate Not at Waiawa

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 30 2006
DISTRICT OF HAWAII

PRESORTED
FIRST CLASS

U.S. POSTAGE

William S. Aholelei
A0146949 BLDG H
Waiawa Correctional Facility
Box 1839
Pearl City, HI 96782




03 CV 171 HG KSC

## Other Orders/Judgments

1:03-cv-00171-HG-KSC Aholelei v. Kyser, et al

U.S. District Court

District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from ecs, entered on 8/23/2006 at 10:09 AM HST and filed on 8/23/2006

**Case Name:** Aholelei v. Kyser, et al
**Case Number:** 1:03-cv-171
**Filer:**
**Document Number:** 76

**Docket Text:**
ORDER re [69] [65] . Signed by Judge HELEN GILLMOR on 8/22/06. [The Court DIRECTS Defendants to address in their Replies Plaintiff's allegations, found in his Amended Complaint and in his Objections, of continuing violations relating to the delay or denial of adequate medical care for his kidney condition, continuing from the date of filing of the Original Complaint, April 4, 2003, through the date of filing of the Amended Complaint, September 22, 2003, up until the present. Defendants are reminded that Replies are due on August 31, 2006.] (ecs, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=8/23/2006] [FileNumber=137668-0]
[9b70545cce8a01d07aeaad7b478621916ef490f6d40d66091bf526c173b90d40d33e
e0c0680355cb62590ea1fda02cda8c44476e501e872a81f1d4bf15699e23]]

**1:03-cv-171 Notice will be electronically mailed to:**

April Luria    aluria@rlhlaw.com, shull@rlhlaw.com

**1:03-cv-171 Notice will be delivered by other means to:**

William S. Aholelei
A0146949 BLDG H
Waiawa Correctional Facility
Box 1839
Pearl City, HI 96782

Caron M. Inagaki
Attorney General of Hawaii
Dept of the Attorney General, State of HI

425 Queen Street
Honolulu, HI 96813

Cindy S. Inouye
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI 96813

Miriam P. Loui
Attorney General of Hawaii
Dept of the Attorney General, State of HI
425 Queen Street
Honolulu, HI 96813

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BARBARA KYSAR, et al.,<br><br>　　　　Defendants. | CV. NO. 03-00171 HG-KSC |

### ORDER

　　The Court has reviewed Defendants' Motions for Summary Judgment, Plaintiff's Amended Complaint, and Plaintiff's objections to the Motions. The Court DIRECTS Defendants to address in their Replies Plaintiff's allegations, found in his Amended Complaint and in his Objections, of continuing violations relating to the delay or denial of adequate medical care for his kidney condition, continuing from the date of filing of the Original Complaint, April 4, 2003, through the date of filing of the Amended Complaint, September 22, 2003, up until the present. Defendants are reminded that Replies are due on August 31, 2006. See LR7.4 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

　　　　IT IS SO ORDERED.

　　　　DATED: Honolulu, Hawaii, August 22, 2006.



/s/ Helen Gillmor
Chief United States District Judge