# CASTLE MEDICAL CENTER

**CC:**   DAVID A KUCHENBECKER, MD

**DATE OF OPERATION:**   07/30/2003

**PREOPERATIVE DIAGNOSIS:**   LEFT RENAL CALCULI.

**POSTOPERATIVE DIAGNOSIS:**  SAME.

**SURGEON:**   DAVID A KUCHENBECKER, MD

**ASSISTANT SURGEON:**   NONE.

**ANESTHESIOLOGIST:**   Dr. David Kuchenbecker

**ANESTHESIA:**   Intravenous sedation

**OPERATIVE PROCEDURE:**   EXTRACORPOREAL SHOCKWAVE LITHOTRIPSY WITH FLUOROSCOPIC LOCALIZATION, ADMINISTRATION OF INTRAVENOUS CONTRAST.

## INDICATIONS FOR PROCEDURE:

The patient is a 39.- year old recurring stone former who presents with intermittent left colic, discovered to have a 4 x 5 mm calculi in the lower left calix.

## DESCRIPTION OF OPERATION:

The patient was premedicated with 10 mg morphine sulfate and 25 mg of Phenergan prior to being transferred to the lithotripsy suite. He was placed on the table in the supine position. The treatment head was elevated. Fine tuning adjustments were made. Because the stone was a lucent variety, intravenous contrast was administered utilizing 50 ml of Omnipaque. Treatment was focused on the lower pole calix where the stone was known to be present on the previous CT imaging. After the contrast appeared in the kidney, the treatment was begun per protocol with a KV of 0.1 and gradually increased to a maximum of 3.5. Intermittent fluoroscopy was performed, assuring the stone complex has stayed at the F-2 focal area. A total of 1.5 minutes of fluoroscopy time were utilized in addition to two snapshot images. A total of 5000 shocks were administered to the stone.

**Castle Medical Center**

640 Ulukahiki Street
Kailua, Hawaii 96734
(808) 263-5500

**OPERATIVE REPORT**

**PATIENT:**   AHOLELEI, STAR V
**MR #:**   18-91-20
**ATT PHYS:**   DAVID A KUCHENBECKER, MD
**DATE:**   07/30/2003
**ROOM:**

**ORIGINAL**   IntelliType Transcription  Page 1 Of 2

085

# CASTLE MEDICAL CENTER

The patient received 2.5 mg Versed and 125 mcg of Fentanyl for sedative purposes. The patient tolerated the procedure well. There were no intra or perioperative complications. The patient remained stable throughout the operative procedure and on return to the recovery area.

DAK/ITMS/rld J10309 – 110435
D:08/01/2003 08:30:00
T:08/01/2003 11:44:16
Charted:

DAVID A KUCHENBECKER, MD

**Castle Medical Center**
640 Ulukahiki Street
Kailua, Hawaii 96734
(808) 263-5500

## OPERATIVE REPORT

| | |
|---|---|
| **PATIENT:** | AHOLELEI, STAR V |
| **MR #:** | 18-91-20 |
| **ATT PHYS:** | DAVID A KUCHENBECKER, MD |
| **DATE:** | 07/30/2003 |
| **ROOM:** | |

ORIGINAL    IntelliType Transcription  Page 2 Of 2

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME _Liholelei, Star_

SSN

DOB

| DATE | TIME | PLAN |
|------|------|------|
| 7/29/03 | 2215 | Dr. Kuchenbecher's consult rec'd for MD review. c̄ to |
| 7/30/03 | 1730 | Vicodin ↑ q8d prn × 3 days. T.O. Dr. Kuchenbecher / X Cox soll _(illegible signature)_ 7-30-03 1730 |

| | | |
|------|------|------|
| 8/27/03 | | 3) Pt still continues to have pain despite Cytotec™ (L): also (R) side tender. O) Pt appears to be in some discomfort. Reviewed Dr. Kuchenbecher's 7/30/03 note. A) Renal stones, bilateral. P) 1) Continue to tx & monitor. note to ↘ 2) Nursing staff to verify c̄ Dr. Kuchenbecher's T.C. office) regarding pt's next follow up. Addendum: 3) Pt c/o sinus problem aggravated by drinking water per Dr. Kuchenbecher's recom for stones. O) Nasal quality to voice; Oral pharynx is |

| DATE | TIME | PLAN |
|------|------|------|
| | | d. red; no tenderitin; no significant swelling |
| | | Nasal passage appear open. |
| | | A) sinusitis, chronic, aggravated |
| | | P) 1) Nasorel .025% ii puff to each nostril bid x 30 days |
| | | 2) CTM 4mg and pre sinus congestion x 30 days |
| | | 3) RTC f/u re-eval after 30 days. |
| | | |
| | | 2400 8/27/03 2255 cn |
| 9/4/03 | 1900 | Sick Call: |
| | | S- My rt leg is numb. It goes down from |
| | | here (pointing to thigh & mid calf) |
| | | O A+O x 3   BP 110/74  P-76- h18   wgt 217 |
| | | In no acute distress. Steady gait. |
| | | A- alt in comfort rt feeling of numbness |
| | | P- advised pt that he had just seen |
| | | MD 8/24/03.   Refer to MD M gallaghr |
| 9/12/03 | 1140 | referred to Dr. Pederes for medication renewal. |
| 9/18/03 | | MDO: 1) Glipizide 10mg po daily in am x 1 month. |
| 2/4/ | | V.O. Dr. Pederes 1023 rd |
| | | Pensacder |
| | | |
| 9/23/03 | | See CU sheet.   MD |

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME _Aholelei, Star_

SSN _

DOB _

| DATE | TIME | | PLAN |
|------|------|---|------|
| 10/1/3 | | Clnrz Apt | |
| | | ↑ Cholesterol | |
| | | X. Coult... 10-1-03 1515 | |
| 10/3/03 | 1328 | — see inmate injury report | moron |
| | | | |
| 10/6/3 | | Transfer to hospital | |
| | | 24° /4 gu 10/6/03 | |

