TE OF HAWAII
ARTMENT OF PUBLIC SAFETY

JLTIDISCIPLINARY PROGRESS NOTES

NAME: *Aholelei, Star*

SSN:

DOB: _____

| DATE | TIME | |
|------|------|---|
| | | Cont'd - |
| | | D/c allopurinol |
| | | ↑ glipizide back up to 10 mg qd × 3 mo. |
| | | Continue metformin at 500 bid |
| | | ↑ Q-Var to 2 breaths bid × 3 mo. |
| | | Goal to use albuterol less |
| | | Repeat Kidney US - with results 4-8-05 10:00 |
| | | Hold on Dr. S'rashenga for now / Baumann |
| | | Noted: |
| | | 4-1-05 |
| 4·1·05 | | Sched. c 8AM west. for Kidney U/S on 4-8-05 @ 10:00 |
| 4/5/05 | 10:15 | PSN/WCR |
| | | S - Am good. |
| | | O P) came in expressed issues c his med. care |
| | | Said he wants to break on flexeral |
| | | P) Stated issues prescribed by Dr. Daler |
| | | P requested to see 4 MD |
| | | P scheduled to see WMD PRN |
| 4/7/05 | 0700 | per RDO - Inmate sent to HCF infirmary by Van ↓ō c/o SOB. ↑ asthma |
| 1/05 | 1330 | Returned from HCF. Stable condition (see infirmary notes) |

413 (6/92)

CONFIDENTIAL

**CONSULTATION RECORD**

WCF

Facility:
Aholelei Star                                                S.I.D:

Patient Name: Last          First          Initial
Kalosbag — Kidney US                                        DOB

Consultant          Appointment Date          Appointment Time
                    4.8.05                     11:00

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):.

41 yo ♂ well known to you ē recurrent kidney
stones; doing well now; know 6 mm stone at last
exam in ® kidney; also has diabetic nephropathy
so watching extra carefully

Balena MD 4/1/05

Name of Requesting Physician                    Date

CONSULTANT'S REPORT (Findings, Diagnosis, Recommendations)

9 mm calc lower pole ® kidney.

No other definite calculi & no hydronephrosis.

Normal flow jets demonstrated in bladder from both ureters.

4/11/05 cy

RECEIVED
4/8/05

Consultant's Signature                          4/8/05
                                                Date

45 Code of Federal Regulation 164.512.(k)(5): A covered entity may disclose to a correctional institution or a law enforcement official having lawful custody of an inmate…protected health information about such inmate if the correctional institution or such law enforcement official represents that such proteted health information is necessary for: …d) the health and safety of such individuals and officers or other persons. responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:…For the purposes of this provision, an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:   Medical Record
Canary:    Consultant's Copy

DOC 0406 (12/03)

**CONFIDENTIAL**



# ST. FRANCIS MEDICAL CENTER WEST
**IMAGING REPORT**

91-2141 Fort Weaver Road
Ewa Beach, Hawaii 96706

Patient Name: **AHOLELEI, STAR**
Address:    PO BOX 1839,
        PEARL CITY Hawaii
        96782

Sex: Male  Age: 41 Years
DOB:

Med Rec #: **09-08-01**
Location: Imaging - West

## Imaging Report

| Procedure | Ordering Physician | Accession Number | Exam Date/Time |
|---|---|---|---|
| US Renal Retroperitoneal Sonography | BAUMAN, KAY | US-05-0002537 | 04/08/05 15:30:00 |

REASON

KIDNEY STONES

US read

## RENAL ULTRASOUND

Sonographic examination of the kidneys was performed.

No prior examination is available for comparison at this time.

There is an approximately 9 mm shadowing echogenic focus in the lower pole of the right kidney consistent with renal calculus. No other definite renal calculi are identified. There is no evidence of significant hydronephrosis or perinephric fluid collections. The kidneys are otherwise unremarkable on appearance. The right kidney measures approximately 11.8 cm in length. The left kidney also measures approximately 11.8 cm in length. Evaluation of the urinary bladder with color Doppler demonstrates presence of bilateral ureteral flow jets. The distended bladder is grossly unremarkable on appearance.

US impression

**Approximately 9 mm calculus in the lower pole of the right kidney with no evidence of significant hydronephrosis. Otherwise essentially unremarkable examination as described above.**

INTERPRETING PHYSICIAN:   ERDMAN, DANIEL E
ELECTRONICALLY SIGNED BY: DANIEL E. ERDMAN    DATE SIGNED: 04/11/2005 09:40
TRANSCRIBED BY:    BN        TRANSCRIBED DATE: 04/08/2005 17:16

| DATE | TIME | MD CLINIC/DR. Kay Bauraic PLAN |
|------|------|--------------------------------|
| 4/29/06 | 10:30 | WT. 208    HT. 5'8"    BP 140/80 |
| | | P. 70    P. 80    CHRONIC CARE CLINIC |
| | | PROB DM, asthma    Discuss us By: (Renal) |
| | | S- only taga CP:    Cll Due 5/10/06 |
| | | walks ~ 4x/week for 20-30 min |
| | | drinks hot water — helps |
| | | now using Q Var 2 breaths bid |
| | | albuterol 3x/day |
| | | 3 mo. left in prog — then unk home taumaka |
| | O- | BUN/creat   32/1.5 |
| | | GFR  55    tot.chol 226 |
| | | HgbA₁C  6.1   3/05    LDL  197 |
| | | no PGx |
| | A- | asthma stable |
| | | DM — stable |
| | | Early CRF stable |
| | | Kidney stone — R side 9 mm stone |
| elevated ALTs | R/O chronic hep B (known core ab(+) — |
| | | need to re √ surf ag on old chart) |
| | | Hyperlipidemia, Neg Sag on old Vol |
| | P- | Will try Lipitor 10 qd x 3 mo |
| | | lipid + liver profiles in 4 wks. |
| | | Noted: Q   Bauna us |
| | | 4. 29. 05 |

Facility _WCF_

RTC _7-22-05_

| Chronic Care Clinic Follow-up Visit | Name _Aholelei, Star_                    Sex _M_ |
|---|---|
| | SSN |
| | Allergies |
| Diagnosis _DM, Kidney stones_ | Tests needed prior to visit |

