IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| WILLIAM S. AHOLELEI, | ) | CIVIL NO. 03 00171 HG-KSC |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| BARBARA KYSAR; DOCTOR S. PADERES, DOCTOR BAUMAN; DOES I-V, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following party at his last-known address by means of depositing said copy in the United States mail, postage prepaid, on August __31__, 2006:

        WILLIAM S. AHOLELEI
        Oahu Community Correctional Center
        2199 Kamehameha Highway
        Honolulu, Hawai'i  96819-2307

        Plaintiff *Pro Se*

ARTHUR F. ROECA, ESQ.
APRIL LURIA, ESQ.
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Defendant
KAY BAUMAN. M.D.

DATED: Honolulu, Hawai'i, August 31, 2006.

        STATE OF HAWAI'I

        MARK J. BENNETT
        Attorney General
        State of Hawai'i

        */s/ Miriam P. Loui*

        MIRIAM P. LOUI
        Deputy Attorney General

        Attorneys for Defendant
        SISAR PADERES, M.D.