# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 12, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV 03-00171HG-KSC

CASE NAME:     WILLIAM S. AHOLELEI v. BARBARA KYSAR, et al

JUDGE:   Helen Gillmor          REPORTER:

DATE:    September 12, 2006     TIME:

COURT ACTION:          **MINUTE ORDER**

The hearing on (1) Defendant Kay Bauman, M.D.'s Motion for Summary Judgment, and (2) Defendant Sisar Paderes, M.D.'s Motion for Summary Judgment, set for Wednesday, September 13, 2006 at 2:00 p.m., is vacated.

Pursuant to Local Rule 7.2(d), the Court elects to decide the foregoing motions on the documents without a hearing.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:    Plaintiff William S. Aholelei
       Miriam P. Loui, Esq.
       April Luria , Esq.
       Judge Gillmor's chambers