Arthur F. Roeca
David M. Louie
Keith K. Hiraoka
April Luria

Jodie D. Roeca
Tedson H. Koja
James R. Ferguson
Brian A. Bilberry
James Shin
Jennifer B. Lyons
Anne Sylvester
Rhonda L. Ching

Counsel:
Shannon L. Wack

# ROECA, LOUIE & HIRAOKA
### A LIMITED LIABILITY LAW PARTNERSHIP, LLP

900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917

Writer's e-mail:
aluria@rlhlaw.com

Telephone:
(808) 538-7500

Writer's Extension No.
540

Facsimile:
(808) 521-9648

RL&H File No.
306-72

**RECEIVED**
CLERK, U.S. DISTRICT COURT
AUG 14 2006
DISTRICT OF HAWAII

August 11, 2006

William S. Aholelei
c/o Oahu Community Correctional Center
Laumaka Work Furlough Center
2199 Kamehameha Highway
Honolulu, Hawaii 96819-2307

CORRESPONDENCE

Re: William S. Aholelei v. Doctor Kay Bauman, et al.;
Case No. 03-00171 HG-KSC, United States District
Court, District of Hawaii

Dear Mr. Aholelei:

I am enclosing the Court's notice of hearing on Defendant Kay Bauman's Motion for Summary Judgment. The hearing is set for September 11, 2006 at 10:30 a.m. before Judge Helen Gillmor.

Very truly yours,

ROECA, LOUIE & HIRAOKA
A Limited Liability Law Partnership, LLP

April Luria

Enclosure
cc:  Judge Helen Gillmor (with enclosure)
     Miriam P. Loui, Esq. (with enclosure)
c.aholelei.01.sh.wpd