**Sharon Hull**

**From:** hid_resp@hid.uscourts.gov
**Sent:** Tuesday, August 01, 2006 2:22 PM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:03-cv-00171-HG-KSC Aholelei v. Kyser, et al "Notice of Hearing on Motion"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from dhh, entered on 8/1/2006 at 2:21 PM HST and filed on 8/1/2006
**Case Name:**     Aholelei v. Kyser, et al
**Case Number:**   1:03-cv-171
**Filer:**
**Document Number:** 68

**Docket Text:**
NOTICE of Hearing on Motion [65] MOTION for Summary Judgment: Motion Hearing set for 9/11/2006 10:30 AM in Aha Nonoi before JUDGE HELEN GILLMOR. (dhh)

The following document(s) are associated with this transaction:

**1:03-cv-171 Notice will be electronically mailed to:**

April Luria     aluria@rlhlaw.com, shull@rlhlaw.com

**1:03-cv-171 Notice will be delivered by other means to:**

William S. Aholelei
A0146949 BLDG H
Waiawa Correctional Facility
Box 1839
Pearl City, HI 96782

Caron M. Inagaki
Attorney General of Hawaii
Dept of the Attorney General, State of HI
425 Queen Street
Honolulu, HI 96813

Cindy S. Inouye

8/1/2006

Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI 96813

Miriam P. Loui
Attorney General of Hawaii
Dept of the Attorney General, State of HI
425 Queen Street
Honolulu, HI 96813

8/1/2006