Arthur F. Roeca
David M. Louie
Keith K. Hiraoka
April Luria

Jodie D. Roeca
Tedson H. Koja
James R. Ferguson
Brian A. Bilberry
James Shin
Jennifer B. Lyons
Anne Sylvester
Rhonda L. Ching

Counsel:
Shannon L. Wack

# ROECA, LOUIE & HIRAOKA
A LIMITED LIABILITY LAW PARTNERSHIP, LLP

900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i 96813-3917

Writer's e-mail:
*aluria@rlhlaw.com*

August 14, 2006

CORRESPONDENCE

Telephone:
(808) 538-7500

Writer's Extension No.
540

Facsimile:
(808) 521-9648

RL&H File No.
306-72

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 15 2006
DISTRICT OF HAWAII

William S. Aholelei
c/o Oahu Community Correctional Center
2199 Kamehameha Highway
Honolulu, Hawai'i 96819-2307

Re:   William S. Aholelei v. Doctor Kay Bauman, et al.;
      Case No. 03-00171 HG-KSC, United States District
      Court, District of Hawai'i

Dear Mr. Aholelei:

I am enclosing a copy of Defendant Kay Bauman's Motion for Summary Judgment, Concise Statement of Facts and Rule 56.2 Notice filed on July 31, 2006. Also enclosed is the Notice of hearing which schedules the hearing on this motion for September 11, 2006 at 10:30 a.m. before Judge Helen Gillmor.

Very truly yours,

ROECA, LOUIE & HIRAOKA
A Limited Liability Law Partnership, LLP

April Luria

Enclosures
cc:   Judge Helen Gillmor (without enclosure)
      Miriam P. Loui, Esq. (without enclosure)
c.aholelei.02.al.wpd