AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

—————————— DISTRICT OF HAWAII ——————————

| | |
|---|---|
| WILLIAM S. AHOLELEI, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 03-00171HG-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| BARBARA KYSAR, DOCTOR S.<br>PADERES, DOCTOR BAUMAN,<br>DOES I - V, | September 25, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendants. | |

[✓]   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

Defendant Barbara Kysar, having been dismissed from the action pursuant to the "ORDER DISMISSING DEFENDANT BARBARA KYSAR" filed on May 13, 2004,  IT IS NOW ORDERED AND ADJUDGED that Defendants' Sisar Paderes, M.D., and Kay Bauman, M.D. Motions for Summary Judgment are Granted.  Summary Judgment is entered in favor of Defendant Sisar Paders, M.D., in favor of Defendant Kay Bauman, M.D.,  and against Plaintiff William S. Aholelei, and is further entered as pursuant to the Court's "ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT" filed on September 25, 2006.

cc:    All Counsel and/or Parties of Record

| | |
|---|---|
| September 25, 2006 | SUE BEITIA |
| Date | Clerk |
| | _Annashang_ |
| | (By) Deputy Clerk |