# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

September 25, 2006

TO ALL COUNSEL AND/OR PARTIES OF RECORD

      Re:    CIVIL 03-00171HG-KSC
             William S. Aholelei vs. Barbara Kysar, Doctor S. Paderes, Doctor Bauman, Does I -V.

Dear Sir or Madam:

     Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on September 25, 2006.

                                Sincerely Yours,

                                SUE BEITIA, CLERK

                                by: Anna F. Chang
                                   Deputy Clerk

cc: All Counsel and/or Parties of Record