

Fr. William S. Aholelei  #04699[?]
[return address illegible]
Honolulu, Hawaii 96819

HONOLULU HI 968    28 SEP 2006 PM

Mr. [addressee]
300 Ala Moana Blvd., C-338
Honolulu, Hawaii 96850-0338