# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.    SHORT CASE TITLE: Aholelei vs. Kysar, et al.

     U.S. COURT OF APPEALS DOCKET NUMBER: 06-16986

     U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

     U.S. DISTRICT COURT DOCKET NUMBER: Civil No. 03-00171HG-KSC

II    DATE NOTICE OF APPEAL FILED: 10/2/06

III   U.S. COURT OF APPEALS PAYMENT STATUS: IFP granted 04/22/03

| DOCKET FEE PAID ON: | AMOUNT: |
| --- | --- |
| NOT PAID YET: | BILLED: |
| U.S. GOVERNMENT APPEAL: | FEE WAIVED: |

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:    & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:    DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 27 2006
DISTRICT OF HAWAII

IV   COMPANION CASES, IF ANY:

V.    COMPLETED IN THE U.S. DISTRICT COURT BY:

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)