cc: HG

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 29 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>BARBARA KYSER, (Jan 21, 2004: Suggestion of Death as to this defendant filed),<br><br>    Defendant,<br><br>and<br><br>JOHN DOES I THROUGH V; et al.,<br><br>    Defendants - Appellees. | No. 06-16986<br><br>D.C. No. CV-03-00171-HG/KSC<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 31 2007
at 12 o'clock and 00 min P M
SUE BEITIA, CLERK

On December 7, 2006, this court ordered appellant within 21 days to complete and file with this court an authorization form directing the prison officials at appellant's institution to assess, collect and forward to the court the $455 filing and docketing fees for this appeal on a monthly basis whenever funds exist in appellant's trust fund account. Appellant was warned that failure to respond could result in the dismissal of this appeal by the Clerk of the Court for failure to prosecute. To date, appellant has not complied with the court's order. In

06-16986

addition, appellant has not filed the opening brief. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandate.

                               For the Court:

                               CATHY A. CATTERSON
                               Clerk of the Court

                               Jo Ann Comstock, Deputy Clerk
                               9th Cir. R. 27-7
                               General Orders/Appendix A



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JAN 29 2007
by /s/ Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
06-16986 Aholelei v. Kyser, et al

| | |
|---|---|
| WILLIAM S. AHOLELEI<br>    Plaintiff - Appellant | William S. Aholelei<br>A0146949/Module 3<br>[NTC prs]<br>OCCC - OAHU COMMUNITY<br>CORRECTIONAL CENTER<br>2199 Kamehameha Hwy.<br>Honolulu, HI 96819 |

   v.

BARBARA KYSER, (Jan 21, 2004:
Suggestion of Death as to this
defendant filed)
    Defendant

| | |
|---|---|
| JOHN DOES I THROUGH V<br>    Defendant - Appellee | No appearance<br>No appearance |
| SISAR PADERES, M.D.<br>    Defendant - Appellee | Caron M. Inagaki, Esq.<br>FAX<br>808/586-1494<br>[COR LD NTC dag]<br>AGHI - OFFICE OF THE HAWAII<br>ATTORNEY GENERAL<br>425 Queen St.<br>Honolulu, HI 96813 |
| BAUMAN, M.D.<br>    Defendant - Appellee | April Luria<br>808/538-7500<br>Suite 900<br>[COR LD NTC ret]<br>ROECA, LOUIE & HIRAOKA<br>841 Bishop Street<br>Honolulu, HI 96813 |