| | | |
|---|---|---|
| 11/11/03 | 1430 | S: ® wrist foreign object - possible + ® kidney pain from kidney stone. |
| | | O: Pt. requested recheck c̄ Dr Kuchen peger at Castle mk for his kidney pain. Motrin 800 mg gun for pain. Pt. smiled & happy to be alive. Resting in bed listening to music. |
| | | A: Alt in comfort |
| | | P: TCT Dr. A. MD to eval ® wrist tomorrow. ✓ Theresa on cpot for outside MD tomorrow. Continue to monitor. c. Ibara, RN |
| 11/11/03 | 1800 | S: "Sometimes I have hard time breathing. I have bronchitis. They took X-ray of my chest." |
| | | O: Inmate c/o SOB - inmate c̄ unlabored respiration RR 16-18 on assessment. Lungs CTA. Occasional dry cough. Ate meals 100%. Up ad lib in the infirm |
| | | A: Alteration in comfort. |
| | | P: Continue c̄ current plan of care. Medications administered as ordered. ———— Rheng I. Ilorta, RN |
| | | NOV. 12, 2003   WEDNESDAY |
| 11/12/03 | 0330 | IM slept throughout the night. Respirations regular & unlabored. Hourly checks done. C. Refuken LPN |
| 11/12/03 | 1815 | S: "Will the doctor see me today?" |
| | | O: Informed inmate that MD will not be able to see him today. Informed him that he will have nothing by mouth p̄ midnight tonight due to procedure on the Ⓛ wrist tomorrow. Verbalized understanding. A&O x 3. Up ad lib inside his cell. |
| | | A: Stable. |
| | | P: Cont. c̄ current plan of care. —— Rheng I. Ilorta, RN |
| | | NOV. 13, 2003   THURSDAY |
| 11-13-03 | 0500 | IM slept throughout the night. Ō complaints. Was instructed to be NPO p̄ midnight. IM has not ate or drank anything on my shift. VSS. Respirations regular & unlabored. Hourly checks done. C. Refuken LPN |

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

INFIRMARY PROGRESS NOTES

NAM: Aholelei, Star

SSN __

DOB __

| DATE | TIME | PLAN |
|------|------|------|
| 4-19-03 | 2130 | S: Bilateral kidney pain |
| | | O: Motrin 800 mg PO @ 1715 given. Pt. smiling & feeling O.K. @ Complaints re: Jaw or @ Wrist. Sitting in dark listening to music. |
| | | A: Alt in comfort |
| | | P: Continue to monitor. C. Ibar, RN |
| | | NOV. 20, 2003    THURSDAY |
| 11-20-03 | 0545 | IM slept throughout the night. Respirations regular & unlabored. Hourly checks done. Administered IM AM meds @ 0540 due to going to court. Will be going to intake @ 0600. C. Nele LPN |
| 11-20-03 | 1420 | Pt. left cell before a.m. shift started. Pt has not returned to infirmary. C. Ibar, RN |
| 11-20-03 | 1600 | S: "I'm o.kay" |
| | | O: A & O x 3, IN NAD. |
| | | A: STABLE |
| | | P: MONITOR    N. M'Coody RN |
| | 1900 | PT ATE WELL. ASKING FOR SOLID FOODS GOING BACK TO COURT TOMORROW. |
| | | Surgical site (L) wrist healing well. |
| | | OPORT INTACT. DRSG REPLIED ē ACE WRAP |
| | 2200 | Sleeping    N. M'Coody, RN |
| | | NOV. 21, 2003    FRIDAY |
| 11-21-03 | 0430 | IM slept throughout the night. @ complaints. Respirations regular & unlabored. Hourly checks done. IM will be going to court today @ 0600. Will administer AM meds prior to movement. C. Nele LPN |
| 11-21-03 | 2100 | S - No complaint. |
| | | O - |

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

NAME: Ahololei, Star

SSN:___

MULTIDISCIPLINARY PROGRESS NOTES

DOB:___

| DATE | TIME | |
|---|---|---|
| | | MD CLINIC/DR. Padson |
| 04.3/04 | | WT: 191# HT: 5'8" BP 120/72 |
| | | R: 20 P: 76 T: 98° |
| | | Multiple c/o back pain, flashes ē Migraine pain, requesting |
| | | Snack due to wt loss |
| 1/13/04 | | 5) Pt c/o squeezing headache ā 1hr, radiating al |
| | | also intermittent visual flashing @ anytime; ā 15 minutes long |
| | | O) Pt ā OKT; obviously had lost weight; walks, sits |
| | | rises ē difficulty. Pain along low thoracic ē lumbar ē radiating |
| A) | | A) 1) Headache, tension, doubt migraine → Body pain, acute |
| | | 2) Visual disturbance; s/u? granting, dysuria |
| P) | | P) 1) Motrin 800 mg ī up to qid X 8 week (issue |
| | | #60) our body pain. |
| 7# | | 2) Flexeril 10 mg q hs ē... X ... |
| Motrin | | 3) HS snack X 3 month |
| 15/13/04 | | 4) Weigh q week X 3 month. To sheet |
| | | 5) Back brace X 3 month will issue prosthetics memo |
| Noted | | 04.3/04 ... 7/30 |
| 01/13/04 | 1130 | MRO Renewal: |
| Sched CC 04/00/04 | | Glucophage 850 mg po TID X 3 |
| | | Allopurinol 300 mg po QD X 1 month |
| | | Singulair 10 mg po QAM |
| 1/13/04 Noted | | ... 04/13/04 ... 1130 ... T.O. Dr Padson / ... |

NAME _Apalerlei Stan_

SSN _

DOB _

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | PLAN |
|------|------|------|
| 3/4/04 | 0730 | Sick call |
| | | S/O spoke briefly before going to outside doctors appointment. verbage concern about 3/2/04. Read MRF wants to see a health provider. Will refer to Dr. Patel. He will see IM on Thursday. Elavil was D/C due to C/O side effects. IM has been having multiple A/P Will refer to NP _[signature]_ |
| 3/5/04 | | Chart Review Schedule to see Dr Padaras or me _[signature]_ 3/5/04 |

| DATE | TIME | PLAN |
|------|------|------|
| 03/12/04 | 0852 | **MD CLINIC/DR.** |
| | | WT: 194   HT: 5'8"   BP 124/80 |
| | | R: 18    P: 84    Temp - 97.6 |

c/o of "seeing 'flashes'. Big light see before eyes) about 2x/wk. Last about an hr. Feel "real sick)" when it occurs. Can see things around them but this lg flash of light blocks vision. Occurs at no particular time.

Body aches — all over body, but mainly spine and head. Takes Motrin & helps a little). Plus needs the Flexeril and relaxes the muscle).

Sinus dripping and getting worse. Takes (1) in am & (1) at night. Feels he need more than that.

    O.  Alert male NAD.
        Cor reg
        Lungs clear
        abd - soft ⊕ BS
        CN II-XII grossly intact
        Sinus - non tender. No runny nose.
        Nares patent & clear, no erythema.
        Back - tender on palpation of spine
        ⊕ ↑R - brisk.
        SLR — negative.