**Current Medications**

Diet

Special Needs

**SUBJECTIVE DATA**

Complaints/Comments            _non-smoker_

_feels weak; works in kitchen; see P.Bd_
_12/06; Lau maka is next step; stools "dark"; takes_
Review of Symptoms _Motrin 800/day for gen body aches; no real stomach pain_
_Transfusion in "2003; occ. blood in_
_urine from known kidney stone; uses albuterol 3-4_
Compliance with medications: Y    N _Saw eye doc last week._        _day_
Effectiveness of medications                                _ō nocturia_

**OBJECTIVE DATA**       (↓ 7 # in 3 mo.)                    _Crea ω at_
                                                          _max. 280-300_

Vital Signs: Ht. _5'9"_ Wt. _201_ B/P _124/80_ P        R        T

Skin  _Pale conjunctivae   + Gen App - looks pale_

HEENT _neck neg_

Heart _nl._

Lungs _clear_

Extremities _ō edema_        DPs 2+/2+

Other _kidney_

Evaluation of labs, tests, treatments, consults

_Hgb A₁C 6.5   (5/05)_
_BUN/creat 1.5/22_        _Chol - 193_
_no recent CBC   (>1 yr.)_   _LDL 128_

ASSESSMENT

PLAN

⑩ Flomax 0.4 qd x 3 mo. ⑪ ASA 81 qd x 3 mo.
⑫ Singulair 10 qd x 3 mo. ⑬ nasal l nasal spray
ii puff each nostril bid x 3 mo. ⑭ Flexeril 10 qhs x 3 mo. prn

**Medications**
D/c motrin for now ② Tylenol ES ii tabs tid or qid
prn pain ③ Lipitor 20 qd x 3 mo ④ glipizide 10 qd x
3 mo ⑤ CQ-Var 80 ii puffs bid x 3 mo. ⑤ c fm
tid prn allergies x 3 mo ⑥ enalapril 5 bid x 3 mo.
⑦ NaCO3 ii tid x 3 mo. ⑧ metformin 500 bid x 3 mo.

**Labs**
HIV, Hep C, tests NCBC ⑨ albuterol MDI 2 puffer x 3

**Treatments**
Stool guaiacs x 3

**Consults**
Urol. — Kuchenbecker — OK for ESC of
remaining ® stone ; send recent US report +
make actual film available

**Diet**

**Special Needs**

**Other**

EDUCATION AND COUNSELING

Reassurance re: wt. loss

Return to Clinic  90 days  X      Other _____      Signature/Title  KBauman MD

Update:  Problem sheet _____   HSCR _____   Date  7/22/05

DOC XXX

THERAPEUTIC LEVEL OF CARE

| Name: | Stan Aholelei |
|-------|---------------|
| SSN: | |
| SID: | |
| DOB: | |

TO: SPECIALTY UTILIZATION REVIEW PANEL

PROVIDER: Urol- Keuchenbecker    Facility: WCF    Date: 7/22/05

SUBJECT: Prior Authorization for Medical/Dental/Surgical Procedure or Treatment

Diagnosis: (R) renal calculus    Release date: after 12/06

How long has the patient had this diagnosis? _____

Treatment Proposed: Urol- eval- + ESL if needed
(last seen 7/04 + recommended then)

Factors for consideration, discuss as appropriate:

1. Urgency of need vs. time of sentence left
2. Overall necessity, re: morbidity, mortality and functional disability
3. Pre-existing condition prior to incarceration
4. Patient compliance with conservative or alternative treatment
5. Risk/Benefit   6. Cost/Benefit   7. Alternatives   8. Pain complaints/pain behavior
9. Significant Labs/Diagnostics (please attach)

Panel comments and recommendations: _____

_____

_____

Cancelled r/s 9/12/05
Dr. Ø Quer Emma

Date Reviewed: 7/22/05    ☑ APPROVED    ☐ DENIED
(Requires recommendation)

_KBauman MD_
Panel Member Signature                    Panel Member Signature

_____                           _____
Panel Member Signature                    Panel Member Signature

DOC  0447  (5/02)                         CONFIDENTIAL



**David Kuchenbecker M.D.**
*Windward Urology*
*30 Aulike Street, #602*
*Kailua, HI 96734-2752*
Telephone: (808) 261-4884    Fax: (808) 261-4885

Patient: Star Aholelei

Date of birth:

Current date: July 27, 2005

To make concern,

I will no longer be seeing patients from the Halawa Correctional Facility and would suggest referring the patient to the Queen Emma clinic for further treatment and evaluation. Mr. Aholelei's ultrasound demonstrates a 9 mm non-obstructing stone in the lower pole of the right kidney. CT scan from last year demonstrated a 6 mm stone in the same location. Though these are different imaging modalities there does appear to be a slight increase in size of the stone over the past year. Previous stones have been both calcium oxalate and uric acid. I would suggest obtaining a KUB. If the stone is not visible this would suggest that the stone is uric acid in composition and should be able to be dissolved with alkali therapy using either sodium bicarbonate or Uroocit-K. If the stone contains calcium i.e. is visible on plain KUB, I would consider ESWL.

Sincerely,

David A. Kuchenbecker MD

## CONSULTATION RECORD

*WCF*

Facility:

**AHOLELEI, STAR**

Patient Name: Last                    First                    Initial                    S.I.D.

**ST FRANCIS WEST - RADIOLOGY**         **8/9/05**                    DOB
Consultant                           Appointment Date                    Appointment Time         **1100**

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):.