    A.  visual disturbance - Ophthomology
                exam 3/4/04 NL.
        Body aches - on Motrin - only
        claims taking 2 tabs 2x/day (
        can take ↑ tab Qid).
        Sinus - no objective findings

        P—

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME _Uhuldei, Stan_

| DATE | TIME | PLAN |
|------|------|------|
| 2/13/04 | | cont |
| | | R- ↑ Glucophage 850mg TID × 3mo. |
| | | allopurinol 300mg po qd × 3mo. |
| | | Flovent 220 mcg 4 puff BID × 3mo. |
| | | CTM 4mg TID prn × 3mo |
| | | Singulair 10mg po qd × 3mo. |
| | | ___ & Pneumo. chest/gun 2/16/ |
| | | do FBS, H/OB-, LFTS, |
| | | Lipid Profile, prior to cc √ |
| | | wi 4/04. |
| 2nd | | A: Arteriosclerosis albuminemia |
| | | Schedule c Ophthalmology |
| | | for √ ow Retinopathy, pass A |
| | | ASA 81mg po qd × 3mo. |
| | | He should not be on Motrin |
| | | because of ASA therapy. |
| | | Lipitor 20mg 4 tab po qd × 3mo. |
| | | Enc regular exercise during |
| | | recreation. walking fast. |
| | | Scheduled to see dietician |
| | | for review DM diet 4 cho 4 fat. |
| | | (arthritis slim sugar deep ___) |
| 2/15/04 | 2045 | S: "I'm allergic to elavil. I want Benadryl." |
| | | O: Pt refusing elavil states when he takes it he |
| | | is unable to breath. |
| | | A: Does not like elavil - wants Benadryl order back |
| | | P: CM 4 do monitor - Instructed to fill out med request ___ |

00843

Aholeilei, 8ta_

| DATE | TIME | PLAN |
|------|------|------|
| 3/30/4 | | add *Vasotec* 5mg i po bid x 3 months. |
| | | *(illegible signature notations)* 3/30/04 |
| 4/5/04 | 0915 | pt requesting renewal for motrin. Will discuss to MD. MDO: motrin 800mg i tab up to QID x 6 wks issue #30 T.O. M. paceses/nurse |
| | | noted 4/5/04 nu 0915    24 √ 4/5/04 1530 an |
| 4/6/04 | 1650 | Order: |
| | | 1) Do full CMP, PT/INR. |
| | | 2) Inquire c Theresa if pt scheduled to follow up c urologist. |
| | | 3) Flexeril 10mg i tab to get 5prn back spasm (med to be Nurse admin). |
| | | i) x 30 days per Dr. Paduez/LP |
| | | 24 √ nu 4/7/04 |
| | | noted 4/15/04 nu 0930 |
| 4/23/04 | | HS snack denied ceyuan ND |
| | | noted 4/23/04 *(signature)* 4/23/04 |

| DATE | TIME | MED RENEWAL                                    PLAN |
|------|------|------|
| 5-17-04 | 1215 | FLOXENT MOT ONE ANTIBIO × 90 DAYS |
| 24° | /04 | SINGULAIR 10mL TAB ONE PO × 90 DAYS QD |
| by P.M. 5/17/04 | | ALLUPURINOL 300mg ONE PO QD × 90 DAYS |
| 16:04 | | A700 cs              T.O. Dr BAUMAN / |
| 5-18-04 | 0950 | SODIUM BICARB. 650mL - 2 TABS TID PO × 90 DAYS |
| | | T.O. Dr BAUMAN / |
| 5-24-04 | 0700 | Svh call. S/P rush to Hulet arm - nonviscuous |
| | | present. Gave 1 cup + PRN use - Hulet |
| 5-26-04 | 0900 | S/S ccc SHOOT |
| | | ⊘—[ ASA 81mg po qd × 3mo   Profile |
| | | Vasotec 5mg po Bid × 3mo |
| | | ½ Lipitor 20mg ½ tab |
| | | Sodium Bicarb 650mg ½ po tid × 3mo |
| | | allopurinol 300mg po qd × 3mo. |
| | | Glucophage 850mg tid × 3mo Profile |
| | | Glyzide 10mg po qd × 3mo |
| | | QVAR 80mg ½ puff Bid × 3mo |
| | | albuteral Inhaler ½ puff Qid prn × 3mo |
| | | Singulair 10mg po qd × 3mo. |
| | | MEDS DONE  ⊙7m 4mg po Tid prn × 3mo Profile. |
| | | CONSULT Scheduled  Schedule e' Dora re: cholesterol |
| | | diabetic teaching. |
| | | LAB SLIP DONE  UA, LFT'S, Hep c antibody, uric acid |
| | | Tx to SHOP  Please check on back brace |
| | | to see if needs a new brace. If |
| | | he does he needs to order it/ |
| | | 8-27-04  F/U in 3mo ccc ⟨⟩ |
| | | 6-8-04 F/U e' Dr Paduar Ō Kidney |
| | | pains + numbness feet. ⟨⟩ |
| 5.30.04 | 1100 | see injury report ——             RN |

COPY

Facility _____          RTC _____

## Chronic Care Clinic Follow-up Visit

Name AHOLELEI, Star          Sex M

SSN _____

Allergies _____ Ø

| Diagnosis | Tests needed prior to visit |
|---|---|

motra 800mg am         ASA 81mg po qd         Vasotec 5mg po Bid
                                               Lipitor 20mg ½ tab po qd
                  Sodium Biccab 650mg ½ po TID
                  Allopurinol 300mg po qd        CTM 4mg ½ TID prn

**Current Medications**
Glucophage 850mg TID
Glipizide 10mg q am
QVAR 80mcg ½ puff Bid, Albuteral inhaler ½ puff q10 prn
Singular 10mg po qd

**Diet** 2000 cal ADA ↓ chol fat
**Special Needs**
                              Peak Flow — 650
                                        850, 850

## SUBJECTIVE DATA
**Complaints/Comments**                    "cold"
Occ at night c wheezing. Rarely uses inhaler.
Claiming numbness of ft & legs, off + on, says
numbness radiates from top of leg to toes.
**Review of Symptoms** Claiming blood in urine c Kidney pain,
wants a new back brace, says it is "falling apart"
                   Wants to start on DM diet. Says
**Compliance with medications:** (Y)  N   she will not refuse it.
**Effectiveness of medications**

## OBJECTIVE DATA
**Vital Signs:** Ht. 5'8"  Wt. 201#  B/P 110/80  P 80  R 18  T 97.°
**Skin** ✓ intact scattered areas of hyperpigmented skin
**HEENT** ✓ patent naria no taginess,
**Heart** ✓ no (c) reg
**Lungs** clear, no wheeze
**Extremities** (-) edema, pulse to leg intact, leg is warm
**Other**
Evaluation of labs, tests, treatments, consults

## ASSESSMENT
DOC XXX

COPY

Type II DM - Good control.
Asthma - stable.
chronic Sinusitis PND
multiple (L) Ureteral calculi,
Tinea versicolor - skin arms
LFT's ↑.

## PLAN

**Medications**   see front sheet

Good!

**Labs**   Glucose 98  4/04      Cho 175  ⟩ 3/04   HgbA₁c (5.7)
BUN 19  Cr 1.4  4/04     LDL 108

**Treatments**       SGOT 521  ⟩         Hepcantib 3/04 —
SGPT 100  ⟩ 4/04

**Consults**

**Diet**

**Special Needs**

**Other**  Exercise - walk in quad 10 x 2-3x/wk.

optometry 3/04 ē Diabetic Retinopathy.