*KUB    Hx 9mm STONE LOWER POLE OF*
*RIGHT KIDNEY  (FLAT PLATE)*

*Baumann  M.D / WL*

Name of Requesting Physician                                    Date

CONSULTANT'S REPORT (Findings, Diagnosis, Recommendations)

*9mm stone    Rt Kidney - lower pole*

RECEIVED
8/17/05

Consultant's Signature        *SEGUIN*                    8/17/05
                                                          Date

45 Code of Federal Regulation 164.512.(k)(5):  A covered entity may disclose to a correctional institution or a law enforcement official having lawful custody of an inmate…protected health information about such inmate if the correctional institution or such law enforcement official represents that such proteted health information is necessary for: …d) the health and safety of such individuals and officers or other persons responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:…For the purposes of this provision, an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:    Medical Record
Canary:     Consultant's Copy

DOC 0406 (12/03)

*KAB 8/26/05*

**CONFIDENTIAL**

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

NAME: Wholelei, Star

SSN:

MULTIDISCIPLINARY PROGRESS NOTES

DOB:

| DATE | TIME | |
|------|------|---|
| 8/9/05 | 1200 | Appt scheduled SFMC - West Radiology for KUB _____ sch 8/17 _____ |
| 8/5/05 | | Stool guaiacs all ⊕ ; on ASA 81 & Motrin Referred to GI for evaluation to consider endoscopy Noted: ___ K Baum MD 8-5-05 |
| 8/8/05 | 1400 | Appt scheduled SFMC - west Radiology 8/16/05 / 1415 ___ |
| 8/12/05 | 916A | **NURSE SICK CALL** |
| | | S. (R) flank Discomfort — 2-3 Days Getting loose + (L) Knee Pain — Thinks he twisted it @ Work (Kitchen) |
| | | O - Clicking Sound (L) knee; ↑ Discomfort ℞ Swelling (L) Knee Imp 926 Seen by Dr. Baumer 7/31/05 Patient is Scheduled to See Dr. Kushenbeckle 8/9/05 Voiding s̄ Difficulty |
| | | a/p Knee Sleeve Issued. (L) Knee Due to (L) Knee Motrin — Issued Doc 8/16/06 off Work — Activity |

CONFIDENTIAL

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

FACILITY: _Wer_                    NAME: _Aholeilei, Stac_

SSN: _____             DOB: _____

## URINALYSIS REPORT

COLOR: _Yellow_

APPEARANCE: _Clear_

LEUKOCYTES: _0_ _____ (NEGATIVE)

NITRITE: _0_ _____ (NEGATIVE)

UROBILINOGEN: _0.2_ _____ (0.1-1.0)

PROTEIN: _Trace_ _____ (NEGATIVE)

pH: _6.0_ _____ (5-7.5)

BLOOD: _0_ _____ (NEGATIVE)

SPECIFIC GRAVITY: _1.010_ _____ (1.003-1.030)

KEYTONES: _0_ _____ (NEGATIVE)

BILIRUBIN: _0_ _____ (NEGATIVE)

GLUCOSE: _u_ _____ (NEGATIVE)

_____         _8/12/05_
TESTER'S SIGNATURE              DATE

_Ozen_                          _8/15/05_
PHYSICIAN'S SIGNATURE           DATE

DOC 0501 (02/93)

CONFIDENTIAL



## ST. FRANCIS MEDICAL CENTER WEST

**IMAGING REPORT**

91-2141 Fort Weaver Road
Ewa Beach, Hawaii 96706

Patient Name: **AHOLELEI, STAR**
Address:  PO BOX 1839,
 PEARL CITY Hawaii
 96782

Sex: Male  Age: 41 Years
DOB:

Med #: **09-08-01**
Location: Imaging - West

### Imaging Report

| Procedure | Ordering Physician | Accession Number | Exam Date/Time |
|---|---|---|---|
| Abdomen X-Ray - KUB Single View | **BAUMAN, KAY** | RA-05-0042458 | **08/17/05 09:10:00** |

REASON

9MM STONE LOWER POLE RT KIDNEY

READING

### KUB OF THE ABDOMEN

FINDINGS:  KUB of the abdomen demonstrates a 9-mm stone within the lower pole of the right kidney. No other nephrourolithiasis seen.  Intestinal bowel gas pattern is unremarkable.  Bony structures are unremarkable.  No soft tissue masses.

IMPRESSION

**A 9-mm nephrolith within the lower pole of the right kidney.**

INTERPRETING PHYSICIAN:  SEGURITAN, VENERANDO S

ELECTRONICALLY SIGNED BY: VENERANDO S. SEGURITAN  DATE SIGNED: 08/18/2005 06:17

TRANSCRIBED BY:  AG  TRANSCRIBED DATE: 08/17/2005 19:43



**CONSULTATION RECORD**

Facility: _WCF_

Patient Name: _Aholelei Star_
Last            First            Initial

Consultant: _Urol – Queen Emma Clinic_    Appointment Date: _9/12/05_    Appointment Time: _1000_

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):.

41 yo or ē long hx kidney stones also DM & early renal disease (Hgb A1C 6.5) ē now has 9mm radioopaque stone lower pole ® kidney; used to see Knickerbecker but he isn't seeing him for any longer

Name of Requesting Physician: _Klauna np_    Date: _8/26/05_

CONSULTANT'S REPORT (Findings, Diagnosis, Recommendations)

pre-operative clearance for right ESWL ESWL.
CXR, EKG, UA, CBC, Chem 7, PT, PTT.
will need the actual kubs films from St. Francis West.
Follow up ē medical clearance has been obtained.
need to stop Aspirin one week prior to schedule
ē for pre-op visit

9/30/08

RECEIVED
9-15-00

Consultant's Signature    DR. DAVID CHOU    Date: _9/12/2005_

45 Code of Federal Regulation 164.512.(k)(5):  A covered entity may disclose to a correctional institution or a law enforcement official having lawful custody of an inmate…protected health information about such inmate if the correctional institution or such law enforcement official represents that such proteted health information is necessary for: …d) the health and safety of such individuals and officers or other persons responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:…For the purposes of this provision, an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:   Medical Record
Canary:    Consultant's Copy

DOC 0406 (12/03)

**CONFIDENTIAL**

MULTIDISCIPLINARY PROGRESS NOTES

NAME: Aholelei, Star

| DATE | TIME | |
|------|------|---|
| 8/17/05 | | **CONSULT WITH DR.** S. Francis (MD) **COMPLETED** Radiology/KUB |
| LE 8/16/0 | | **CONSULT WITH DR.** Dr Bryastin GI (Dr an) **COMPLETED)** recommends - Colonoscopy - EGD — |
| 8/24/05 | 1500 | appt made EGD/Colonoscopy Sept 1, 2005 0730 — |
| 8/25/05 | 0900 | **⑤ NURSE SICK CALL** S - c/o Ⓡ wrist pain 2° to surgery 1 yr ago. also c/o Ⓡ knee pain. States Tylenol ES. ineffective A - Pain P - MD/RE in sm. Continue Tylenol until seen by m.d / Rfmueller r. 9/01 - Pt advised not to take ASA motin any NSAIDS due to pending appt. — Rfmueller — |
| 8-26-05 | 0945 | **MD CLINIC/DR.** Bauman Update HSCR |

| WT: 200 | HT: 5'9" | BP: 110/80 |
|---------|----------|------------|
| R: 21 | P: 84 | Do he able to work? |