## EDUCATION AND COUNSELING    see progress notes for
plan ⊘ Zen NP

Noted by ___

Return to Clinic  90 days ___   Other ___   Signature/Title ⟨⊘ Zen NP

Update: Problem sheet ___   HSCR ___   Date  5/28/04

DOC XXX

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME _Aholelei, Star_

SSN _____

DOB _____

| DATE | TIME | PLAN |
|------|------|------|
| 6/3/04 | | (RayReva): |
| | | RN: check to see I'm scheduled |
| | | ō contracting 7/04. (See consult 3/04 Optomty) |
| | | Consult to MD schedule ō Dr Padaca for continuing |
| | | kidney pain & need for F/u ē Dr. Kuchenbaker. |
| | | Vit A+ D ortment AAA Bid x 1 mo #18 gms |
| 6-3-04 | | MD CLINIC/DR. Dr PADARTS |
| | | WT: 197#   HT: 5'8"   BP 110/80 |
| | | R: 18   P: 96   T= 98.7 |
| | | S) Flashes in vision (bilateral) ē 30 mins about 2X/wk; also numbness on (R) side of head/skull; no other symptoms; "spark" in midfield pain ō radiation to face + skull then numbs on (R) color side of head ē visual flashes ē also room spinning. Started passed out but unclear @ this time (no injury reported) |
| | | O) Pt in NAD, sits >10 min, rises, walks ō difficulty ⊕ CVA L>R ē percussion; PERRL; vision intact reviewed medical record with pt. |
| | | A) 1) Cluster headaches? 2) ⊕ (L) CVA pain, possible renal stone |
| 10+10 | | P) 1) UA (send specimen) specimen |
| | | 2) Septra (x) |
| 6-3-04 | 1230 | 2) Imitrex 25 mg q hr prn Cluster Headache. up to 9 in 2 hrs  X 4/week |
| | | 3) Will consider Neurology consult if Imitrex not well. |
| | | 4) Will refer to Urology consult after UA completed. |

DOC 0413  (06/92)    noted 6/10/04 @ 1440

CONFIDENTIAL

**LABORATORY REPORT**

PUBLIC SAFETY-HALAWA C.
RE: PSD-02-HCD-15
99-902 MOANALUA HWY.
AIEA, HI 96701

**DIAGNOSTIC
LABORATORY
SERVICES, INC.**

650 IWILEI ROAD, SUITE 300
HONOLU            C-5100

AHOLEILEI, STAR
DR. PAT INFORMATION ISAR
HOSP #: A01/6949

PT. TEL# 0

| DATE OF BIRTH | SEX M |
|---|---|

| 06/09/2004 | 06/09/2004 | 06/09/2004 | S5334799 |
|---|---|---|---|
| DATE COLLECTED | DATE RECEIVED | DATE REPORTED | ACCESSION NUMBER |

| TESTS | RESULTS | | REFERENCE VALUES |
|---|---|---|---|

Urinalysis - Complete

| Color | YELLOW | | |
|---|---|---|---|
| Appearance | CLEAR | | |
| Specific Gravity | 1.025 | | 1.005-1.030 |
| pH | 6.0 | | 5-7.5 |
| Protein | | TRACEH | NEGATIVE |
| Glucose | NEG | | NEGATIVE |
| Ketones | NEG | | NEGATIVE |
| Urobilinogen | 0.2 | MG/DL | 0.1-1.0 |
| Bile Pigments | NEG | | NEGATIVE |
| Blood | | TRACEH | NEGATIVE |
| Leukocyte Esterase | NEG | | NEGATIVE |
| Nitrite | NEG | | NEGATIVE |
| Microscopic | | | |

5-20 RBC/HPF

*Ohana schedule for Urology consult.*
*noted by ____*
*____ B/15/04 6:00    AHOLEILEI, STAR*

**\*\*\* FINAL REPORT \*\*\***

*24% 6/10/04 1000*

261-4884

## CONSULTATION RECORD

HCF
Facility

S.I.D.

Aboleler Star

**Name**     Last     First     Initial            DOB          SSN

REQUEST TO: urology Dr. Kirchenbaker     DATE OF APPOINTMENT: 7-9-04     TIME: 145

REASON FOR CONSULTATION:

F/u kidney pain

Date 6/15/04                    Requesting Physician Dr. Pastors M.D.

CONSULTANT'S REPORT (HISTORY, FINDINGS, DIAGNOSIS, RECOMMENDATIONS)

_____ M.D.
Consultant's Signature

*Complete Form Doc 0497 if a significant change in health status has occurred.

Original:    HCU
Yellow:      Consultant's Copy

DOC 0406 (11/97)

**CONFIDENTIAL**

## CONSULTATION RECORD

*HCF*

Facility: *Ahilelei Star*                                        SID:

Patient Name: Last          First          Initial          DOB

Consultant: *Castle Radiology*    Appointment Date *6-29-04*    Appointment Time *0730*

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):

*Plain CT - Kidney stones*

*Paderes / mt*                                        *6/24/04*

Name of Requesting Physician                          Date

CONSULTANT'S REPORT (Findings, Diagnosis, Recommendations)

*CT done   0800hrs   6/29/04  NP*

*No Report Yet At This Time  7/6/04  rp*

Consultant's Signature                              Date

45 Code of Federal Regulation 164.512.(k)(5):  A covered entity may disclose to a correctional institution or a law enforcement official having lawful custody of an inmate…protected health information about such inmate if the correctional institution or such law enforcement official represents that such proteted health information is necessary for: …d) the health and safety of such individuals and officers or other persons responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:…For the purposes of this provision, an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:    Medical Record
Canary:    Consultant's Copy

DOC 0406 (12/03)                                        **CONFIDENTIAL**

**Adventist**
**Health**  *CASTLE MEDICAL CENTER*

Imaging Services Department
640 Ulukahiki Street
Kailua, HI 96734-4498

Radiology Report

Patient: **AHOLELEI, STAR V**

| | | | |
|---|---|---|---|
| Med Rec #: | 18-91-20 | Ordering MD: | KUCHENBECKER, DAVID A |
| Account / Seq #: | 43472141   /   1 | Attending MD: | KUCHENBECKER, DAVID A |
| Patient Type: | O/O | Referring MD: | |
| DOB: | | Radiologist: | Chuong Nguyen, M.D. |

Age: 040Y  Sex: M

Exam Date / Description:  **6/29/2004**   **CT ABDOMEN W/O CONTRAST**
Reason for Exam:  **KIDNEY STONES**
Transcribed Date / Time:  6/29/2004   9:36:11   Transcribed by:  CHARLIE DASPIT
Report Verified by:  Chuong Nguyen, M.D.

## Report

CT Urogram is performed without oral or intravenous contrast.

A 6 mm stone is seen in the right lower kidney, nonobstructive. A few small parapelvic cysts are seen in the left kidney measuring up to 1.5 cm in size. No left kidney stones are seen. There is no hydronephrosis or hydroureter. The bladder is unremarkable.