Prob: DM, Kidney    Has been off work since 8/2/05
Stones

S - feels good now, lots of questions
likes his ↑energy ɛ his wt-loss;
O - Wt ↓ 5#    gen app - nl. color!
Lungs clean

ATE OF HAWAII
EPARTMENT OF PUBLIC SAFETY

NAME: _Aholelei, Star_

MULTIDISCIPLINARY PROGRESS NOTES

SSN: _

DOB: _____

| DATE | TIME | |
|------|------|---|
| | | Heart – nl |
| | | Abd neg |
| | | Legs – Ø edema |
| | | Ⓡ Knee – no effusion; sl. tenderness |
| | | A: DM – stable |
| | | kidney stone enlarging – needs Urol. F/u |
| | | Guaiac ⊕ stools – likely gastritis |
| | | has endoscopy scheduled |
| | | P – see above |
| | | CMP, HgbA1C, lipid profile next week |
| | | Bauman MD |
| | | Noted, _____ |
| | | 8-26-05 |
| 8/29/05 | 1300 | Appt made Queen Emma Urology |
| | | Clinic 9/12/05 1000 Hrs on chart _____ |
| 8-30-05 | | Pre-Procedure instructions done; acknowledge |
| | | understanding _____ |
| 9/1/05 | | CONSULT WITH DR. ~~Han~~ 1541 COMPLETED |
| | | Dr Ziemkiewicz called. Order received |
| | | m 20". Prilosec 40 mg p.o. |
| | 1330 | QD X 3 mos |
| | ~~1300~~ | T.O Ziemkiewicz m. D/ _____ |
| | | Noted 1350 9/1/05 _____ |
| | | _____ |

CONFIDENTIAL

MULTIDISCIPLINARY PROGRESS NOTES

NAME: _Aholelei, Star_

| DATE | TIME | |
|------|------|---|
| 9/6/05 | 07:20 | **LAB DRAWN FOR:** CMP lipidprofile + Hg A1C in |
| | | (R) antecubital ∴ difficulty — A Callihane |
| | | Requesting med refills for glucophage, CTM, glipizide, |
| | | flexeril + vasotec — Per Pharm glipizide + vasotec sent 8/27/05 |
| | | + do not have orders for the rest — ∴ Refaxed 7/22/05 orders + noted |
| | | these to be resent — pt aware to expect delivery in 1-2 days |
| | | A Callihane |
| 9-9-05 | | **MD CLINIC/DR.** Dr. K. Baughman    F/u ⊓ |
| | | Colonoscopy |
| | | Wt. 204# Ht. 5'9" BP 124 / 80   & Labs |
| | | R 12 P 84 |
| | | ProB. GERD — "antral gastritis", kidney stone |
| | | DM |
| | | S — feels better on the Pulesec, doing |
| | | well; due to go to San mauka |
| | | O — Colonoscopy neg    Knee hurting |
| | | EGD — antral gastritis only |
| | | Hgv A1C 6.2 — stable |
| | | Lungs clear  Heart nl |
| | | Abd neg. |
| | | (L) Knee — nl exam ; not red hot or |
| | | swollen ; neg Drawer, McMurray |
| | | Not grating on rapid extension, flexion |
| | | No clicking noted |
| | | A — DM — excellent |
| 9-9-05 | wch | mild antral gastritis |
| | | contd — MD Baughman |

.E OF HAWAII
ARTMENT OF PUBLIC SAFETY

NAME: *Aholelei, Stan*

SSN: _____

ULTIDISCIPLINARY PROGRESS NOTES

DOB: _____

| DATE | TIME | |
|------|------|---|
| | | A. Knee pain — neg exam |
| | | Kidney stone |
| | | P- Awaiting Urol. consult |
| | | ✓ Light duty OK X 2 wks. |
| 9/9/05 | WCF | G Callahar                    (Bauman W) |
| 9/9/05 | 08:30 | Per Discussion c̄ Dr Bauman + order of 7/22/05  Elavil 10mg |
| | | 9 pm is to be nurse administered per protocol  G Callahan |
| | | RAB |
| 9-12-05 | 07:05 | **LAB DRAWN FOR:** CMP + Lipid Profile (2) antecubital c̄ difficulty |
| | | G Callahan |
| 9/12/05 | | **CONSULT WITH DR.** David Chou  urologist  Queen Emma clinic  **COMPLETED** |
| 9-15-05 | | **LAB DRAWN FOR:** |
| | | CBC c̄ diff; PT/PTT; U/A  / N |
| 9/15/05 | | Appt made for CXR (pre op) |
| | | SFGMC 9/27/05 / 0900 |
| 9/16/05 | | My 9/9/05 PEx can serve as pre-op |
| | | PEx as I know this patient well. He is |
| | | medically cleared for surgery. |
| | | noted:                    K Bauman MD |
| | | 9-16-05 |

CONFIDENTIAL

# THERAPEUTIC LEVEL OF CARE

Name: _Ahololo, Star_
SSN:
STD:
DOB:

TO: SPECIALTY UTILIZATION REVIEW PANEL

PROVIDER: _Urology - Dr Chou_   Facility: _WCF_   Date: _9/13/05_

SUBJECT: Prior Authorization for Medical/Dental/Surgical Procedure or Treatment

Diagnosis: _Renal Stones_                    Release date: _____

How long has the patient had this diagnosis? _____
Treatment Proposed:

_Inpatient ESWL - after - H+P._
_medical clearance + pre-op. labs, EKG_
_+ CXR done._

Factors for consideration, discuss as appropriate:

1. Urgency of need vs. time of sentence left
2. Overall necessity, re: morbidity, mortality and functional disability
3. Pre-existing condition prior to incarceration
4. Patient compliance with conservative or alternative treatment
5. Risk/Benefit   6. Cost/Benefit   7. Alternatives   8. Pain complaints/pain behavior
9. Significant Labs/Diagnostics (please attach)

Panel comments and recommendations:

_See attached._
_He probably has recent enough labs +_
_I've done a recent PEx. — Ok for surgery_

Date Reviewed: _9/13/05_   ☒ **APPROVED**   ☐ **DENIED**
                                        (Requires recommendation)

_(signature)_
Panel Member Signature                    Panel Member Signature

_____                                  _____
Panel Member Signature                    Panel Member Signature

DOC 0447 (5/02)                          CONFIDENTIAL

**CONSULTATION RECORD**

_WCF_
Facility:

_AHOLELEI, STAR_                                                 SID:
Patient Name:  Last              First           Initial          DOB

_SFMC - WEST RADIOLOGY_         _9/27/05_            _0500_
Consultant                       Appointment Date              Appointment Time

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):.