## Impression

A 6 MM STONE IN THE RIGHT LOWER KIDNEY, NONOBSTRUCTIVE.

## End of Report

4840955

# Fax

30 AULIKE STREET, SUITE 602
KAILUA, HAWAII 96734
(808) 261-4884 OFFICE
(808) 261-4885 FAX

To: _Medical Unit Dr Padiras_    From: _D. Kuchinbecker_

Fax: _484 0955_    Pages: _2 c̄ cover_

Phone:    Date: _JUN 3 0 2004_

Re: _Stan Aholelei_    CC:

☐ Urgent    ☑ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Comments: _Will cancel appt. 7-9-04 not necessary for pt. to be seen @ this time._

_7/13/04_

(FILE)

**IMPORTANT NOTICE:** This message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under law. If reader of this message is not the intended recipient, or the employee, or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify immediate telephone, and return the original message to us at the above address via U.S. mail.    Thank You

| DATE | TIME | PLAN |
|------|------|------|
| 7/23/0? | 0830 | |

MD CLINIC/DR. Cyun

WT. 196   HT. 5'8"   BP 122/80

R. 18   P. 98   7984

1 M c̄ Multiple complaints to discuss

tx R____ p

Sparks on screen & see it in my
eyes. See flashes in eyes. makes (L) side
of head "numb". × 1°. Lay on bed. Occurring
2-3×/wks. Causes him to be confused &
forgetful.

Motrin killing his stomach because
he has no stomach. So not taking Motrin
at night. won't take it at 8pm c̄
dinner because wants to space it out.

Jaw (numb). was told by
Dr Stauffenger that it might not get
better.

Kidney stone painful. That's
why he gave me a stone.
(CT scan done 6/29/0?)

O.  _____  NAD appears
cir regular   very anxious, strong,
Lungs clear.   firm muscles arms
legs & chest.
Abd — soft (+) BS  NT, no organomegaly
Back- Mild tenderness lower back
SLR - negative  DTR 2+ bilaterally
HEENT— negative

Neck- supple, no adenopathy
Ext — s̄ edema, cyanosis good cap
Neurologic - motor & sensory exam intact
A.  Flashes of light in eyes.
Stomach upset p̄ Motrin.
(L) lower jaw numbness    cont

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME _Aholelei, Stan_

SSN _____

DOB _____ /

| DATE | TIME | PLAN |
|------|------|------|
| 7/23/04 | cont | |

Kidney stone pain)

Schedule c̄ Dr. Strathmeyer & Schd.
Optometry.

Recurring CT results from Dr. Kuchenbaker,
done 6/29/04. Please ✓ on this (need
report) Going to Dr. Kuchenbaker 1330 & day.

Snack at HS & 3mo.

Schedule to
see Psychiatry (anxiety)

noted by _____ 7/23 10

CONFIDENTIAL

HCP

## CONSULTATION RECORD

Facility: Ahokelei Star

S.I.D:

Patient Name: Last    First    Initial    DOB
Dr. Kuchenbecker

Consultant    July 23, 2004    1130
Appointment Date    Appointment Time

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):.

F/u kidney pain

Dr. Paderes    7-9-04
Name of Requesting Physician    Date

CONSULTANT'S REPORT (Findings, Diagnosis, Recommendations)

40 yo ♂ c̄ recur renal colic

Presley 10/04 with mlgle stones see conslt sheet ah[illegible]

S/P Uretoscopy & LASER 2 - ESL 7/03

Stone Analysis 11/02 = 100% Ca# conslt Morts ph[illegible]

c/o tremendous pain Ⓛ side, since on Right - All the time
⊕ Blood in ... Constant    ✗ Meds
I had the Unity    Nausea / Feverish

CT - 6mm stone lower pole right kidney - Not obst[illegible]

Explained to pt - Ⓡ stone cannot explain Ⓛ sided pain
need to reevalu for dee/ bach problem & indicated
Consider ESL as Ⓡ stone - & trial Flomax So
Voiding Sxr

Consultant's Signature    7-23-04    Date

45 Code of Federal Regulation 164.512(k)(5):  A covered entity may disclose to a correctional institution or a law enforcement official having lawful custody of an inmate...protected health information about such inmate if the correctional institution or such law enforcement official represents that such proteted health information is necessary for: ...d) the health and safety of such individuals and officers or other persons responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:...For the purposes of this provision, an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:    Medical Record    9/1/4    hold on lithotripsy @ this time.
Canary:    Consultant's Copy

DOC 0406 (12/03)    noted 9/1/04    **CONFIDENTIAL**

**LABORATORY REPORT**



**DIAGNOSTIC LABORATORY SERVICES, INC.**
650 IWILEI ROAD, SUITE 300
HONOLULU, HI 96817 • TELEPHONE 589-5100

| CLIENT | PATIENT INFORMATION |
|---|---|
| PUBLIC SAFETY-HALAWA C.<br>RE: PSD 02-HCD-15<br>99-902 MOANALUA HWY.<br>AIEA, HI 96701 | AHOLEILEI, STAR<br>DR. YUEN, C NP<br>HOSP #: A0146949 |

DATE OF BIRTH     SEX
M     PT. TEL# O

| DATE COLLECTED | DATE RECEIVED | DATE REPORTED | ACCESSION NUMBER |
|---|---|---|---|
| 08/18/2004<br>06:30 | 08/18/2004 | 08/19/2004<br>03:12 | S8573417<br>PAGE 1 |

| TESTS | RESULTS | | REFERENCE VALUES |
|---|---|---|---|
| Uric Acid | 5.3 | mg/dL | 3.5-7.0 |
| Hepatitis C Ab | NEGATIVE | | NEGATIVE |
| Urinalysis - Complete | | | |
| Color | YELLOW | | |
| Appearance | CLEAR | | |
| Specific Gravity | >=1.030H | | 1.005-1.030 |
| pH | 6.0 | | 5-7.5 |
| Protein | NEG | | NEGATIVE |
| Glucose | NEG | | NEGATIVE |
| Ketones | NEG | | NEGATIVE |
| Urobilinogen | 0.2 | MG/DL | 0.1-1.0 |
| Bile Pigments | NEG | | NEGATIVE |
| Blood | NEG | | NEGATIVE |
| Leukocyte Esterase | NEG | | NEGATIVE |
| Nitrite | NEG | | NEGATIVE |
| Microscopic | | | |
| | 0-2 WBC/HPF | | |
| | 0-2 RBC/HPF | | |
| Hepatic Function Profile | | | |
| SGOT (AST) | 62 H | IU/L | 0-37 |
| SGPT (ALT) | 119H | IU/L | 0-40 |
| Alkaline Phosphatase | 73 | IU/L | 33-130 |
| Bilirubin, Total | 1.4 | mg/dL | 0.2-1.5 |
| Bilirubin, Direct | 0.2 | mg/dL | 0.0-0.3 |
| Total Protein | 7.7 | g/dL | 6.2-8.2 |