_PRE-OP CXR_

_HX DM-TYPE II, ASTHMA, BILAT KIDNEY_
_STONES._

_K. Brennard M.D. /RR 9/14/05_
Name of Requesting Physician                           Date

CONSULTANT'S REPORT (Findings, Diagnosis, Recommendations)

_No acute dis._

_Heart WNL_

_± mild RUL + Lt apex fibrosis?_

_10/5/05_

Consultant's Signature

RECEIVED
Date  _9/__/05_

45 Code of Federal Regulation 164.512.(k)(5):  A covered entity may disclose to a correctional institution or a law enforcement official having lawful custody of an inmate…protected health information about such inmate if the correctional institution or such law enforcement official represents that such proteted health information is necessary for: …d) the health and safety of such individuals and officers or other persons responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:…For the purposes of this provision, an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:   Medical Record
Canary:     Consultant's Copy

DOC 0406 (12/03)

**CONFIDENTIAL**

MULTIDISCIPLINARY PROGRESS NOTES

NAME: _Choleki, Star_

| DATE | TIME | |
|------|------|---|
| 7/21/05 | 1330 | S: Having persistent pain - knees & back chronic pain from past. On ES Tylenol during Colonoscopy prep; now requesting Motrin 800mg again. Was D/C'd 7/22/05. Claims Tylenol makes him nauseous. Admits to taking 800 Motrin - 2 tabs - 3x/day which he was informed was too much !! by this wife. Will issued OTC Advil 200mg #30. for now c instructions as before 800mg BID until reorder received from provider. Is scheduled for surgery. for lithotripsy sometime in next month - May be advised to HOLD on Motrin until this is completed - Check to provider for review ————— ~ |
| 9/23/05 | 1000 | **NURSE SICK CALL** S: Requesting medical memo for housing in B5 because of numerous medical problems. Claims B5 allows rest periods in hsg. u. in perilion areas as ACO is always stationed there Due to multiple medical problems. memo issued for this particular situation and circumstances ——— IneaReid RN ( Has a pending kidney stone surgery scheduled) next month ) ——— Reid RN |

**CONSULTATION RECORD**

*WCF*

Facility: *AHOLELEI STAR*                                                    S.I.D. /

Patient Name: Last *QUEEN* First *Emma Clinics*    Initial    *10/24/05*    DOB *0850*

Consultant *Urology*                        Appointment Date                        Appointment Time

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):.

*Pre - Op*

*K. Bauman MN.D / lw    9/25/05*

Name of Requesting Physician                                        Date

CONSULTANT'S REPORT (Findings, Diagnosis, Recommendations)

*right renal calculi for ESWL.*
*consent obtained today*
*Hold Aspirin Approximately for 1 week before*
*procedure.*
*please send list of medications when pt comes for procedure.*
*pre-operative cxr please. if already done please*
*send cxr report Fax to 547-4614*

*10/25/05*                    RECEIVED

*10/24/2005*                    Date
Consultant's Signature

45 Code of Federal Regulation 164.512.(k)(5):  A covered entity may disclose to a correctional institution or a law enforcement official having lawful custody of an inmate…protected health information about such inmate if the correctional institution or such law enforcement official represents that such proteted health information is necessary for: …d) the health and safety of such individuals and officers or other persons responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:…For the purposes of this provision, an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:    Medical Record
Canary:     Consultant's Copy

DOC 0406 (12/03)                                                    **CONFIDENTIAL**

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

NAME: _Aholelei, Star_

SSN: _

MULTIDISCIPLINARY PROGRESS NOTES

DOB: __

| DATE | TIME | |
|---|---|---|
| 9/27/05 | 0940 | **NURSE SICK CALL** |
| | | S: Requesting medical memo to RTW on regular duties. Wants to work PSU as farm duties not good for his asthma + chronic DJD (L) knee.; Claims uneven terrain causing ↑ back + knee discomfort now having "clicking" to knee., Rainy conditions cause his asthma symptoms to act up. Due to long history of medical problems + has been relatively stable now. Will issue memo to allow him to work again in PSU — Knows what he is able to do in that area. To take memo to counselor for reassignment. |
| 9/29/05 | 1100 | **CONSULT WITH DR.** _St. Francis CXR_ **COMPLETED** for pre-op |
| 10/6/05 | 1530 | Appt scheduled 10/24/05 — Urology, Queen Emmas Clinic ground floor Pre-op (special clinic wait) Noon. |

CONFIDENTIAL

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME _AH OLELELI, Star_

SSN

DOB

| DATE | TIME | PLAN |
|------|------|------|
| 10/3/05 | 8:45 am | **MEDICAL NUTRITION THERAPY** and 2/29/05 — P! F/u planning
Diet consultation follow-up:
Weight: _202.5_ #    Change: _- 3_ #
HT: _5'8½_    Age: _41_ yrs
TARGET RANGES: FEMALE: 18 TO 25%
                       MALE:   12 TO 20%
<u>BODY FAT ANALYZER</u>    <u>CHANGE</u>
BODY FAT %: _22.2_%        _- .1_ %
OVER/UNDER: _2.2_%
BODY FAT MASS: _45_ #      _-15_ #
_Sara Gffr  [Roolinaion, RD, LD]_ |
| 10/17/05 | | Med Renew
Na Bicarb 650mg. 2 tabs TID
Prilosec 20mg 1 tab po qd
Lipitor 20mg 1½ tab po qd
Enalapril 5mg po Bid
Tylenol 500mg 2 tabs 1 a 3-4° prn
NTA Flexaril 1 tab in evening
Flunisolide .025% Bid prn
Albuterol Inhaler 4 puff Bid prn
CTM 1 tab TID
Glipizide 10mg qd
DVAR 80mg 4 puff Bid           X3m
Metformin 500mg 4 tab po Bid
Simvastat 10mg 4 tab po qd
ASA 81mg po qd
Flomax 0.4mg 1 cap po qd
noted, GM ___ NP
10-17-05 |
| 10-24-05 | | CONSULT WITH DR. ___ COMPLETED
Consult to provider for review |

| DATE | TIME | PLAN |
|------|------|------|
| 10.20.05 | out to court 10/20/05 AC | MD CLINIC/DR. Dr. K. Bauman  3mo. cc, F/u  HT. ___ BP ___ / ___  DM Asthma & ↑ chol.  P. ___  CHRONIC CARE CLINIC |
| 10/26/05 | | Transferred to: OCCC  From: WCF |