Total Protein normal reference range has been
adjusted effective 06/28/04.

| | | | |
|---|---|---|---|
| Albumin | 4.0 | g/dL | 3.4-5.0 |
| Bilirubin, Indirect | 1.2 | mg/dL | 0-1.3 |

*** FINAL REPORT ***

AHOLEILEI, STAR

KB 8/31/04

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

MULTIDISCIPLINARY PROGRESS NOTES

NAME _Aholelei, Stan_

SSN _

DOB _

| DATE | TIME | PLAN |
|------|------|------|
| 9/7/04 | 1120 | **MD CLINIC/OR.** Dr. Abruzzese |
| | | WT. 205  HT. 5'5  BP 130/88 |
| | | R: 18  P: 98²  T 86 |
| | | multiple complaint kidney pain, hematuria |
| | | Rib pain from being assaulted. Pooce |
| | | states having "spells" blacking out |
| | | w/ "black" vesnal fields, was |
| | | seen by neurology. MRI has |
| | | white matter changes, possable M.S. |
| | | |
| | | did not examine kidney. |
| | | reviewed multiple reports |
| | | of ABD CT/ MRI Brain. |
| | | pt complains of CT pain |
| | | But has CT kidney stone(?) |
| | | last us ⊖ |
| ① | | → MRI Brain - needs F/U with neurolog |
| | | & EEG report |
| | | please schedual Neurolog F/U |
| | | include MRI/EEG. assess |
| | | demyelinating dz process. |
| | | |
| ② | | Renal Calculi → new obstructing stone. |
| | | amm. should pass on own |
| | | doing well UA normal |
| | | |
| ③ | | CT rib pain → small movable mass |
| | | (probal healing rib Fx.) |
| | | ④ MAR  indocin 50mg i po Bid |
| | | × 1 month |
| DOC 0413 (06/92) | roted by Hooce | CONFIDENTIAL |

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME  Aholelei, Star

SSN

DOB

| DATE | TIME | PLAN |
|------|------|------|
| 11-28-04 | 1830 | While distributing meds, Im presented nurse ◊ 3 empty blister packs stating "I need more of these". I informed Im that I would look up it. The 1st Blister pack Allopurinol 300 y tab returned - checking the MARR a blister pack of 30 tabs was given to Im 11-19-04. The 2nd medication Chlorpheniramine 4mg tab returned - a full blister pack of 30 tabs was given 11-21-04. 3rd medication Singulair 10mg, a full (30 tabs) blister pack was given to Im 11-16-04. Will refer matter to MD for review. ———— RJ/m rn |
| 11/29/04 | | C.R. indicates now speechive more changes will follow presentable regular nurse I ◊ 1 yr. no need f/u w/ dr. phone @ this time. — Dr. Salvatore Abbruzzese |
| 12/3/04 | | **MD CLINIC/DR.** C.Fuer, NP  **WT:** 202*  **HT:** 5'8"  **BP:** / ~  **R:** 16  **P:** 72  **Temp** |
| | 1130 Am | " Claiming still experience spasm on spine + black spots on vision + numbness (R) side of head. Born 2.3.y / osc. Causes him to be confused + forgetful. Still a kidney stone passing. Takes motrin. Exercise - walking. No other walk up + down stairs. no other exercise ! cont |

**CONFIDENTIAL**

| DATE | TIME | PLAN |
|------|------|------|
| 12/3/04 | | cont |
| | | A. See chronic care sheet |
| | | (a) Yuen NP |
| 12/10/04 | 1235 | Im s.a nodule Flank (L) seen ~ wiping counter at the little kitchen s̄ any discomfort. Hsu np |
| 01/3/05 | 1930 | S: "I still get pain's & aches." |
| | | O: Im seen at HS med pass & s/s of dizziness, gait steady, A & O x 3, took Hs meds c̄ difficulty. c/o "aches and pains," "all over," says NP Yuen wrote a perscription for "850 mg" of "motrin". No such order noted. Given 1 blister pack of motrin 200mg. |
| | | A: pain |
| | | P: disposition stable, instructed on use of motrin and told to bring concerns to MD/NP @ next s.c. appt. Murphy(?) |
| 1/6/05 | 0720 | SICK CALL |
| | | S/O: MRF- have fever, body ache, headache. pt c/o body aches & fever, c/o also cold r/s. pt afebrile @ this time. |
| | | a: der in comfort |
| | | p: motrin 200mg blisterpack given c̄ instructions. Encouraged to ↑ fluid intake. RTC prn - Nunes(?) |
| 1/11/05 | 0720 | SICK CALL |
| | | S/O: MRF- wrist is hurting & I need to see the doctor for my wrist. pt c/o (R) wrist pain, S/p foreign body removal 11/03, minimal swelling noted to (R) wrist area & bruising or redness, ROM good, CMS intact. pt asking for ace wrap for wrist |
| | | a: alt in comfort |
| | | p: ace wrap given. RTC prn Nunes(?) |

COPY

Facility _____          RTC _____

| **Chronic Care Clinic**<br>**Follow-up Visit** | Name _Aholelei, Star_           Sex _ |
| --- | --- |
| | SSN |
| | Allergies _____ |
| Diagnosis<br>NIDDM; gout,<br>    asthma | Tests needed prior to visit |

Current Medications ① Flexeril 10mg po QHS prn ② Indocin 50mg i po BID ③ Flomax 0.4mg po QHS ④ glucophage 850mg po TID ⑤ glipizide 10mg ⑥ Singulair 10mg po QD ⑦ CTM 4mg po TID ⑧ Vasotec 5mg po BID ⑨ Imitrex 25mg i Q hr prn HA up to 9/24° ⑩ Sodium bicarb 650mg ii TID ⑪ allopurinol 300mg po QD ⑫ ASA 81mg po QD ⑬ vit A & D ointment + AAA QD

Diet ⊖ potato products HS snack - milk & fruits

Special Needs

## SUBJECTIVE DATA

Complaints/Comments          See progress notes

Review of Symptoms

Compliance with medications:     Y     N     ~~AFA~~

Effectiveness of medications

## OBJECTIVE DATA          FBN 580 · 620 · 630

Vital Signs:  Ht. 5'8"  Wt. 202#  B/P 120/70  P 88  R 20  T 96.8

| Skin | ✓ | intact · 8 rash 8 infection |
| --- | --- | --- |
| HEENT | ✓ | CN II - XII grossly intact |
| Heart | ✓ | no (m) |
| Lungs | ✓ | clean, no wheeze or rhonchi |
| Extremities | ✓ | 8 edema, full ROM, strong ♀ muscles |
| Other | | abd - soft & BS NT |

Evaluation of labs, tests, treatments, consults

Glucose 70   Hgb A,C 5.8   Uric acid 5.3

9/04  BUN 20

     Cr 1.2

COPY

## ASSESSMENT

X Vit A + D oint AAA qd x 3mo
X ASA 81mg po qd x 3mo
X Allopurinol 150mg po qd x 3mo
X D/c Allopurinol 300mg
X Sodium Bicarb 650mg ii po TID x 3mo
X Imitrex 25mg i q 1° prn Hit up to q / 24° x 3mo
X Vasotec 5mg po BID x 3mo
X CTM 4mg po TID prn x 3mo
X Singular 10mg po qd po qd x 3mo.