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME  Aholelei Star

SSN

DOB

| DATE | TIME | PLAN |
|------|------|------|
| 10/28/05 | | OCCC: Inmate received from ___WCF___ this date |
| | | REFERR TO:    Not needed |
| | | (Medical Clinic)  CCV with 10/31  10/31 in 2 |
| | | Mental Health Clinic |
| | | Dental Clinic |
| | | Other: |

**CHRONIC DISEASE VISIT**   Multiple problems — AC

OCT 31 2006

Chart overscheduled, Considering Monday Walk-ins.
① D/c Thursday, or Next Week. 11/1

| 11/3/5 | in Reference To the above C.D.V. - Schedule |
| 11/3/05 | at With N.P. |
| 11-11-05 | 11/5/05. |
| | Discussed c̄ Dr Z. Sched for Dr Z  11-8-05 |
| | per Dr Z.    Evaluate cmp |
| | 11-4-05  E--- |

| 11/4/05 | OCC Med. Clinic |
| | ⑤ Long Term Diabetes / Need Spec + multiple |
| | other P Rollers. |
| | ⑥ - Heat - Seccos under JAW Due To Surgery |
| | new-ment.  on you 2° To Severe Beating |
| | Chest Clear              Total body Tatoo. |
| | Ca - DR S (M)  ⑥ |
| | clot Soft     wt 147 |
| | ⑧ P Rollers  per list. |
| | ⑨ Continue all meds That He is on |
| | Change FBS TO 2x/mox 3 mo    BP 1x/mox/3 mo |
| | - Shoe Wear / Diet Slightly Changed - potatoes ok |
| | - Refer Back To Urology  Lord prostate |
| | - CBC, CMP, 12 hr A1C, U Rinary microalbumin  This Week |
| | 12/1 - See me 1 mo |

CONFIDENTIAL

**CONSULTATION RECORD**

*OCCC*

Facility: *Aholelei    Star*                                         S.I.D

Patient Name: Last                First                Initial                DOB

Consultant *OCC Urol Section*    Appointment Date *12-9-05*    Appointment Time *0730*
*Dr David Chou    Queens Medical Center Admitting*

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):.

*42yo M c̄ Hx of multiplelevel Stones S/P c̄ He*
*was scheduled to have removing @ Renal*
*Star    Lithotripsied - but got arrested.*
*He will be in jail at least 1 year please cr/sh not Apry*

Name of Requesting Physician                    Date *11/7/05*

CONSULTANT'S REPORT (Findings, Diagnosis, Recommendations)

*extracorporeal shock wave lithotripsy performed on*
*right renal stones.*
*percocet 1 or 2 Tabs po q6pm for pain.*
*follow-up in 2-3 weeks for to check KUB*
*@ Queen Emma Clinic*

Consultant's Signature                    Date *12/8/2005*

45 Code of Federal Regulation 164.512.(k)(5): A covered entity may disclose to a correctional institution or a law enforcement official having

lawful custody of an inmate…protected health information about such inmate if the correctional institution or such law enforcement official

represents that such proteted health information is necessary for: …d) the health and safety of such individuals and officers or other persons

responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:…For the purposes of this provision,

an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:    Medical Record
Canary:      Consultant's Copy

DOC 0406 (12/03)                                        **CONFIDENTIAL**

## CONSULTATION RECORD

Facility: _oll_

S.I.D:

Patient Name: Last _Ahotela,_    First _Star_    Initial    , DOB

Consultant _Queen Emma Clinic_    Appointment Date _12-12-05_    Appointment Time _0900_
_Urology_    _Dr. David Chou_

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):.

_QEC follow-up - lithotripsy on 12/9/05_

Name of Requesting Physician _K. Verhara_    Date _12/9/05_

CONSULTANT'S REPORT (History, Findings, Diagnosis, Recommendations)

_Doing well after Extracorporeal shockwave lithotripsy._
_still has some pain;_
_continue percocet till supply is out_
_then change to vicodin 1 TAB PO Q 6° prn for pain_
_follow up_
_Obtain CT c stone protocol in 1 month_
_(please bring film in for review if not done @_
_Queen's)_
_follow up after CT scan_

Consultant's Signature _Chou_    Date _12/12/2005_

45 Code of Federal Regulation 164.512.(k)(5): A covered entity may disclose to a correctional institution or a law enforcement official having lawful custody of an inmate...protected health information about such inmate if the correctional institution or such law enforcement officeial represents that such proteted health information is necessary for: ...d) the health and safety of such individuals and officers or other persons responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:...For the purposes of this provision, an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:    Medical Record
Canary:    Consultant's Copy

DOC 0406 (12/03)

**CONFIDENTIAL**



The Queen's Medical Center
Honolulu, Hawaii 96813

# DIAGNOSTIC IMAGING CONSULTATION

**Patient Name:** AHOLELEI, WILLIAM STAR
Sex: M    DOB:

MFID: 61-99-09
Patient Loc: CAT

KENNITH M.D. ZIENKIEWICZ
OAHU COMM CORRECTIONAL CENTER
2199 KAMEHAMEHA HWY
HONOLULU                    HI  96819

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Exam: 2669646    Date: 27-Dec-2005 Requested by: ZIENKIEWICZ, KENNITH M.D.
CT KIDNEY STONE W/O 23584085
Diagnosis:
    s/p lithotripsy, r/u stones

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Report dictated on 12/27/05

CT ABDOMEN AND PELVIS

DATE:  12/27/05

CLINICAL HISTORY:  Abdominal pain, suspect renal lithiasis.