## PLAN
### Medications
X Flexeril 10mg po q HS prn x 3mo NTA
X D/c Indocin
X Flomax 0.4mg po @ HS x 3mo NTA
X D/c glucophage. 850mg po TID.
X Glucophage 850mg po BID x 3mo
X glyburide 10mg po qd x 3mo

### Labs
/ UA to lab (h/v kidney stones)
Do HgbA1c prior to CCV in 3/05.

### Treatments
/ Acu V 1x / mo x 3mo.

### Consults
/ 4 ch ↓ fat 3000 cal ADA

### Diet
/ ø potato products    Snack @ HS milk + fruit x 3mo

### Special Needs

### Other
Cleared for transfer, HSCR completed.
@ CCV 2/05

## EDUCATION AND COUNSELING
Discuss long term effects of Dry. import
of dietary compliance + med compliance)

Return to Clinic 90 days ___ /    Other _____    Signature/Title _____

Update Problem sheet _____    HSCR _____    Date 12/3/04

DOC XXX

Noted 12/3/04 MM 1305    24 ·    / by 4 crank
1500

**LABORATORY REPORT**

# DIAGNOSTIC LABORATORY SERVICES, INC.

650 IWILEI ROAD, SUITE 300
HONOLULU, HI 96817 • TELEPHONE 589-5100

| CLIENT | PATIENT INFORMATION |
|---|---|
| PUBLIC SAFETY-HALAWA C RE: PSD O2-HCD-15 99-902 MOANALUA HWY. AIEA, HI 95701 | AHOLELEI, STAR DR. YUEN, C. HOSP #: A0146949 PT. TEL# 0 |

| DATE OF BIRTH | SEX |
|---|---|
| | M |

| DATE COLLECTED | DATE RECEIVED | DATE REPORTED | ACCESSION NUMBER |
|---|---|---|---|
| 01/06/2005 06:35 | 01/06/2005 | 01/06/2005 21:04 | 78006256 PAGE 1 |

SPECIMEN: NON-FASTING

| TESTS | RESULTS | | REFERENCE VALUES |
|---|---|---|---|
| Urinalysis - Complete | | | |
| Color | YELLOW | | |
| Appearance | CLEAR | | |
| Specific Gravity | 1.020 | | 1.005-1.030 |
| pH | 6.0 | | 5-7.5 |
| Protein | NEG | | NEGATIVE |
| Glucose | NEG | | NEGATIVE |
| Ketones | NEG | | NEGATIVE |
| Urobilinogen | 0.2 | MG/DL | 0.1-1.0 |
| Bile Pigments | NEG | | NEGATIVE |
| Blood | NEG | | NEGATIVE |
| Leukocyte Esterase | NEG | | NEGATIVE |
| Nitrite | NEG | | NEGATIVE |
| Microscopic | | | |
| | 0-2 WBC/HPF | | |
| | 0-2 RBC/HPF | | |
| | OCC BACTERIA | | |
| | CALCIUM OXALATE CRYSTALS PRESENT | | |

NON-FASTING SPECIMEN

AHOLELEI, STAR

*** FINAL REPORT ***

1/18/05

MULTIDISCIPLINARY PROGRESS NOTES

NAME *Aholelei, Star*

| DATE | TIME | LAB DRAWN FOR: |
|---|---|---|
| 2·8·05 | | Hgb A1C |
| 2-10-05 | | MD CLINIC/DR. C. Guen CRNP  3mo. cc, F/u D.M, Asthma |
| | | WT: 208 HT: 5'8" BP 108/78  q3mo F/u gout |
| | | R: 16  P: 76  CHRONIC CARE CLINIC |
| Age 42 | | & F/u need for INH & PHYSICAL EXAM |
| | 10am | PmH |
| | | Type II D.M. |
| | | Chronic Sinusitis |
| | | Asthma |
| | | Assaulted 10/03. fx jaw. |
| | | Meds - Flomax q pm          Albuterol Inhaler 4 |
| | | Flonase 10mg po q pm          puff/air pm |
| | | ASA 81mg po qd          QVAR 80mcg 4 puff Bid |
| | | Vit A+D oint (rash on arms + body) |
| | | Singulair 10mg po qd |
| | | Glipizide 10mg po qd |
| | | @ Tm 4mg TID pm |
| | | Vasotec 5mg 4 po Bid |
| | | Sodium Bicarb 650mg 2 tabs TID |
| | | Allopurinol 300mg 1/2 tab po qd |
| | | Imitrex 25mg po q 1° HA Max 8/day. |
| | | allergies - NKAD |
| | | non-smoker. |
| | | Level II. See Parole board 12/05    c mt |

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

NAME: Aholelei, Star

MULTIDISCIPLINARY PROGRESS NOTES

SSN:

DOB:

| DATE | TIME | |
|------|------|---|
| 2/10/05 | | cont |

S. c/o of still experiencing spasks in brain. The neurosurg recommended medications for this.

O. per P.E. form

A. Spasks in brain ↑
jaw pain + numbness
Type II DM - stable
Asthma - stable
Kidney stones - stable

noted 2/15/05

P. Consult c̄ Optometry 5/05 SURP
Flu c̄ Dr Strasburger (due for 3mo F/u) Have Dr Mc/Bauman chart review

2/10/05 he need for flu c̄ Dr (Plastis) ??

Please get report from neurosurgeon Robert Duong res: falcom p̄ surgery MRI done 8/04.
see c v for other orders.

~

| 2/10/05 | | WCF | S Callahan |
| 2/10/05 | 16:20 | Appt made c̄ Dr Nakamoto p̄ rcpt of SURP approval - 5/14/05 @ 900 |

S Callahan

DOC 0413 (6/92)

CONFIDENTIAL



Facility **WCF**

| Chronic Care Clinic | Name *Aholelei, Star* | Sex *M* |
| Initial Visit | SSN | |
| F/u  Date 2/10/05  Time 10 Am | Diagnosis D.M. Asthma ____  Kidney stones | |

**SUBJECTIVE DATA**

Complaints/Comments   *albuterol*   uses inhaler 1-2x / day, hard some breathing

History

Family History

Allergies

Smoker   Y   (N)          Immunizations
                          How many packs per day?          How many years?

Current Medications

*See MAR*

**OBJECTIVE DATA**

Vital Signs   Ht 5'8"   Wt 208   B/P 108/78   P 76   R 16   T

Skin   ✓

HEENT   ✓

Heart   ✓

Lungs   ✓

Extremities   ✓

Other   Abd - soft #1 B.S.  NT

Evaluation of labs, tests, treatments, consults

Hgb A,C  6.1

Exercise- walking 2-3 wk ~ 1°.