TECHNIQUE:

CT scan of the abdomen was performed without oral and intravenous
administration of contrast material utilizing contiguous, 5 mm scan
slices with 50% overlap to evaluate for renal or ureteral
calcifications.

FINDINGS:

ABDOMEN CT:

Compared to a previous examination dated 10/17/02, there has been
slight interval growth in one of the multiple stones in the right
kidney from 5.0-6.6 cm in maximum diameter.  This is located in a
lower pole calyx.  A second lower pole calculus has increased from
2-3 mm in diameter, and there has been interval development of a
third, less than 2 mm calculus in the mid pole calyx.  An upper pole
4.7 mm calculus is no longer present.

Multiple calculi present in upper and lower pole calices on the left
are no longer present and an obstructing left ureteral calculus has
also resolved.  Previous hydronephrosis has resolved, although the
left kidney does appear somewhat smaller than the right and may be
mildly atrophic.

The Queen's Medical Center
Honolulu, Hawaii 96813

# D I A G N O S T I C    I M A G I N G    C O N S U L T A T I O N

**Patient Name: AHOLELEI, WILLIAM STAR**
Sex: M    DOB:

MFID: 61-99-09
Patient Loc: CAT

KENNITH M.D. ZIENKIEWICZ
OAHU COMM CORRECTIONAL CENTER
2199 KAMEHAMEHA HWY
HONOLULU                HI   96819

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Exam: 2669646    Date: 27-Dec-2005Requested by: ZIENKIEWICZ, KENNITH M.D.
CT KIDNEY STONE W/O 23584085

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
IMPRESSION:

1.   MULTIPLE RIGHT RENAL CALCULI.
2.   RESOLUTION OF MULTIPLE LEFT RENAL AND URETERAL CALCULI.

[592.0]

PELVIS CT:

The lower ureters are normal in caliber.  There is no evidence of a
bladder calculus.  The remainder of the pelvis is unremarkable except
for tiny calcified appendicoliths present in an otherwise normal
appearing appendix.

IMPRESSION:

NO EVIDENCE OF DISTAL URETERAL CALCULI.

[789.00]

Thank you very much for this referral.


Dictated by: _____
            John L. Cieply, M.D.

Transcribed on: 28-Dec-2005 4:07 AMbyMikela Medal

M E D I C A L    R E C O R D    C O P Y

**CONSULTATION RECORD**

*OCC*

Facility: *Aholelei, Star*

S.I.D: _____

Patient Name: Last _____ First _____ Initial _____

DOB _____

Consultant *OEC , Urology,*    Appointment Date    *1-09-06*    Appointment Time *0930*
*Dr David Chou.*

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):.

*Mchk appt after CT of kidneys is Done*

*Bring film in for review if not done at Queens*

_____    *12-13 05*
Name of Requesting Physician    Date

CONSULTANT'S REPORT (Findings, Diagnosis, Recommendations)

*40. Slow stream & difficult voiding.*
*Tried Flomax in past & thinks it may*
*have helped*
*CT scan 12/2005 = residual right renal calculi*

*recommend = re-start Flomax 0.4mg POQHS*
*follow up 4-6 wks to assess efficacy*
*need to ✓ KUB in 6 months to re-assess*
*stone*

_____    *1/9/2006*
Consultant's Signature    Date

45 Code of Federal Regulation 164.512.(k)(5): A covered entity may disclose to a correctional institution or a law enforcement official having lawful custody of an inmate…protected health information about such inmate if the correctional institution or such law enforcement official represents that such proteted health information is necessary for: …d) the health and safety of such individuals and officers or other persons responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:…For the purposes of this provision, an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:    Medical Record
Canary:    Consultant's Copy

DOC 0406 (12/03)    **CONFIDENTIAL**

OCLC

MAU

## CONSULTATION RECORD

Facility: _____                                      S.I.D.: _____

Patient Name: Last _Aholelei_,  First _Star_  Initial _____  DOB _____

Consultant _QEC Urol_,  Appointment Date _2-23-06_  Appointment Time _1330_

REASON FOR CONSULTATION (Complete Form Doc 0497 if a significant change in health status has occurred):.

_4-6 wk  R/C  PER Your Request_

Name of Requesting Physician _____  Date _1/10/06_

CONSULTANT'S REPORT (History, Findings, Diagnosis, Recommendations)

① c/o persistent weak stream & straining despite Flomax. Also has split stream. Will schedule for cystoscopy to r/o obstruction

② renal calculi - √ KUB in 5-6 months

③ Flu Urology @ 8am 4/3/06 - cystoscopy   consult sent to NU 3/1/06

Consultant's Signature _CHOU_  Date _2/25/2006_

---

45 Code of Federal Regulation 164.512.(k)(5): A covered entity may disclose to a correctional institution or a law enforcement official having lawful custody of an inmate…protected health information about such inmate if the correctional institution or such law enforcement officeial represents that such proteted health information is necessary for: …d) the health and safety of such individuals and officers or other persons responsible for the transportation of inmates or their transfer from one institution, facility, or setting to another:…For the purposes of this provision, an individual is no longer an inmate when released on parole, probation, supervised release or otherwise is no longer in lawful custody.

Original:    Medical Record
Canary:    Consultant's Copy

DOC 0406 (12/03)                                      **CONFIDENTIAL**

**The Queen Emma Clinics**
1301 Punchbowl Street
After Hours Call: 538-9011
Honolulu, HI 96813
(808) 538-9011 Fax: (808) 547-4614

July 24, 2006

Page 1
Chart Document

**WILLIAM STAR AHOLELEI**
0000X0000
42 Year Old Male     DOB:

MRN: 619909

Home: (808) 587-3379 Office: (808)000-

Ins: OCCC (60203)

**05/25/2006 - Office Visit: cysto in clinic**
Provider: DAVID CHOU, MD
Location of Care: The Queen Emma Clinics - Specialty Clinics

**Reason for Visit:** Pt comes today for cystoscopy procedure.

**VITAL SIGNS**
Weight: 96.4kg / 213.04lbs
Temperature (C): 36.8 degrees
Temperature (F): 98.24 degrees
Pulse rate: 92
Blood Pressure: 148/95 mm Hg
Calculations

**Personal History**
- Education level - (reviewed/updated).
- Language preference- (reviewed/updated):
- Cultural beliefs- (reviewed/updated):
- Social risks- (reviewed/updated):
Signed by Jenny Ramos-Liwai, MA on May 25, 2006 1:18 P

## HISTORY OF PRESENT ILLNESS
Reason for visit: Pt comes today for cystoscopy procedure.
Chief Complaint: Slow stream
History of Present Illness: Pt with history of nephrolithiasis s/p ESWL and residual fragments. Here for cystoscopy for workup for slow stream. Pt has taken Flomax before but says that it did not help with the symptoms.