DOC XXX

ASSESSMENT

Type II DM — stable

Asthma — fairly stable

Kidney stones stable

Jaw pain / spasm in brain - being followed.

PLAN
Medications:
Z-lomax 14 mg po q pm
Flexeril 10 mg q pm          x 3 mo
ASA 81 mg po qd
Vit A + D oint AAA qd #30 gms/mo.
Metformin 850 mg 1 po Bid    Glipizide 10 mg po qd
Singulair 10 mg 1 po qd      CTM 4 mg Tid prn
                            Vasotec 5 mg po Bid
Labs      Lipid profile, LFT's       Sodium bicarb 650 mg po
                                      tabs Tid        x 3 mo
Treatments   cattur 1x/mo x 3 mo.    ( Allopurinol 300 mg
                                     1/2 tab po qd )
             movement practice      Imitrex 25 mg po q 10 hr prn x 3 mo
Consults   Optometry 5/05. Dr. Strasbourger 3 mo Flu +
           2000 cal ADA              Dr Paulsen CR DK 2/18/05
Diet       cho 1 fat diet, 1 puree, no potato diet
Special Needs  + snack                   x 3 mo.
Other      milk fruit at HS
                   x 3 mo.

           5/9/05 C u v    5/05

EDUCATION AND COUNSELING.

Enc regular exercise + balance diet

Return to Clinic  90 days ✓   Other _____   Signature/Title ____ Green NP

Update: Problem sheet _____   HSCR _____   Date 2/10/05

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

FACILITY: _WCF_____    NAME _Ahlelei, Star_

SSN _____    DOB: _____

### URINALYSIS REPORT

COLOR: _____very light yellow_____

APPEARANCE: _____clear_____

LEUKOCYTES: _____ng_____ (NEGATIVE)

NITRITE: _____ng_____ (NEGATIVE)

UROBILINOGEN: ____0.2____ (0.1-1.0)

PROTEIN: _____ng_____ (NEGATIVE)

pH: ____5.0____ (5-7.5)

BLOOD: ____ng____ (NEGATIVE)

SPECIFIC GRAVITY: ____1.005____ (1.003-1.030)

KETONE: ____ng____ (NEGATIVE)

BILIRUBIN: ____ng____ (NEGATIVE)

GLUCOSE: ____ng____ (NEGATIVE)

____JCallahan____    ____2/10/05____
TESTER'S SIGNATURE    DATE

____Green NP____    ____2/10/05____
PHYSICIAN'S SIGNATURE    DATE

DOC 0501 (03/95)    CONFIDENTIAL

| DATE | TIME | PLAN |
|------|------|------|
| 3/11/05 | 10 30 | Drop In |
| | | S - c/o ® lower back pain X ↓ Hx |
| | | O - T 97° P84 R16 BP 110/68 |
| | | Hx kidney stones - Pain @ |
| | | flank. P - UA |
| | | E - See UA result |
| | | UA to cell. ——— [signature] |
| | | C 3/11/05 |
| | | |
| 3/11/05 | | PROB Recurrent kidney stones |
| | | P- HCTZ 25 g d X 3 mo - (↓ stone form by 50% |
| | | ↓ ↑ Catt excretion ) Bauman MD |
| | | Please discuss this new med c patient |
| | | P¹ GK [signature] |
| 3/11/05 | | [signature] |
| 3/13/05 | 14:20 | **NURSE SICK CALL** |
| | | S: My back is still so - not sure if it's kidney now - it |
| | | the lower left - think I pulled it the other day mopping" |
| | | O: Able to flex forward ≈ 45° - lower left side of muscle |
| FSU | | tight - c/o minimal pain upon tipping - greater c |
| | | pressure. Denies blood in urine |
| | | A: Alt in comfort R/t possibly back strain |
| | | P: Issued #30 - 800mg motrin ( Ø Rx fmd for 3/7/05 ) |
| | | Off work today - light duty next 3 days - RTC |
| | | prn [signature] |
| 3/15/05 | 0800 | Drop In |
| | | S - "Feel like I'm going to pass out" |
| | | O - T 97° P 100 R 18 BP 144/86 gluc 136 |
| | | Throat - red ō exudate |
| | | Lungs - CTA |
| | | A - fatigue / dizzy |
| | | P - Bedrest x 1 day. [signature] |

## STATE OF HAWAII
### DEPARTMENT OF PUBLIC SAFETY

FACILITY: *Aholelei, Stan*     NAME: *Aholelei, Stan*

SSN: _____     DOB: _____

### URINALYSIS REPORT

COLOR: *clear yellow* _____

APPEARANCE: *clear* _____

LEUKOCYTES: _____ (NEGATIVE)

NITRITE: _____ (NEGATIVE)

UROBILINOGEN: *normal* _____ (0.1-1.0)

PROTEIN: _____ (NEGATIVE)

pH: *6.5* _____ (5-7.5)

BLOOD: _____ (NEGATIVE)

SPECIFIC GRAVITY: *1.015* _____ (1.003-1.030)

KEYTONES: _____ (NEGATIVE)

BILIRUBIN: _____ (NEGATIVE)

GLUCOSE: _____ (NEGATIVE)

_____     *3/11/05*
TESTER'S SIGNATURE     DATE

_____     *3/11/05*
PHYSICIAN'S SIGNATURE     DATE

DOC 0501 (02/93)     **CONFIDENTIAL**

MULTIDISCIPLINARY PROGRESS NOTES

NAME: Aholelei, Star

| DATE | TIME | - Cont. - |
|------|------|-----------|
| 3-30-05 | | A- Asthma Flare up at NTC. |
| | | P- notified Dr. Saldana c̄ NOO: |
| | | Ventolin Inh. 2 puffs TID PRN X 3 mos. |
| | | RTC PRN _____ ___ RN — |
| 4-1-05 | 0840 | MD CLINIC/DR. Dr. L. Bauman   F/u |
| | | WT: 211   HT: 5'8½   BP 130/82 |
| | | R: 20   P: 80 |
| | | PROB. ① DM c̄ kidney disease ② chronic |
| | | kidney stones - Cat oxalate ③ asthma |
| | | ④ s/p face assault c̄ fractures |
| | | S- no hx gout — on Bicarb + allopurinol |
| | | for kidney stones; old note says Catt oxalate stones; |
| | | on Singulair + Q-Var; uses albuterol q 4h !! |
| | | worse in rain; nocturia X1; wt. |
| | | now stable but in past up to nearly 300; |
| | | c/o ① side episodic numbness - had |
| | | nl MRI |
| | | 0- Lungs clear   Heart nl |
| | | neck neg   Abd neg |
| | | Legs ō edema   DP₃ 1+/1+ |
| | | A - DM c̄ nephropathy |
| | | Recurrent kidney stones |
| | | asthma |
| | | P- Repeat urine for microalbumin |