## PAST, FAMILY, SOCIAL AND HEALTH MAINTENANCE HISTORY
Past History (reviewed - no changes required): diabetes, high blood pressure

## REVIEW OF SYSTEMS

## PHYSICAL EXAM

## ASSESSMENT AND PLAN
Cystoscopy performed with flexible cystoscope:
No strictures, urethra WNL. Prostatic urethra oper. Bladder neck appears to be closed. Bladder neck not high. Bladder is WNL without lesions or tumors.
Pt requested for some Vicodin for pain- Vicodin x 8 given.
No surgical intervention at this point. ? TUIP in future.
Doxazosin 2 mg p.o. qhs
Pyridium prn.

New prescriptions/refills

5~~~ 7/27/66

**The Queen Emma Clinics**
1301 Punchbowl Street
After Hours Call: 538-9011
Honolulu, HI 96813
(808) 538-9011  Fax: (808) 547-4614

July 24, 2006

Page 2
Chart Document

**WILLIAM STAR AHOLELEI**
0000X0000                              MRN: 619909        Home: (808)587-3379 Office: (808)000-
42 Year Old Male      DOB:

Ins: OCCC (60203)

PHENAZOPYRIDINE HCL 200 MG TABS (PHENAZOPYRIDINE HCL) 1 tab p.o. tid prn for dysuria  #6 x 0
: DAVID CHOU, MD (05/25/2006)
ANEXSIA 5-500 MG TABS (HYDROCODONE-ACETAMINOPHEN) 1 tab p.o. q 6 hours prn  #8 x 0 :
DAVID CHOU, MD (05/25/2006)
DOXAZOSIN MESYLATE 2 MG TABS (DOXAZOSIN MESYLATE) 1 tab p.o. qhs  #30 x prn : DAVID
CHOU, MD (05/25/2006)
**Updated medication list**
VANACET 5-500 MG TABS (HYDROCODONE-ACETAMINOPHEN) 1 tab p.o. q6 hours prn for pain
DOXAZOSIN MESYLATE 2 MG TABS (DOXAZOSIN MESYLATE) 1 tab p.o. qhs
ANEXSIA 5-500 MG TABS (HYDROCODONE-ACETAMINOPHEN) 1 tab p.o. q 6 hours prn
PHENAZOPYRIDINE HCL 200 MG TABS (PHENAZOPYRIDINE HCL) 1 tab p.o. tid prn for dysuria
**Updated allergy list**
HYDROCHLOROTHIAZIDE
SEROQUEL
IMITREX
ALIVAIL

**Prescriptions:**
PHENAZOPYRIDINE HCL 200 MG TABS (PHENAZOPYRIDINE HCL) 1 tab p.o. tid prn for dysuria  #6 x 0
    Entered and Authorized by:      DAVID CHOU, MD
    Signed by:      DAVID CHOU, MD on 05/25/2006
    Method used:    Print then Give to Patient
ANEXSIA 5-500 MG TABS (HYDROCODONE-ACETAMINOPHEN) 1 tab p.o. q 6 hours prn  #8 x 0
    Entered and Authorized by:      DAVID CHOU, MD
    Signed by:      DAVID CHOU, MD on 05/25/2006
    Method used:    Print then Give to Patient
DOXAZOSIN MESYLATE 2 MG TABS (DOXAZOSIN MESYLATE) 1 tab p.o. qhs  #30 x prn
    Entered and Authorized by:      DAVID CHOU, MD
    Signed by:      DAVID CHOU, MD on 05/25/2006
    Method used:    Print then Give to Patient

I certify that the listed diagnostic studies and/or referrals are medically necessary.

Signed by DAVID CHOU, MD on 05/25/2006 at 1:57 PM

**The Queen Emma Clinics - Specialty Clinics**
1301 Punchbowl St.

Honolulu, HI 96813
Phone: (808) 547-4969   Fax: (808) 547-4614

May 25, 2006

>
To whomever it may concern:

Re:  WILLIAM STAR AHOLELEI

Mr. Aholelei was seen at th Queen Emma Clinic today.  He was given a prescription for Doxazosin 2 mg p.o. qhs to be taken indefinitely, Pyridium 200 mg p.o. T.I.D prn for dysuria, and hydrocodone/acetaminophen x 8 for pain and dysuria.

Sincerely,

DAVID CHOU, MD

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME _Tholelei Sto_

SSN _

DOB _

| DATE | TIME | PLAN |
|------|------|------|
| JUL 2 4 2006 | | OCCC-MEDICAL CLINIC    RS'd |
| 7/24/06 | | DM — on max doses glucophage & metformin O-HgbA₁C has ↑ to >7.0 A- Will try adding Actos to improve DM P- Actos 15 mg qd X 3 mo  √ Faxed Labs already ordered  √ FS 7/27/6 Urine for microalbuminuria  √ →KBauman Get records from Queens Urol. from 4/3/06 360 out to now including cystoscopy    KBauman |
| 7-24-6 | 1200 | Amy Yamada the Consult Scheduling Secretary, checked her records and phoned QEC Urology to confirm the following: Im. met c̄ QEC Urology on 11-9-6 p̄ CT on 12-27-5. Met c̄ QEC Urology on 2-23-6 Was scheduled for 4/3-6 for QEC Urology but was rescheduled to 5-25-6. See 5-25-6 Consult from Dr. Chau. Dr. Chau's office RN reports no report made indicating that cystoscopy WNL, but will fax something indicating this is the case. Michael Palazzo, RN |
| 7/24/06 | | Reviewed Dr. Chau's consult report 7/24/06. Okay to order Doxozosin 2 mg qhs prn dysuria X 4 wk. |

CONFIDENTIAL